UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

                Plaintiff,

     -against-

RUTHERFORD TENANTS
CORP. and JAMES RAMADEI,

               Defendants.

**ORDER**

21 Civ. 10383 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

       As stated on the record today, this case will be stayed until April 11, 2022 for purposes of settlement discussions. By April 11, 2022, the parties shall file a joint letter describing the status of settlement. If the parties have not settled by that time, the Court will enter the parties' proposed case management plan, adjusted for the time lost to settlement efforts.

Dated: New York, New York
       March 10, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge