UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

        -v-

RUTHERFORD TENANTS CORP. and JAMES RAMADEI,

        Defendants.

**ORDER**

21 Civ. 10383 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        In light of the referral to Judge Wang for general pretrial supervision (see Dkt. No. 28), the conference scheduled for August 18, 2022 is adjourned sine die.

Dated: New York, New York
       July 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge