**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,

               Plaintiff,

               -against-

RUTHERFORD TENANTS CORP., et al.,

               Defendants.

------------------------------------------------------------x

21-CV-10383 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 27 and 30. The Court will hold an in-person status conference in this matter on **Wednesday, October 12, 2022, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The deadline to complete fact discovery is extended to October 12, 2022.

The parties shall submit a joint agenda in advance of the conference by October 5, 2022. The agenda shall describe the discovery completed to date, any outstanding issues, and the parties' attempts to resolve the issues in the meet and confer process.

The Clerk of Court is respectfully directed to close ECF Nos. 27 and 30.

**SO ORDERED.**

                                                                      _s/ Ona T. Wang_

Dated: August 3, 2022                             **Ona T. Wang**
      New York, New York                  United States Magistrate Judge