**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,

               Plaintiff,

               -against-

RUTHERFORD TENANTS CORP., et al.,

               Defendants.

------------------------------------------------------------x

21-CV-10383 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on October 12, 2022.

Pursuant to rulings made on the record, the fact discovery deadline is extended to **November 15, 2022**.

By **November 18, 2022**, the parties shall submit a joint status letter to the Court. The letter shall:

- Report on the status of Plaintiff's Fed. R. Civ. P. 36 Request to Admit that the Complainant is an individual with a disability within the meaning of the Fair Housing Act, 42 U.S.C. § 3602(h).

- Report on the status of outstanding depositions. If the depositions are not completed by November 15, the parties shall request to extend the deadline <u>before</u> November 15.

- Report on the status of the documents related to James Ramadei's October 3 deposition (*see* ECF 34 at 3). If Defendants do not intend to produce those

documents or intend to withhold some of them, Plaintiff may move to compel production of the documents by **October 21, 2022**. The letter motion shall comply with the Court's Individual Practices. Defendants' opposition, if any, shall be due **October 28, 2022**. There shall be no replies.

Plaintiff's oral motion to compel the production of the co-op applications discussed at the October 12 status conference is **GRANTED**. The applications shall be produced by **November 4, 2022**.

    **SO ORDERED.**

Dated: October 13, 2022                         _s/ Ona T. Wang_
       New York, New York              **Ona T. Wang**
                                        United States Magistrate Judge