UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

    Plaintiff,

  -against-

RUTHERFORD TENANTS CORP., et al.,

    Defendants.
-----------------------------------------------------------x

21-CV-10383 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 47 and Defendants' letters to the Court, sent to the Court's Chambers via e-mail on March 15, 2023. It is unclear from the parties' filings whether the parties have completed all expert discovery, and in any event, motions brought under Fed. R. Evid. 702 are better suited for the trial court to decide. This Order does not affect the pendency of other discovery. The expert discovery deadline is extended to **April 28, 2023**. The parties shall file a joint status letter **on the docket** by March 31, 2023, informing the Court of any remaining fact or expert discovery that remains incomplete.

The Court additionally reminds the parties that any requests to make certain letters or filings confidential **must** be accompanied with a motion to seal in accordance with the Court's Individual Rules, III.d. **The Court will disregard future unsolicited e-mail filings sent to the Court's e-mail address, whether or not either party deems the filings "confidential."**

  SO ORDERED.

                      _s/ Ona T. Wang_
Dated: March 22, 2023          **Ona T. Wang**
   New York, New York        United States Magistrate Judge