**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                 Plaintiff,                  :        21-CV-10383 (PGG) (OTW)
                                             :
        -against-                            :        ORDER
                                             :
RUTHERFORD TENANTS CORP., et al.,            :
                                             :
                 Defendants.                 :
                                             :
                                             :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an in-person status conference in this matter on **Tuesday, May 16, 2023, at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties shall submit a joint agenda in advance of the conference by May 12, 2023.

**SO ORDERED.**

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: April 4, 2023 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |