DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for Defendants
By: DAVID J. KENNEDY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2733

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTHERFORD TENANTS CORP. and JAMES RAMADEI,<br><br>Defendants. | 21 Civ. 10383 (JHR) (OTW) |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the Complaint herein, the Declaration of Assistant United States Attorney David J. Kennedy, dated June 21, 2023, and the exhibits annexed thereto; the Local Rule 56.1 Statement of Undisputed Material Facts, dated June 21, 2023; and the Memorandum of Law dated June 21, 2023, plaintiff the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby moves pursuant to Fed. R. Civ. P. 56 for summary judgment on both of plaintiff's claims, dismissal of all of Defendants' defenses, for an inquest into damages, and for such other and further relief as the Court deems just and proper;

PLEASE TAKE FURTHER NOTICE that pursuant to an Order of the Court dated May 15, 2023, responses to the motion are due no later than August 10, 2023.

Dated: New York, New York
June 21, 2023

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/ David J. Kennedy
DAVID J. KENNEDY
Assistant United States Attorney
86 Chambers Street, 3d Floor
New York, NY 10007
Telephone: (212)-637-2733
E-mail: david.kennedy2@usdoj.gov