UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTHERFORD TENANTS CORP. and JAMES RAMADEI,<br><br>Defendants. | 21 Civ. 10383 (JHR) (OTW) |

Exhibit 2 to the Declaration of David J. Kennedy, June 21, 2023, is a true copy of an evaluation by Dr. Theresa Yonker, November 14, 2019, Bates-stamped US_00725 through 728. The document should be completely redacted because contains information subject to the Stipulated Confidentiality Agreement and Protective Order entered in this case on March 3, 2022 (the "Protective Order"), paragraph 3(d), which cannot reasonably be segregated from the remainder of the document.