UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTHERFORD TENANTS CORP. and JAMES RAMADEI,<br><br>Defendants. | 21 Civ. 10383 (JHR) (OTW) |

Exhibit 5 to the Declaration of David J. Kennedy, June 21, 2023, is a true and complete copy of relevant pages from the Deposition of Dr. Theresa Yonker, December 8, 2022, with index. The document should be completely redacted because contains information subject to Protective Order paragraph 3(d), which cannot reasonably be segregated from the remainder of the document.