HALSTEAD
MANAGEMENT

GOVERNMENT EXHIBIT
6
(ID)

May 15, 2015

Ms. Meril Lesser
230 E 15TH #5J
New York, NY 10003

**Ref: Parrot Noise**

Dear Ms. Lesser,

Please be advised that I have received numerous complaints from various neighbors on your floor about the extensive noise coming from your apartment due to your parrots.

Please alleviate the noise habitability of the residents and take necessary measures to improve the excessive noise.

If you desist from making improvements, the Management and the Board will be forced to take this matter with legal counsel of the Cooperative. This will result in back charging legal fees to your account.

Should you have any questions, please feel free to reach me at (646) 454-2948 or via email at ycamilo@halstead.com

Sincerely,

A/A/F Rutherford Tenants Corp.

Yessenia Camilo

Account Manager

770 LEXINGTON AVENUE NEW YORK, NY 10065 T: 212.508.7272