GOVERNMENT EXHIBIT 9 (ID)

Gmail

## noise complaints

**Meril Lesser** <golayla@gmail.com> Tue, May 26, 2015 at 7:00 PM
To: marcia230e15@gmail.com
Cc: YCamilo@halstead.com

Hi Marcia,

I spoke to Yessenia earlier today to see if the board, along with all those with grievances could arrange a time to meet with me in order to work towards a collective solution. As I mentioned yesterday, I will be plugging all open outlets and adding more carpeting to my studio. I would also like to have a copy of all documentation regarding the dates, times, and duration of these alleged disturbances at your earliest convenience. Thank you again for taking the time to talk to me yesterday.

Best,
Meril Lesser

RESPONSE TO FIRST LETTER TO HALSTEAD TO REQUEST MEETING.

NO REPLY FROM THE BOARD TO MY REQUEST.

*SEE EXHIBIT A NOTICE TO CURE

Gmail

Meril Lesser <golayla@gmail.com>

## Outlet Covers

**Meril Lesser** <golayla@gmail.com>
To: Sunny Weathers <marcia230e15@gmail.com>
Cc: YCamilo@halstead.com

Sat, May 30, 2015 at 1:06 PM

Hi Marsha,

I just finished plugging all unused outlets in my apartment with covers. It is a simple way to prevent sound from travelling. I also purchased additional covers in case anyone having noise complaints would like to plug their unused outlets as well. I left them on your door. Enjoy the beautiful weather!

Best,
Meril