HALSTEAD
MANAGEMENT

August 19, 2015

**Certified Mail/Return Receipt Requested &**
**Via Email**

GOVERNMENT EXHIBIT
11
(ID)

Ms. Meril Lesser
230 E 15Th Street – Apt. #5J
New York, NY 10003

Re: Parrot Noise Complaint

Dear Ms. Lesser,

Please be advised that this letter serves as a second notice to you regarding the parrot noise eminating from your apartment. The noise has not abated and you are in violation of the noise level requirement as stated in the house rules.

If immediate action is not taken to remedy within 30 days of this letter, the matter will be forwarded to the Coop's attorney for follow action. Please note that you will be charged for any legal fees that are incurred.

Should you have any questions, please feel free to reach me via email ycamilo@halstead.com or (646) 454-2948.

Very yours truly,
**Halstead Management Company, LLC**

**Yessenia Camilo**
**Account Executive**
**A/A/F Rutherford Tenants Corp**

CC: Rosen, Livingston, & Cholst LLP
Board of Directors
Nancy Califano, Vice-President