**From:** Goldberg, Alan M.
**To:** Konopka, Timothy J; Liebman, Jennifer M
**Subject:** FW: Noise Complaint
**Date:** Thursday, April 11, 2019 2:21:24 PM
**Attachments:** Curtis At His Low Constant Level Saturday At 4-15 PM 8.29.15.m4a
Curtis Screaming Labor Day Friday Night 7-15 PM.m4a

---

More parrot noise.

GOVERNMENT EXHIBIT 44

**From:** Jim Ramadei [mailto:jim2301a@gmail.com]
**Sent:** Thursday, April 11, 2019 2:09 PM
**To:** Goldberg, Alan M.
**Subject:** Fwd: Noise Complaint

---------- Forwarded message ---------
From: **Charlotte Kullen** <charlottekullen@yahoo.com>
Date: Tue, Sep 15, 2015 at 11:23 PM
Subject: Re: Noise Complaint
To: Jim Ramadei <jim2301a@gmail.com>

Attached are two samples of typical noise from the past couple of weeks - not the worst the noise gets, just the way it sounds on a daily basis (will send others separately as for some reason the files weren't coming through as actual files!).

**Charlotte Kullen**
CHAR PR • www.charpr.com
917.723.5055
CharlotteKullen@yahoo.com • Charlotte@CHARPR.com

---

**From:** Charlotte Kullen <charlottekullen@yahoo.com>
**To:** Jim Ramadei <jim2301a@gmail.com>
**Sent:** Tuesday, September 15, 2015 11:10 PM
**Subject:** Re: Noise Complaint

Hi - everyone is bothered by them to some degree, but most aren't bothered when they're inside their apartments to a degree that they would file a complaint. Everyone hears them in the hallway and think they sound horrible, but don't think that's enough to file a formal complaint about it personally (Sandy, Marilyn, Mary and Attila, Rena, Mario and Steve - they're back from Florida now and have commented on the noise and issue but are down the hall). The apartment across from her is occupied part of the year, as the couple is in Florida a great deal - [redacted] (I don't know either of their names as they weren't here a whole lot year-round) so don't know what he hears from there, [redacted] Marcia can hear them. I don't see the woman on the other side of 5J often - she's older and has health issues and I don't know if she can hear them (or how her hearing is!). Perhaps a survey of residents asking what noise they hear, how often, what noise they hear and to what degree is the noise? When I was babysitting for Attila and Mary, I couldn't hear the birds in their living room as it's far enough from the hallway - they can hear sometimes but not enough to complain about aside from the hallway noise.

She went away again last week for three days and they screamed most of the time the sun was up,

waking me up every day and keeping me from working after that - and after she came back from the city it wasn't much better.

I can start calling 311 to report chronic animal noise and the police will come - when they have time. And contact the media - one of the reporters I work with writes a New York Times column about issues such as these. I've lost months of sleep and work because of someone who doesn't want to follow building rules, doesn't think they apply to her and is essentially a bad neighbor/shareholder. It's not about anything but chronic, persistent, ongoing, strident noise.

I believe 5J asked to meet with the board and I suggested to Yessenia that the board hold one of the board meetings for an hour or so in the apartment - then everyone can experience firsthand what it is like and what measures have been taken to either stop the noise or to keep it within the apartment's confines (if there are covers on the bird cages - if someone comes when she's away to uncover in the morning and cover at day's end which would calm them, carpeting, heavy drapes to muffle noise along the walls/door/windows, motorized blinds to go up in the morning and down in the afternoon when she's not home to monitor, acoustic panels, Green Glue and layers of drywall added - any genuine, professional efforts made at all). I've done research into soundproofing and there are many options that can be done, none of which have been - and I was promised back in the winter by 5J that soundproofing companies were coming to give quotes and that work was going to be done and for me to give it more time, but the work wasn't done and the birds were left more and more often on their own, screaming unchecked for days on end.

Honestly, what difference does it make if it bothers one shareholder or the whole building? She's breaking the house rules; everyone hears the birds - residents and staff; and I doubt she's trying to claim they don't make noise. Even if I'm the only one whose life, work and peace is being destroyed, isn't that enough? It's like if someone is speeding and hits one car - but doesn't hit other cars - the driver is still breaking the law and their actions hurt something/someone - doesn't have to hit more than one - and speeding alone is against the law!

**Charlotte Kullen**
CHAR PR • www.charpr.com
917.723.5055
CharlotteKullen@yahoo.com • Charlotte@CHARPR.com

---

**From:** Jim Ramadei <jim2301a@gmail.com>
**To:** Charlotte Kullen <charlottekullen@yahoo.com>
**Sent:** Tuesday, September 15, 2015 10:45 PM
**Subject:** Noise Complaint

Hi Charlotte,
Your noise complaint is gaining legal traction. However, if we do not get a complaint from one or two more tenants, there will be little we can do. Noise complaints require collaboration or they can be interpreted as spite suits. Spite suits never win. Do you know of anyone else who is bothered by these birds? I have asked and people while they can hear them...they are not bothered by the sound. I need some help here.
Thanks Jim

This electronic mail transmission may contain privileged, confiden ial and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not he addressee indicated in this message (or responsible for