AR-359

PREMISES I.D. NO.

SOURCE CODE

TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 12310 | | East 15th St. | 10003 | Man |

| AIR | VIOLATION NO. | DATE OF INSPECT. | TIME OF INSPECTION |
|---|---|---|---|
| | | 10/13/15 | FROM 14:30 PM TO 14:45 PM. |

NOISE (circled)

COMPLAINT INFORMATION 186022386

TYPE (CODE) DATE TIME

NOISE VIOLATION ONLY

UNSCHEDULED INSPECTION ☐

FOLLOW UP INSPECTION ☐

VICINITY

PERSON INTERVIEWED: Parrots owner.

TITLE:

INSPECTION DISCLOSED THAT There was not excessive loud noise from parrots, screaming, squawking or screeching heard or detected at the above address during this inspection. The respondent explain that the issue is a personal problem between her + the complainant since the parrots sleep from 9pm — 11 am. She also took the parrot with her to Virginia on a weekend, and that was the week that the complainant complained. Advised owner of the NYC noise code.

no action taken

DATE 10/13/15 BADGE NO. 1561 INSPECTOR'S SIGNATURE [signature]

UPDATE CODE

Owner's Name:

Address:

City State Zip

UPDATE CODE

Phone Contact:

Name: Phone:

Type of Premises:

1. ____ Mult. Dwelling
2. ____ School
3. ____ Hospital
4. ____ Commercial
5. ____ Power Plant
6. ____ Industrial
7. ____ Other

Source Size

1. ____ No. of Apts.
2. ____ No. of Pupils
3. ____ No. of Beds

[initials] 10/19/15

UPDATE CODE

For Industrial Only - Stack Hgt. Inspector's Signature [signature] Date 10/13/15

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E.R.R. | PREV. VIOL. | C. OF O DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | noise | | | | | |
| | | | | | | | | |
| | | | no action | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | 230 East 15th | | | | | |

2 OM 8A RO111 (87)

GOVERNMENT EXHIBIT 14 (ID)

REPORT AR-359

PREMISES I.D. NO.

THIS SPACE FOR OFFICE USE ONLY

SOURCE CODE

TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 230 | | EAST 15th Street (5 J) | 10003 | 01 |

| | VIOLATION NO. | DATE OF INSPECT. | TIME OF INSPECTION |
|---|---|---|---|
| AIR | | 10/19/15 | FROM 2000 P M. TO 2030 P M. |
| NOISE (circled) | | COMPLAINT INFORMATION: Noise 186023649 | |
| | | TYPE (CODE) | DATE | TIME |

UNSCHEDULED INSPECTION ☐

FOLLOW UP INSPECTION ☑

NOISE VIOLATION ONLY

VICINITY

PERSON INTERVIEWED: Juan (Doorman) TITLE:

INSPECTION DISCLOSED THAT There was no unreasonable noise (loud animals) noted or detected at the above mentioned premises at the time of inspection. Inspection revealed via a patrol of the 5th floor of the above mentioned premises no loud noise made by an animal/bird noted or detected at the time of inspection. Advised the doorman of the reason for the inspection and of the Nyc Dep Noise Control Code. No violation of the Nyc Dep Noise Control Code noted at this time.

— No Action taken —

DATE 10/19/15 BADGE NO. 4625 INSPECTOR'S SIGNATURE [signature] UPDATE CODE

Owner's Name:

Address:

City State Zip UPDATE CODE

Phone Contact:

Name: Phone:

For Industrial Only - Stack Hgt. Inspector's Signature [signature]

Type of Premises:

1. ✓ Mult. Dwelling
2. ___ School
3. ___ Hospital
4. ___ Commercial
5. ___ Power Plant
6. ___ Industrial
7. ___ Other

Source Size

1. ___ No. of Apts.
2. ___ No. of Pupils
3. ___ No. of Beds

UPDATE CODE

MC(8?) 10/20

Date 10/19/15

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E. R. R. | PREV. VIOL. | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | Noise (loud animals / Parrots) | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | No Action taken / No Vio issued | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | [illegible] (man) | | | | | |

REPORT AR-359

PREMISES I.D. NO.

