The Board of Directors has modified and revised the attached House Rules and attempted to rewrite them in plain English. A resolution of the Board of Directors on October 22, 1997 formally adopted these House Rules, as revised. These rules may be further modified, amended or repealed at any time by resolution of the Board of Directors. (In all instances, shareholders are referred to as "Lessees" and The Rutherford Tenants Corporation is referred to as "Lessor").

GOVERNMENT EXHIBIT 40

# House Rules

## A. PUBLIC SPACES (Lobby, Hallways, Stairways, Laundry Room, Garage)

1. The public halls, staircase landings or stairways of the building shall not be obstructed in any way or used for any purpose other than to enter and exit from the apartments. All stairwell doors MUST remain closed at all times so as to prevent the spread of smoke and flames in the event of a fire.
2. No patient of any doctor who has offices in the building shall be permitted to wait in the lobby.
3. No public hall of the building shall be decorated or furnished by any Lessee in any manner.
4. Bicycles, tricycles, scooters, baby carriages or similar vehicles, shall not be allowed to stand in the public halls, stairways, lobby or garage of the building. In the event a fine is levied against the Lessor for a violation of this House Rule, such fine shall be payable by the Lessee as additional rent.
5. Lessees shall use the available laundry facilities only upon such days and during such hours as may be designated by the Board of Directors.
6. The Board of Directors shall have the right from time to time to curtail or relocate any space devoted to storage or laundry purposes.
7. Bicycles must be walked through the lobby. Roller blading, roller skating and skateboarding is not permitted inside the building.
8. No vehicle belonging to Lessees or to a guest, subtenant, employee or family member of Lessees shall be parked in such a manner as to impede or block entry to the garage of the building at any time. Only authorized vehicles belonging to a Lessee who has entered into a Parking License Agreement with the Lessor may enter the garage or be parked or stored in the garage.
9. Children shall not play in the public halls, lobby, stairways or elevators and shall not be permitted on the roof unless accompanied by a responsible adult.
10. Care should be taken to assure that bicycles and carriages do not damage the elevator cab. The cost to repair such damage shall be the responsibility of the offending Lessee and shall be paid as additional rent.

## B. TERRACES, PATIOS, PENTHOUSES, WINDOWS

1. No article shall be hung or shaken nor may any object be dropped or thrown from the doors, windows, terraces or penthouses or placed upon the window ledges. No barriers, trellises may be erected on the roof or terraces without the prior written consent of the Lessor.

2. No awnings, window air-conditioning units or other ventilating equipment shall be installed by Lessee or used in or about the building without the written approval of the Board of Directors or Managing Agent, nor shall anything be projected out of any window of the building without similar approval.
3. No sign, notice, advertisement or illumination shall be inscribed or exposed on or at any window or other part of the building, without the written approval by the Board of Directors or Managing Agent.
4. No CB, Ham, radio or television antennae, satellite dish or similar transmitting or receiving device may be attached to or hung from the window or the exterior of the building without the written approval by the Board of Directors or Managing Agent.
5. It is the responsibility of Lessees to keep the apartment windows clean. Should a Lessee fail to do so, the Board of Directors or Managing Agent upon.providing Lessee 10 days notice will instruct the building Superintendent to enter the apartment and have the windows cleaned at the Lessee's expense and same shall be paid by Lessee as additional rent.
6. No Lessee shall place or install any structures, trees or other plants or plantings on a terrace, balcony or roof adjacent to such Lessee's apartment without the prior written approval of the Lessor. All trees, plants and other plantings shall be contained in boxes of wood lined with metal or other material impervious to dampness and standing on supports at least two (2") inches from the terrace, balcony or roof surface, and must be installed at least three (3") inches from all walls, parapets and flashings. All boxes must contain suitable weepholes to draw off water. It shall be the responsibility of the Lessee to maintain these containers in good condition and to ensure that weepholes are operating properly. All trees, shrubs, plants, planters, furnishings and structures shall be removed by Lessees, at Lessee's expense, upon request of the Lessor. Any plantings or planters or other structures erected by the Lessee or his/her predecessor in interest may be removed and restored by the Lessor at the expense of the Lessee for the purpose of repairs, upkeep and maintenance of the building.
7. No pigeons or other birds, or animals shall be fed from the window sills, terraces, penthouses or patios or other public portions of the building, or on the sidewalk or street adjacent to the building.
8. The use of hibichis or grills or storage of propane gas anywhere on the premises is prohibited by law.

