**NOTICE TO CURE**

**TO:** **MERIL E. LESSER ("Tenant")**
**230 East 15th Street, Apt. 5-J**
**New York, New York 10003**

**Re:** **Apartment #5-J, 230 East 15th Street, New York, New York 10003**
**(the "Premises")**

---

**PLEASE TAKE NOTICE,** that you have violated, and are continuing to violate, a substantial obligation of your tenancy and have violated substantial terms of the proprietary lease for the premises known as and located at 230 East 15th Street, Apartment # 5-J, New York, New York 10003 (hereinafter the "Premises"), between Rutherford Tenants Corp., as Landlord, and Meril E. Lesser, as Tenant (hereinafter referred to as the "Lease"), in that, in violation of Paragraph 18(b) of the Lease, Paragraph 13 of the Lease, and Paragraphs E.1. and F.1. of the House Rules, you have kept parrot(s) and/or other birds (collectively. the "Parrots") in the Premises as pets, which have caused ongoing noise disturbances that have unreasonably annoyed other building residents and interfered with their rights and comforts.

**PLEASE TAKE FURTHER NOTICE**, that Paragraph 18(b) of the Lease provides, in pertinent part, as follows:

> The Lessee shall not permit or suffer any unreasonable noises or anything which will interfere with the rights of other lessees or unreasonably annoy them or obstruct the public halls or stairways.

**PLEASE TAKE FURTHER NOTICE**, that Paragraph 13 of the Lease provides, in pertinent part, as follows:

Certified Article Number
SENDERS RECORD

Certified Article Number
SENDERS RECORD

> The Lessor has adopted House Rules… and the Directors may alter, amend or repeal such House Rules and adopt new House Rules. This lease shall be in all respects subject to such House Rules which, when a copy thereof has been furnished to the Lessee, shall be taken to be part hereof, and the Lessee hereby covenants to comply with all such House Rules and see that they are faithfully observed by the family, guests, employees, and subtenants of the Lessee. Breach of a House Rule shall be a default under this lease.

**PLEASE TAKE FURTHER NOTICE,** that Paragraphs E.1. and F.1. of the House Rules provide, respectively and in pertinent part, as follows:

> No Lessee shall make or allow any disturbing noises in the building, or do or permit anything to be done, that will interfere with the rights, comfort, or convenience of other Lessees.
>
> ***
>
> Lessee is responsible for all pets owned by such Lessee or pets brought into the building by visitors and/or guests of Lessee.

**PLEASE TAKE FURTHER NOTICE,** that the Landlord reasonably believes that the facts necessary to establish the existence of the foregoing include, but are not limited to, the following:

1. Since at least April 2015, you have harbored the Parrots as pets in the Premises, and since that time, the building's property manager has received several complaints from other residents concerning the disturbing sounds of squawking and/or other noises made by the Parrots which can be heard in the public hallway outside the Premises and in other residents' apartments at various times during the day;

2. The building's property manager sent a letter to you dated May 15, 2015 concerning the aforementioned disturbances and requesting that you take necessary measures to reduce the excessive noise made by the Parrots (the "May 15 Letter"). A copy of the May 15 Letter is annexed hereto and made a part hereof as Exhibit "A";

3. Notwithstanding the issuance of the May 15 Letter, the building's managing agent continued to receive complaints from other residents of noise disturbances emanating from the Parrots that you harbor in the Premises;

4. The building's property manager sent a second letter to you dated August 19, 2015 concerning the ongoing disturbances and requesting that you take immediate action to remediate the excessive noise made by the Parrots (the "August 19 Letter"). A copy of the August 19 Letter is annexed hereto and made a part hereof as Exhibit "B";

5. Notwithstanding the issuance of the August 19 Letter, the building's managing agent continued to receive complaints from other residents of noise disturbances emanating from the Parrots that you harbor in the Premises; and

6. Despite any claims made by you that efforts were made to abate the noise emanating from the Premises, the building's managing agent has, to date, continued to receive complaints from other residents of squawking and/or noise disturbances emanating from the Parrots that you harbor in the Premises.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Paragraph 31(e) of the Lease, you are hereby required to cure the aforesaid defaults by taking any and all measures to prevent squawking and/or other noises made by the Parrots in the Premises from escaping into the public hallway adjacent to the Premises and into other residents' apartments, including, but not limited, permanently removing any parrot(s), bird(s), and/or animal(s) from the Premises which have caused, and continue to cause, the above-referenced noise disturbances, on or before April 12, 2016, that being more than thirty (30) days after the service of this notice upon you, and that if you fail to cure said default on or before April 12, 2016, then the Landlord will elect to terminate your tenancy in accordance with Paragraph 31 of the Lease and the applicable provisions of the law.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Paragraph 28 of the Lease, Tenant is responsible for legal fees incurred by the Landlord with regard to the preparation and service of this Notice to Cure and any and all work done prior to and subsequently thereto, based upon your default under the Lease.

**PLEASE TAKE FURTHER NOTICE** that any response to this notice should be in writing, directed to the Landlord's attorneys at the address indicated below.

Dated: New York, New York
March 7, 2016

**Rutherford Tenants Corp.**
Landlord

By: James Ramadei, President

Please Direct Any Response To:

ROSEN LIVINGSTON & CHOLST LLP
275 Madison Avenue – Suite 500
New York, New York 10016
Att: Andrew J. Wagner, Esq.
(212) 687-7770