GOVERNMENT EXHIBIT 33 (ID)

# NOTICE OF TERMINATION

**TO:** **MERIL E. LESSER ("Tenant")**
**230 East 15th Street, Apt. 5-J**
**New York, New York 10003**

**Re:** **Apartment #5-J, 230 East 15th Street, New York, New York 10003**
**(the "Premises")**

---

**PLEASE TAKE NOTICE,** that pursuant to Paragraph 31 of your Proprietary Lease (the "Lease"), your tenancy at the Premises is hereby terminated on **May 31, 2016,** a date which is not less than five (5) days after the service of this notice upon you, for the reason that you have failed to prevent squawking and/or other noises made by the Parrots in the Premises from escaping into the public hallway adjacent to the Premises and into other residents' apartments, as more particularly delineated in the within Notice to Cure, dated March 7, 2016, a copy of which, with proof of service, is annexed hereto, made a part hereof, and incorporated herein as if fully set forth below.

**PLEASE TAKE FURTHER NOTICE**, that you are hereby required to quit, vacate and surrender possession of the Premises to the Landlord, on or before **May 31, 2016**, and that upon your failure to so quit, vacate and surrender possession, the Landlord will commence an appropriate action and/or proceeding to recover possession of the Premises as a result of your failure to comply with the aforesaid Notice to Cure and will demand the value of your use and occupancy of the Premises during the period of such holding over.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Paragraph 28 of the Lease, Tenants are responsible for legal fees incurred by the Landlord with regard to the preparation and service of this Notice and any and all work done prior to and subsequently thereto, based upon your default under the Lease.

**PLEASE TAKE FURTHER NOTICE** that any response to this notice should be in writing, directed to the Landlord's attorneys at the address indicated below.

Dated: New York, New York
May 17, 2016

**Rutherford Tenants Corp.**
Landlord

By: ______________________
James Ramadei, President

Please Direct Any Response To:

ROSEN LIVINGSTON & CHOLST LLP
275 Madison Avenue – Suite 500
New York, New York 10016
Att: Andrew J. Wagner, Esq.
(212) 687-7770