CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART
------------------------------------------------------------X
RUTHERFORD TENANTS CORP.

Petitioner-Landlord,

-against-

MERIL E. LESSER
230 East 15th Street
Apartment 5J
New York, NY 10003

Respondent-Tenant.
------------------------------------------------------------X

**NOTICE OF PETITION**
**HOLDOVER: RESIDENTIAL**
**CO-OP/CONDO CASE**
**Index No.: L&T /2016**
066886|16

Petitioner's Address:
c/o Halstead Management Company, LLC
770 Lexington Avenue, 7th Floor
New York, NY 10065

To the Respondents above-named and described, in possession of the premises hereinafter described or claiming possession thereof:

**PLEASE TAKE NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of New York, located at 111 Centre Street, New York, New York, Part C, Room 844, On June 29th, 2016 at 2:00 o'clock in the ~~fore~~/afternoon of that day, on the annexed petition of **Rutherford Tenants Corp.** verified on **June 13, 2016**, which prays for a final judgment of eviction, awarding to the Petitioner the possession of the premises described as: all rooms in Apartment 5J in the building known as and located at 230 East 15th Street, County of New York, in the City and State of New York, as demanded in the petition, which you must answer. Your answer may set forth any defense or counterclaim against the Petitioner unless such defense or counterclaim is determined by the Court to be precluded by law or prior agreement between the parties.

**TAKE NOTICE** also that demand is made in the petition herein for judgment against you for the fair value of your use and occupancy.

**TAKE NOTICE** also that if you fail to interpose and establish any defense that you may have to the allegations of the petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

**TAKE NOTICE** that under Section 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a deposit of use and occupancy, or a payment of use and occupancy to the Petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 30 days of the first court appearance. Failure to comply with an initial deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

In the event of your failure to answer and appear, final judgment by default may be entered against you for the relief demanded in the petition.

S/ CAROL ALT
ACTING CHIEF CLERK

JUN 15 2016

Dated: New York, New York
June , 2016

CAROL ALT
Clerk of the Civil Court of the
City of New York

ANDERSON KILL P.C.
Attorneys for Petitioner-Landlord
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000





CONFIDENTIAL - SUBJECT TO THE PROTECTIVE ORDER 

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF NEW YORK: HOUSING PART**

RUTHERFORD TENANTS CORP.,

Petitioner- Landlord,

-against-

MERIL E. LESSER
230 East 15th Street
Apartment 5J
New York, NY 10003

Respondent- Tenant.

**Index No.:**

**NOTICE OF PETITION**
**HOLDOVER: RESIDENTIAL COOP/CONDO CASE**

Andrew J. Wagner, Esq.

**ANDERSON KILL P.C.**

*Attorney(s) for Petitioner- Landlord*

1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
212-278-1000

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contents of the annexed document(s) are not frivolous.*

*Dated:* *June 13, 2016*

*Signature:* [signature]

*Print Signature's Name:* *Andrew J. Wagner, Esq.*

To

Service of a copy of the within is hereby admitted.

Dated:

Attorney(s) for

nydocs1-1067953.1