UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUTHERFORD TENANTS CORP. and JAMES RAMADEI,

Defendants.

21 Civ. 10383 (JHR) (OTW)

Exhibit 17 to the Declaration of David J. Kennedy, June 21, 2023, is a true and complete copy of a letter from Dr. Adele Tutter dated January 16, 2018, Bates-stamped US_00904-06. The document should be completely redacted because contains information subject to Protective Order paragraph 3(d), which cannot reasonably be segregated from the remainder of the document.