Gmail

## Rutherford v. Lesser

**Andrew Bart** <abart@ltattorneys.com> Thu, Sep 29, 2016 at 6:25 PM
To: "awagner@andersonkill.com" <awagner@andersonkill.com>

Andrew:

As I told you yesterday, my client does not have birds in the apartment and is willing, in the spirit of settlement, not to keep birds there. However, she will not pay the co-op's legal fees. .

Let me know what you'd like to do.

Regards

GOVERNMENT EXHIBIT 28 (ID)

**Andrew I. Bart, Esq.**

*Wenig Saltiel LLP*

26 Court Street, Suite 1200

Brooklyn Heights, NY 11242

T: (718) 797-5700

Email: abart@ltattorneys.com

My Assistant: Diamond Middleton

Email: DMiddleton@ltattorneys.com

"The information in this electronic mail message is the sender's business confidential work product and may be legally privileged. It is intended solely for the addressee(s). Access to this electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution is prohibited and may be unlawful".