SOURCE CODE

TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 230 | | East 15th | 10003 | 1 |

| | VIOLATION NO. | DATE OF INSPECT. | TIME OF INSPECTION |
|---|---|---|---|
| AIR | | 10 21 15 | FROM 2015 Hrs M. TO 2045 Hrs M. |
| NOISE | | COMPLAINT INFORMATION #1860248 76 DATE TIME | |

TYPE (CODE)

NOISE VIOLATION ONLY

UNSCHEDULED INSPECTION ☐

FOLLOW UP INSPECTION ☒

VICINITY

PERSON INTERVIEWED:

TITLE:

INSPECTION DISCLOSED THAT There were no unreasonable or excessive Noise (PARROTS) at the above Premises. No appartment given by Caller to interview for the Cause of the Noise while on Post at the time of inspection.

No Viol

DATE 10/21/15 BADGE NO. 1575 INSPECTOR'S SIGNATURE Elliot Richardson

UPDATE CODE

Owner's Name: Noise

Address: 230 East 15 Street

City Manhattan State N.Y. Zip 10003

UPDATE CODE

Phone Contact:

Name: Phone:

For Industrial Only - Stack Hgt 1575 Inspector's Signature Elliot Richardson Date 10/21/15

Type of Premises:

1. ✓ Mult. Dwelling
2. ___ School
3. ___ Hospital
4. ___ Commercial
5. ___ Power Plant
6. ___ Industrial
7. ✓ Other

Source Size

1. ___ No. of Apts
2. ___ No. of Pupils
3. ___ No. of Beds

UPDATE CODE

MH 1591 10/23

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E. R. R. | PREV. VIOL | C. OF O DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | Complaint: Noise Parrots | | | | | |
| | | | No Viol | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

2 OM 8A RO111 (87)

REPORT AR-359

PREMISES I.D. NO. — THIS SPACE FOR OFFICE USE ONLY — SOURCE CODE — TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 230 | | EAST 15th ST 5th Fl | 10003 | MN |

AIR — VIOLATION NO.

NOISE

DATE OF INSPECT. 10/24/15

TIME OF INSPECTION FROM 00 30 HRS. 00 45 HRS.

COMPLAINT INFORMATION

TYPE (CODE) SA/860 2585.3 DATE TIME

NOISE VIOLATION ONLY

VICINITY

UNSCHEDULED INSPECTION ☐

FOLLOW UP INSPECTION ☑

PERSON INTERVIEWED: TITLE:

INSPECTION DISCLOSED THAT There was no unreasonable Noise From "parrots" making Noise inside not found at this time. Inspection was done from lobby of bldg as theres no compl't info given. Did not hear the birds in question. No Noise.

No Action Taken

DATE 10/24/15 BADGE NO. 1162[illegible] INSPECTOR'S SIGNATURE [signature] UPDATE CODE

Owner's Name:

Address:

City State Zip UPDATE CODE

Phone Contact:

Name: Phone:

For Industrial Only - Stack Hgt. Inspector's Signature [signature] Date 10/24/15

Type of Premises:
1. ✓ Mult. Dwelling
2. ___ School
3. ___ Hospital
4. ___ Commercial
5. ___ Power Plant
6. ___ Industrial
7. ___ Other

Source Size
1. ___ No. of Apts.
2. ___ No. of Pupils
3. ___ No. of Beds

UPDATE CODE

RV#1577 10-30-1[illegible]

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E. R. R. | PREV. VIOL. | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | Compl't Noise "Parrots" | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | No Action Taken | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | 230 E 15th St [illegible] | | | | | |

CONFIDENTIAL - SUBJECT TO THE PROTECTIVE ORDER

US_01484

REPORT AR-359

PREMISES I.D. NO.