D. WASTE DISPOSAL

All small household trash EXCEPT recyclables, wood or other sturdy materials, glass and wire hangers are permitted to be placed down the chute to the compactor in the basement.

E. DISTURBANCES

1. No Lessee shall make or allow any disturbing noise in the building, or do or permit anything to be done, that will interfere with the rights, comfort or convenience of other Lessees.
2. Musical instruments may not be played before 10 am or after 10 pm nor may television, radio, tape, phonograph/CD equipment be operated in such a manner as to disturb or annoy other occupants of the building.

2a. Drums and electronically amplified musical instruments are not permitted to be played in the building at any time.

3. Any construction, repair work or other installations involving noise may be done ONLY between the hours of 8:30 am and 5:00 pm Monday through Friday, and between 10:00 am and 4:00 pm on Saturday, not including legal holidays and only after receipt of written approval from Lessor.
4. To prevent excess noise from disturbing other Lessees, at least 80% of the floors of each apartment, excluding kitchens, bathrooms, foyers and closets, must be covered with rugs or carpeting.

## F. SUPERVISION OF PETS BELONGING TO RESIDENTS OR VISITORS

1. Lessee is responsible for all pets owned by such Lessee or pets brought into the building by visitors and/or guests of Lessee.
2. When a pet is outside of the Lessee's apartment, including in elevators, hallways, lobby, laundry room or any other public area, it must be on a leash, in a container or held by a person who is capable of restraining it.
3. No pets should be permitted to eliminate in the hallways or elevators, on the terraces, on or near the building or around the trees in front of the building or on penthouse terraces.
4. Pets are not permitted on the roof at any time.
5. Pets are not permitted in the furnished area of the lobby.
6. The cost of repairing any damage caused by a pet shall be borne by the Lessee who owns the pet, or whose visitor or guest brought the pet into the building and shall be paid by the Lessee as additional rent.

## G. ALTERATION/RENOVATION PROCEDURES

1. Approval of the Board of Directors is needed before any alteration or renovation can be made in an apartment including, but not limited to, replacement of windows, creation of an opening in an exterior wall, removal of walls, installation, modification, alteration or removal of any heating, plumbing fixtures or pipes, gas lines, radiators, electrical service outlets or wiring, cabinets or appliances.
2. Lessees planning renovations must request from the Managing Agent a packet of instructions including an Alteration Agreement Form which details the obligations of the Lessee in this regard.
3. Failure to comply with the above rules is a breach of your Proprietary Lease and can result in a financial penalty.

## H. SECURITY

Lessees wishing other persons to be admitted to their apartment during their absence must complete a Key Authorization Form with the doorman. Unauthorized visitors will not be permitted access to an apartment in the absence of a Lessee under any circumstances, even if they are in possession of a key.

## I. PLUMBING

1. Toilets, bathtubs, sinks and other plumbing apparatus in the building shall not be used for any purposes other than those for which they were constructed, nor shall any sweepings, rubbish, rags or any other article be thrown into the toilets. The cost of repairing any damage resulting from misuse shall be paid by the Lessee as additional rent.

2. No washing machines or dryers are permitted in any apartment in the building.

## J. SMOKE DETECTOR

Each Lessee must maintain the smoke detector(s) in his or her apartment. A battery operated smoke detector should have a new battery each year.

## K. WINDOW GUARDS

Window guards are required on each window in an apartment that is the residence of a child ten years or younger.

## L. MESSENGER & STORE DELIVERIES

1. Deliveries of every kind are to be made ONLY at the lobby entrance of the building to the doorman on duty. The doorman will direct the delivery person to the appropriate entrance as shall be designated by the Board of Directors or Managing Agent.
2. When expecting delivery of a large item, it is necessary to give 24 hours notice to the doorman or Superintendent.

## M.SERVICE REQUESTS

Requests for repairs must be made in writing to the Superintendent or Doorman. The cost of all labor and materials used in connection with repairs that are the obligation of the Lessee to perform shall be borne by the Lessee and paid as additional rent.