THIS SPACE FOR OFFICE USE ONLY

SOURCE CODE

TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 230 | | East 115 ST | 10003 | Man |

| | VIOLATION NO. | DATE OF INSPECT. | TIME OF INSPECTION |
|---|---|---|---|
| AIR | | 10 28 15 | FROM 0830 HR M. TO 0900 HRS M. |
| (NOISE) | | COMPLAINT INFORMATION 1860299991 TYPE (CODE) DATE TIME | |

UNSCHEDULED INSPECTION ☐

FOLLOW UP INSPECTION ☐

NOISE VIOLATION ONLY

VICINITY

PERSON INTERVIEWED: TITLE:

INSPECTION DISCLOSED THAT There was no excessive loud noise from parrots screaming or shrieking heard or detected at the above address during this inspection. The door man called the respondant several times, no answer. I went to the fifth floor I.F.O Apt. 5J. Rang the door bell, no answer, did not hear any parrots inside. Left an APC Card, explaining the reason for my visit. From previous inspection the respondant has stated that the parrots sleep all night and are awake during the day time only.

No Action taken

DATE 10/28/15 BADGE NO. 1561 INSPECTOR'S SIGNATURE [signature] UPDATE CODE

Owner's Name:

Address:

City State Zip

UPDATE CODE

Phone Contact:

Name: Phone:

For Industrial Only - Stack Hgt. Inspector's Signature [signature] Date 10/28/15

Type of Premises:

1.____ Mult. Dwelling
2.____ School
3.____ Hospital
4.____ Commercial
5.____ Power Plant
6.____ Industrial
7.____ Other

Source Size

1.____ No. of Apts.
2.____ No. of Pupils
3.____ No. of Beds

UPDATE CODE

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E. R. R. | PREV. VIOL. | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | Noise | | | | | |
| | | | | | | | | |
| | | | no Action | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

AR-359 PREMISES I.D. NO. SOURCE CODE TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 230 | | East 15th St | 10003 | Man |

| | VIOLATION NO. | DATE OF INSPECT. | TIME OF INSPECTION |
|---|---|---|---|
| AIR | | 10/31/15 | FROM 11:15 PM TO 12:15 AM |
| NOISE (circled) | | COMPLAINT INFORMATION: 1860303 94 TYPE (CODE) DATE TIME | |

UNSCHEDULED INSPECTION ☐
FOLLOW UP INSPECTION ☐
NOISE VIOLATION ONLY
VICINITY

PERSON INTERVIEWED: Respondant. TITLE:

INSPECTION DISCLOSED THAT There was no excessive loud noise from parrots screaming or shrieking heard or detected at the above address during this inspection. I went to Apt in question 5J. Stood outside the door. not making any noise trying to hear if the parrots will make any noise inside apt. For more the 20 minutes, no noise heard. I rang door Bell. The respondant open. She stated that the birds sleep all night + are up several times during the day. She knows that the complaint is from her neighbor who is upset after they broke up there friendship. no Action taken

DATE 10/31/15 BADGE NO. 1561 INSPECTOR'S SIGNATURE [signature] UPDATE CODE

Owner's Name:

Address:

City State Zip UPDATE CODE

Phone Contact:

Name: Phone:

Type of Premises:
1 ____ Mult. Dwelling
2 ____ School
3 ____ Hospital
4 ____ Commercial
5 ____ Power Plant
6 ____ Industrial
7 ____ Other

Source Size
1 ____ No. of Apts.
2 ____ No. of Pupils
3 ____ No. of Beds

UPDATE CODE

For Industrial Only - Stack Hgt Inspector's Signature [signature] Date 10/31/15

| NO | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E R R | PREV. VIOL | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | noise | | | | | |
| | | | | | | | | |
| | | | no Action | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | 230 East 15th | | | | | |

2 OM 8A RO111 (87)

AR-359

PREMISES I.D. NO. | SOURCE CODE | TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 230 | | E 15 ST | | MN |

| AIR / NOISE | VIOLATION NO. | DATE OF INSPECT. | TIME OF INSPECTION |
|---|---|---|---|
| AIR | | 11/21/15 | FROM 1315 M. TO 1415 M. |
| (NOISE) | | COMPLAINT INFORMATION S# 186042227 DATE TIME | |