## N. ACCESS TO APARTMENTS

1. Agents of the Lessor, as well as any exterminator, contractor or workman authorized by the Lessor, may enter any apartment at any reasonable hour of the day for the purpose of inspecting such apartment to ascertain whether measures are necessary or desirable to control or exterminate any vermin, insects or other pests and for the purpose of taking such measures as may be necessary to control or exterminate any such vermin, insects or other pests. If the Lessor takes measures to control or exterminate carpet beetles, the cost thereof shall be payable by the Lessee as additional rent.
2. No group tour or exhibition of any apartment or its contents shall be conducted, nor shall any auction sale be held in any apartment without the written consent of the Lessor or its Managing Agent.

## O. LIABILITY INSURANCE

All Lessees are required to maintain at their own cost and expense liability insurance for each unit in the building that they own in an amount of not less than $100,000.00 per occurrence. Lessees shall furnish the managing agent with a Certificate of Insurance showing existence of such insurance and shall furnish current certificates of insurance to the managing agent upon demand. All claims for damage to a Lessee's apartment, or its contents, furnishings, appliances or fixtures, shall be submitted to Lessee's own insurance carrier.

# Policies & Procedures

A. GARAGE SPACE

Shareholders wishing to license the use of a parking space in the garage for their car should contact the Managing Agent to place their name on the waiting list. All rules and regulations concerning the use of garage space is outlined in the licensing agreement and parking rules.

B. BICYCLE STORAGE

Bicycle-rack storage space is available for rent in the garage by contacting the Managing Agent.

C. LAUNDRY ROOM

You are requested to remove laundry from machines as soon as the cycle is completed in consideration of other residents.

D. SELLING, SUBLETTING and REFINANCING

Written approval of the Board of Directors is a prerequisite for all resales, refinancings and sublets.

E. WASTE DISPOSAL

1. Leave wire hangers on the floor in compactor rooms for collection by building personnel.
2. You are requested to be considerate of your neighbors and not overload the compactor room with cartons or numerous bottles or large-size containers and to deposit them in the designated containers in the basement.
3. Rules pertaining to recyclable items will be posted in compactor rooms and notices will be sent to residents as they change.
4. Please contact the Superintendent for instructions regarding the disposal of large items.

F. DISTURBANCES

1. When planning any renovation or installation, you are requested to give ample notice to all your neighbors (above, below and all sides), advising them of the period of time during which they can expect noise and disruption.
2. If planning a party, especially during evening hours, you are requested to give ample notice to your immediate neighbors (above, below and all sides) and to adhere to the House Rules regarding noise.

G. ROOF

The rules and regulations pertaining to the use of the roof will be contained in the annual roof opening notice which will be sent to all residents.

## H. MOVE-IN/MOVE-OUT PROCEDURES

1. All moves are coordinated through the building Superintendent and 72 hours advance notice must be given.
2. A security deposit must be paid prior to the move which shall be returned after the move, less the cost of repairing any damage caused by the move, or if the move requires additional labor costs because it cannot be completed by 5:00 pm.
3. Boxes, cartons and other refuse must be disposed of according to the instructions of the Superintendent.
4. When moving trunks and/or heavy baggage into, out of or through the building, prior notice must be given to the building Superintendent.
5. These procedures also apply if a resident moves within the building.

## I. SECURITY

Residents entertaining a large group of people must provide the doorman with a list of names of guests in order to facilitate his job as security agent.

## J. COMPLAINTS

1. Complaints regarding the service in the building shall be made in writing to the Managing Agent or Board of Directors.
2. Complaints regarding other residents shall be made in writing to the Managing Agent. If the complaint requires immediate action or occurs during non-business hours, verbal notice shall be given to the doorman and confirmed in writing to the Managing Agent.

## K. NOTICES & COMMUNICATION

1. To keep all residents informed of developments of importance, the Corporation maintains a bulletin board located in each of the mailrooms. Notices, announcements and information are posted on the bulletin board by the Board of Directors or Managing Agent.
2. No notices may be affixed to the outer surface of these bulletin boards at any time.
3. Personal notices, ads and other information can be posted by the residents on the bulletin board located in the laundry room.
4. The Newsletter mailbox, located in the west mailroom, is provided for comments and suggestions.
5. An Annual Report of corporate financial affairs including a balance sheet and profit and loss statement certified by an independent certified public accountant shall be delivered to Shareholders after the end of each fiscal year.



CONFIDENTIAL - SUBJECT TO THE PROTECTIVE ORDER