UNSCHEDULED INSPECTION ☐
FOLLOW UP INSPECTION ☐

TYPE (CODE)
NOISE VIOLATION ONLY
VICINITY

PERSON INTERVIEWED: TITLE:

INSPECTION DISCLOSED THAT There was no unreasonable or excessive noise noted or detected at time of inspection. Upon inspection observed vicinity of premises with no loud noise from parrot's detected at time of inspection

no action taken

DATE 11-21-15 BADGE NO. 1574 INSPECTOR'S SIGNATURE [signature] UPDATE CODE

Owner's Name

Address:

City State Zip

UPDATE CODE

Phone Contact:

Name: Phone:

For Industrial Only - Stack Hgt. 1572 Inspector's Signature [signature] Date 11-21-15

Type of Premises:
1 X Mult. Dwelling
2 ___ School
3 ___ Hospital
4 ___ Commercial
5 ___ Power Plant
6 ___ Industrial
7 ___ Other

Source Size
1 ___ No. of Apts
2 ___ No. of Pupils
3 ___ No. of Beds

UPDATE CODE

11-25

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E R R. | PREV. VIOL | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | No action taken | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

2 OM 8A RO111 (87)

THIS SPACE FOR OFFICE USE ONLY

REPORT AR-359

PREMISES I.D. NO.

SOURCE CODE

TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 230 | | E 15 St | | 01 |

AIR — VIOLATION NO.

NOISE

DATE OF INSPECT. 12 17 15

TIME OF INSPECTION FROM 18 00 PM. TO 18 30 PM.

COMPLAINT INFORMATION #1865 4062

TYPE (CODE) DATE TIME

NOISE VIOLATION ONLY

VICINITY

UNSCHEDULED INSPECTION ☐

FOLLOW UP INSPECTION ☑

PERSON INTERVIEWED: TITLE:

INSPECTION DISCLOSED THAT There was no unreasonable noise (bird) noted from above location at this time. Inspected the location. no violation of noise code noted.

no Vio / no action

DATE 12/17/15 BADGE NO. 1553 INSPECTOR'S SIGNATURE [signature] UPDATE CODE

Acco by #1626

Owner's Name:

Address: 230 E 15 St

City NY State NY Zip 10003

UPDATE CODE

Phone Contact:

Name: Phone:

Type of Premises:

1____Mult. Dwelling
2____School
3____Hospital
4____Commercial
5____Power Plant
6____Industrial
7____Other

Source Size

1____No. of Apts.
2____No. of Pupils
3____No. of Beds

UPDATE CODE

RV #1557 12-23-15

For Industrial Only - Black Hgt. Inspector's Signature [signature] Date 12/17/15

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E. R. R. | PREV. VIOL. | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | no Vio | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

AR-359

PREMISES I.D. NO.

SOURCE CODE

TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 230 E | | 15 ST | 10003 | 01 |

| | VIOLATION NO. | DATE OF INSPECT. | TIME OF INSPECTION | |
|---|---|---|---|---|
| AIR | | 01 20 16 | FROM 0045 M. TO 0100 | M. |
| NOISE | | COMPLAINT INFORMATION 1860686665 | | |
| | | TYPE (CODE) | DATE | TIME |

UNSCHEDULED INSPECTION ☐

FOLLOW UP INSPECTION ☑

NOISE VIOLATION ONLY

VICINITY

PERSON INTERVIEWED:

TITLE:

INSPECTION DISCLOSED THAT There was no unreasonable or excessive noise (animals) noted or detected at the time of inspection. Inspected the vicinity of the above location no signs of any birds as per the complainant.

**GOVERNMENT EXHIBIT**
20
**(ID)**

DATE 01/20/16 BADGE NO. 1483 INSPECTOR'S SIGNATURE [signature] UPDATE CODE

Accd by 1684

Owner's Name:

Address:

City State Zip

UPDATE CODE

Phone Contact:

Name: Phone:

Type of Premises:

1____Mult. Dwelling
2____School
3____Hospital
4____Commercial
5____Power Plant
6____Industrial
7____Other

Source Size

1____No. of Apts.
2____No. of Pupils
3____No. of Beds

UPDATE CODE

MM 1891 2/1

For Industrial Only - Stack Hgt. Inspector's Signature [signature] Date 1/20/16

| NO | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E R R | PREV. VIOL. | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | Noise complaint (animals) | | | | | |
| | | | NO Action taken. | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

2 OM 8A RO111 (87)

AR-359

PREMISES I.D. NO.

SOURCE CODE

TYPE

PREMISES NUMBER: 230 | S | PREMISES STREET ADDRESS: E 5th St | ZIP CODE: 10003 | BORO: MA

AIR | VIOLATION NO. | DATE OF INSPECT.: 01 25 16 | TIME OF INSPECTION: FROM 12245 M. TO 12330 M.

NOISE (circled)

COMPLAINT INFORMATION: 1866069857

TYPE (CODE) | DATE | TIME

NOISE VIOLATION ONLY

UNSCHEDULED INSPECTION ☐

FOLLOW UP INSPECTION ☐

VICINITY

TITLE:

PERSON INTERVIEWED: N/A

INSPECTION DISCLOSED THAT: There was no excessive or unreasonable noise (Animal noise) noted or detected in the vicinity of the above location. Patrolled and observed area and inspection revealed no birds or any other animals present and making noise at time inspection occurred

NO ACTION TAKEN/NO VIOLATION

DATE 1/25/16 BADGE NO. 1689 INSPECTOR'S SIGNATURE [signature] UPDATE CODE

Keep by 6/24

Owner's Name:

Address:

City State Zip UPDATE CODE

Phone Contact:

Name: Phone:

Type of Premises:
1 ____ Mult Dwelling
2 ____ School
3 ____ Hospital
4 ____ Commercial
5 ____ Power Plant
6 ____ Industrial
7 ____ Other

Source Size
1 ____ No. of Apts
2 ____ No. of Pupils
3 ____ No. of Beds

UPDATE CODE

RV #157
2-2-16

For Industrial Only - Stack Hgt. | Inspector's Signature [signature] | Date 1/25/16

| NO | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E. R. R. | PREV. VIOL | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | Complaint: Animal noise | | | | | |
| | | | 1866069857 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

2 0M 8A RO111 (87)

AR-359

PREMISES I.D. NO. | SOURCE CODE | TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 230 | | EAST 15th St | 10003 | MN |

AIR | VIOLATION NO. | DATE OF INSPECT 02 03 15 | TIME OF INSPECTION FROM 0045 TO 0100 Hrs

NOISE

COMPLAINT INFORMATION

TYPE (CODE) S#186075825 DATE TIME

NOISE VIOLATION ONLY

UNSCHEDULED INSPECTION ☐
FOLLOW UP INSPECTION ☒

VICINITY

TITLE:

PERSON INTERVIEWED:

INSPECTION DISCLOSED THAT There was no unreasonable noise from "Parrots" screeching + squawking from neighbors home found at this time. Inspection made from LFO building address & I did not hear noise from parrots during this time. No Noise.

No Action Taken

DATE 2/3/16 BADGE NO. 1624 INSPECTOR'S SIGNATURE [signature] UPDATE CODE

Owner's Name:

Address:

City State Zip UPDATE CODE

Phone Contact:

Name: Phone:

For Industrial Only - Stack Hgt. Inspector's Signature [signature] Date 2/3/16

Type of Premises:
1 ✓ Mult Dwelling
2 ___ School
3 ___ Hospital
4 ~~Commercial~~
5 ___ Power Plant
6 ___ Industrial
7 ___ Other

Source Size
1 ___ No. of Apts.
2 ___ No. of Pupils
3 ___ No. of Beds

UPDATE CODE

R U#1577 2-3-16

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E.R.R. | PREV VIOL | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | Compl't Noise "Parrots" | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | No Action Taken | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | 230 E. 15th St (MN) | | | | | |

2 0M 8A RO111 (87)

REPORT AR-359

PREMISES I.D. NO.

SOURCE CODE

TYPE

PREMISES NUMBER: 230

S

PREMISES STREET ADDRESS: EAST 15th ST 5-J

ZIP CODE: 10003

BORO: MN

AIR

NOISE

VIOLATION NO.

DATE OF INSPECT.: 02 07 16

TIME OF INSPECTION: FROM 11/30 [illegible] 1200 [illegible]

COMPLAINT INFORMATION

TYPE (CODE): S#1860777720

TIME

NOISE VIOLATION ONLY

VICINITY

TITLE:

UNSCHEDULED INSPECTION ☐

FOLLOW UP INSPECTION ☒

PERSON INTERVIEWED:

INSPECTION DISCLOSED THAT There was no unreasonable Noise from "Parrots" Detected at this time. Observed above address + DNE Any Noise Coming from the Apt 5-J at above Address. No Birds Screeching – No Noise

No Action Taken

UPDATE CODE

DATE 2/7/16 BADGE NO. 1624 INSPECTOR'S SIGNATURE: [signature]

Owner's Name:

Address:

City State Zip

UPDATE CODE

Phone Contact:

Name: Phone:

For Industrial Only • Stack Hgt: Inspector's Signature [signature]

Type of Premises:

1 X Mult. Dwelling

2 ___ School

3 ___ Hospital

4 ___ Commercial

5 ___ Power Plant

6 ___ Industrial

7 ___ Other

Source Size

1 ___ No. of Apts.

2 ___ No. of Pupils

3 ___ No. of Beds

UPDATE CODE

Date 2/7/16

RN#1557 3-4

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E. R. R. | PREV. VIOL | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | Complt noise "Parrot" | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | No Action Taken | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | 230 E. 15th St. 5-J (MN) | | | | | |

2 0M 8A RO111 (87)

AR-359

PREMISES I.D. NO.

SOURCE CODE

TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 230 | | E 15 St | | 01 |

| | VIOLATION NO | DATE OF INSPECT. | TIME OF INSPECTION |
|---|---|---|---|
| AIR | | 9/20/916 | FROM 22 00 Hrs M. TO 22 15 Hrs M. |
| NOISE (circled) | — | COMPLAINT INFORMATION #186078942 + 186078899 TYPE (CODE) DATE TIME | |

UNSCHEDULED INSPECTION ☐
FOLLOW UP INSPECTION ☑

NOISE VIOLATION ONLY

VICINITY

PERSON INTERVIEWED:

TITLE:

INSPECTION DISCLOSED THAT There was no unReasonable noise (PARROTS) noted from above location at this Time. inspected The location. no violation of noise Code noted at this Time.

no vio / no action

DATE 2/9/16 BADGE NO. 1553 INSPECTOR'S SIGNATURE [signature] UPDATE CODE

Acc'D by #1483

Owner's Name:

Address: 230 E 15 St

City NY State NY Zip 10003

UPDATE CODE

Phone Contact:

Name: Phone:

For Industrial Only - Stack Hgt

Inspector's Signature [signature]

Type of Premises:
1. ✓ Mult. Dwelling
2. ___ School
3. ___ Hospital
4. ___ Commercial
5. ___ Power Plant
6. ___ Industrial
7. ___ Other

Source Size
1. ___ No. of Apts.
2. ___ No. of Pupils
3. ___ No. of Beds

UPDATE CODE

Date 2/9/16

2/11/15 ?? 2:10

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E.R.R. | PREV. VIOL. | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | no vio | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

2 OM 8A RO111 (87)

AR-359

PREMISES I.D. NO.

SOURCE CODE

TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 230 | | EAST 15TH ST. | 10003 | 01 |

| AIR | VIOLATION NO. | DATE OF INSPECT. | TIME OF INSPECTION |
|---|---|---|---|
| | | 022016 | FROM 1530 HRS. TO 1615 HRS. |

NOISE

COMPLAINT INFORMATION

TYPE (CODE) DATE TIME

UNSCHEDULED INSPECTION ☐

FOLLOW UP INSPECTION ☑

NOISE VIOLATION ONLY # 186085494

VICINITY

PERSON INTERVIEWED: Doorman / Respondent TITLE: Doorman / Respondent

INSPECTION DISCLOSED THAT There was no unreasonable or excessive noise (animals) noted or detected at the above premise at this time. Observations made on fifth floor of above premise. Inspection revealed there to be squaking detected upon first arriving to fifth floor and respondent exited premise and I advised her of complaint, N.Y.C. Noise Control Code. After speaking with respondent, noise of parrots ceased. No violation of the NYC Noise Control Code exist at this time.

No Action Taken / No Violation

DATE 02/20/16 BADGE NO. 1686 INSPECTOR'S SIGNATURE Peter Homsey UPDATE CODE

Owner's Name:

Address:

City State Zip

Phone Contact:

Name: Phone:

UPDATE CODE

Type of Premises:
1. ✓ Mult. Dwelling
2. School
3. Hospital
4. Commercial
5. Power Plant
6. Industrial
7. Other

Source Size
1. No. of Apts.
2. No. of Pupils
3. No. of Beds

(13) Floors

UPDATE CODE

For Industrial Only - Stack Hgt. 1686 Inspector's Signature Peter Homsey Date 02/20/16

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E.R.R. | PREV. VIOL. | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | # 186085494 | | | | | |
| | | | (Noise - Animals - Parrots) | | | | | |
| | | | | | | | | |
| | | | Apt. # 5J | | | | | |
| | | | | | | | | |
| | | | No Action Taken / No Vio. | | | | | |
| | | | | | | | | |
| | | | 230 E. 15th St. | | | | | |

2 OM 8A RO111 (87)

CONFIDENTIAL - SUBJECT TO THE PROTECTIVE ORDER

AR-359

PREMISES I.D. NO.

SOURCE CODE

TYPE

| PREMISES NUMBER | S | PREMISES STREET ADDRESS | ZIP CODE | BORO |
|---|---|---|---|---|
| 230 | | E 15 ST | | MN |

| | VIOLATION NO. | DATE OF INSPECT. | TIME OF INSPECTION |
|---|---|---|---|
| AIR | | 3 03 16 | FROM 23 00 M. TO 23 15 M |
| NOISE (circled) | | COMPLAINT INFORMATION: SR# 186093388 DATE TIME | |
| | | TYPE (CODE) NOISE VIOLATION ONLY | |

UNSCHEDULED INSPECTION ☐
FOLLOW UP INSPECTION ☐

VICINITY

PERSON INTERVIEWED: Eric (Building mgr) / doorman TITLE:

INSPECTION DISCLOSED THAT - There was no unreasonable or excessive noise noted or detected at time of inspection: upon inspection met with doorman and informed of complaint of noise from parrots who called building mgr. Spoke to mgr by phone who informed that he was aware of complaint and was trying to resolve the problem. No noise from parrots detected at time explained nyc noise code. no action taken

DATE 3-3-16 BADGE NO. 1572 INSPECTOR'S SIGNATURE [signature]

UPDATE CODE

Owner's Name:

Address

City State Zip

UPDATE CODE

Phone Contact:

Name Phone:

For Industrial Only - Stack Hgt 1572 Inspector's Signature [signature]

Type of Premises:
1. X Mult. Dwelling
2. ___ School
3. ___ Hospital
4. ___ Commercial
5. ___ Power Plant
6. ___ Industrial
7. ___ Other

Source Size
1. ___ No. of Apts.
2. ___ No. of Pupils
3. ___ No of Beds

UPDATE CODE

Date 3-3-16

R.V. #1572 3-4-16

| NO. | SOURCE EMIS. POINT NO. | FUEL | EQUIPMENT DESCRIPTION | VIOLATION TYPES | E.R.R. | PREV. VIOL. | C. OF O. DATE | UPDATE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | no action taken | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

2 OM 8A RO111 (87)