***ROSEN LIVINGSTON & CHOLST LLP***
ATTORNEYS AT LAW
**275 MADISON AVENUE, SUITE 500 - NEW YORK, NY 10016-1101**
**(212) 687-7770**
**Telecopier (212) 687-8030**

December 14, 2016

Rutherford Tenants Corp.
c/o Halstead Management Co. LLC
770 Lexington Avenue, 7th Floor
New York, NY 10065
Attn: Yessenia Camilo

Invoice #

EIN# 13-3692349

FOR PROFESSIONAL SERVICES RENDERED.

## HISTORY OF SERVICES RENDERED TO DATE:

Re: Lesser - Apt 5J Parrots

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/25/2016 - | PIL | Draft letter re: Lesser re: parrots. | 0.30<br>475.00/hr | |
| 3/1/2016 - | EC | Emails with A. Nicasio; prepare notice to cure **FLAT FEE: $450.00** | | |
| 3/4/2016 - | PIL | Email to agent re: Lesser matter and complaint advised. Notice to Cure out for service. | 0.20<br>475.00/hr | |
| 3/7/2016 - | EC | Review emails from MA concerning new noise disturbances | 0.40<br>275.00/hr | |
| 3/9/2016 - | PIL | Telephone conference with Lesser - re: parrot noise want the complaints from shareholders. | 0.30<br>475.00/hr | |
| - | PIL | Telephone conference with note to client re: call from Ms. Lesser Preparation letter re: suggested House Rules to consider. | 0.60<br>475.00/hr | |
| 3/10/2016 - | EC | Review email from MA re: additional noise complaints | 0.20<br>275.00/hr | |
| 3/14/2016 - | PIL | Confer with AJW - Himmelstein hired by shareholder, telephone conference with Himmelstein | 0.30<br>475.00/hr | |

***ROSEN & LIVINGSTON***



| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/15/2016 - | AW | Conf. PIL re: issues re: lease default, response from shareholder's attorney; Telephone conference with S. Himmelstein; reviewed email to client | 0.50<br>375.00/hr | |
| - | PIL | Telephone conference with S. Himmelstein re: Lesser; client advised | 0.40<br>475.00/hr | |
| - | PIL | Telephone conference with S. Himmelstein re: Lesser; client advised | 0.40<br>475.00/hr | |
| 3/24/2016 - | AW | Reviewed file documents; conference with PIL; telephone conference with S. Himmelstein re: issues relating to noise disturbances caused by parrot. | 0.70<br>375.00/hr | |
| - | PIL | Re: complaint from neighbor re: more noise besides the parrot. AJW to call attorney for the shareholder. | 0.30<br>475.00/hr | |
| 3/25/2016 - | AW | Reviewed email and attached documents re: alteration application; conference with PIL. | 0.30<br>375.00/hr | |
| - | PIL | Telephone conference with counsel for Lesser; review email attachment re: Parrot; email to client re: alteration agreement et al. | 1.00<br>475.00/hr | |
| 3/28/2016 - | PIL | Telephone conference re: Lesser matter - re: emails concerning attempt to soundproof et al. | 0.60<br>475.00/hr | |
| - | AW | Reviewed letter from Lesser's attorney; conference with PIL. | 0.30<br>375.00/hr | |
| 3/29/2016 - | AW | Email to S. Himmelstein re: submission of alteration application; conference with PIL; legal research (reviewed and Shepardized case law cited in Himmelstein's letter, conducted research of issues involved, reviewed and Shepardized relevant case law); drafted letter to S. Himmelstein. | 2.70<br>375.00/hr | |
| 3/30/2016 - | AW | Revised letter to S. Himmelstein; email to S. Himmelstein; conference with PIL. | 0.50<br>375.00/hr | |
| 4/4/2016 - | AW | Reviewed email from Lesser's attorney (no longer representing her); conference with PIL. | 0.30<br>375.00/hr | |
| - | PIL | Another complaint email, client advised Lesser's attorney resigned. | 0.10<br>475.00/hr | |
| 4/5/2016 - | PIL | Re: advise attorney for Lesser resigned. | 0.10<br>475.00/hr | |

***ROSEN & LIVINGSTON***

Rutherford Tenants Corp. 

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/12/2016 - | PIL | Follow up re; Lesser Reviewed letter to be sent to shareholder re; alteration. | 0.20<br>475.00/hr | |
| - | EC | Prepare letter to tenant re: proposed alteration; revise letter with comments from AJW | 1.20<br>275.00/hr | |
| 4/14/2016 - | PIL | Email re: status of Lesser. | 0.10<br>475.00/hr | |
| - | AW | Conf. PIL re: issues relating to pending matter (expiration of time to cure, legal strategy). | 0.20<br>375.00/hr | |
| 4/26/2016 - | PIL | Telephone conference re: Lesser. Escrow account $75,000 at Community Bank of N.Y. Escrow payment paid by check. Halstead to assist counsel. | 0.30<br>475.00/hr | |
| 4/27/2016 - | PIL | Follow up re: Lesser complaint - client advised need additional information re: date and time of subsequent complaint. | 0.10<br>475.00/hr | |
| 5/6/2016 - | EC | Prepare Notice of Termination; revise per AJW; email same to board president for review and signature **FLAT FEE: $350.00** | | |
| 5/16/2016 - | EC | Ph. conf. w/ Board President; email same | 0.40<br>275.00/hr | |
| 5/17/2016 - | EC | Email MA re: non acceptance of payment going forward | 0.30<br>275.00/hr | |
| 5/26/2016 - | PIL | Annual meeting notice. | 0.30<br>475.00/hr | |
| 5/31/2016 - | PIL | Telephone conference with agent re: proof of notice. | 0.10<br>475.00/hr | |
| | | SUBTOTAL: | 13.70 | $6,257.50 |
| | | TOTAL FEES: | 13.70 | $6,257.50 |

DISBURSEMENTS:

| | | | Price |
|---|---|---|---|
| | | <u>Re: Lesser - Apt 5J Parrots</u> | |
| 9/22/2015 - | PIL | Postage | 0.49 |

***ROSEN & LIVINGSTON***

Rutherford Tenants Corp.



| | | | Price | Amount |
|---|---|---|---|---|
| 3/7/2016 - | RG | Postage | 5.56 | |
| - | RG | Postage | 4.16 | |
| - | RG | Postage | 0.71 | |
| 3/30/2016 - | AW | Postage | 0.49 | |
| 4/13/2016 - | EC | Postage | 5.11 | |
| - | EC | Postage | 0.47 | |
| 5/17/2016 - | RG | Postage | 1.35 | |
| - | RG | Postage | 4.19 | |
| - | RG | Postage | 5.34 | |
| - | RG | Postage | 0.89 | |
| | SUBTOTAL: | | | 28.76 |
| | Total costs | | | $28.76 |
| | TOTAL FEES: | | 13.70 | $6,286.26 |

Time Recap Summary by Timekeeper [105533.RTT07 - Re: Lesser - Apt 5J Parrots]
Client:105533 - RUTHERFORD TENANTS CORP. 12/15/2016 9:08:27 AM



| Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Description |
|---|---|---|---|---|---|
| 05370 | 1.50 | 712.50 | 1.50 | 712.50 | Peter I. Livingston |
| 05374 | 16.30 | 6112.50 | 16.30 | 6112.50 | Andrew J. Wagner |
| 05376 | 8.20 | 2255.00 | 8.20 | 2255.00 | Elliot J. Coz |
| 05377 | 21.00 | 4935.00 | 14.40 | 3384.00 | Kempshall C. McAndrew |
| 05380 | .40 | 60.00 | .40 | 60.00 | Regina Grant |
| | | | | | |
| TOTAL | 47.40 | 14075.00 | 40.80 | 12524.00 | |

Billed and Unbilled Recap Of Time Detail - [105533.RTT07 - Re: Lesser - Apt 5J Parrots]
Client:105533 - RUTHERFORD TENANTS CORP. 12/15/2016 9:08:27 AM



| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 06/13/2016 | 05380 | Regina Grant | 0.40 | 60.00 | Revised petition. Drafted cover letter to | 105533.RTT07 | 3204957 |
| 07/22/2016 | | Invoice=273001 | 0.40 | 60.00 | process server. | | |
| 06/29/2016 | 05376 | Elliot J Coz | 0.30 | 82.50 | Prepare email to Peter Livingston regarding | 105533.RTT07 | 3210278 |
| 07/22/2016 | | Invoice=273001 | 0.30 | 82.50 | court appearance | | |
| 06/29/2016 | 05376 | Elliot J. Coz | 1.80 | 495.00 | Court appearance; conference with opposing | 105533.RTT07 | 3210466 |
| 07/22/2016 | | Invoice=273001 | 1.80 | 495.00 | counsel; review proposed stipulation; adjourn | | |
| | | | | | proceeding | | |
| 08/09/2016 | 05374 | Andrew J. Wagner | 0.40 | 150.00 | Reviewed answer; conf. PIL re: issues raised in | 105533.RTT07 | 3222298 |
| 09/07/2016 | | Invoice=273762 | 0.40 | 150.00 | answer. | | |
| 08/12/2016 | 05376 | Elliot J. Coz | 0.40 | 110.00 | Initial review of Answer and Bill of | 105533.RTT07 | 3223416 |
| 09/07/2016 | | Invoice=273762 | 0.40 | 110.00 | Particulars | | |
| 08/12/2016 | 05374 | Andrew J. Wagner | 0.40 | 150.00 | Reviewed answer and demand for a bill of | 105533.RTT07 | 3222151 |
| 09/07/2016 | | Invoice=273762 | 0.40 | 150.00 | particulars; conf. EC re: issues to address | | |
| | | | | | (possible motion for summary judgment). | | |
| 08/15/2016 | 05374 | Andrew J. Wagner | 0.20 | 75 00 | Conf. EC re: upcoming court appearance, issues | 105533.RTT07 | 3225074 |
| 09/07/2016 | | Invoice=273762 | 0.20 | 75 00 | relating to litigation, response to demand for | | |
| | | | | | a bill of particulars, motion for summary | | |
| | | | | | judgment. (dismissing technical defenses). | | |
| 08/15/2016 | 05376 | Elliot J Coz | 0.50 | 137.50 | Prepare stipulation to adjourn; email same to | 105533.RTT07 | 3225601 |
| 09/07/2016 | | Invoice=273762 | 0.50 | 137.50 | opposing counsel; revise date of stipulation | | |
| | | | | | and email same to opposing counsel | | |
| 08/15/2016 | 05376 | Elliot J. Coz | 0.40 | 110.00 | Review answer and bill of particulars; email to | 105533.RTT07 | 3225656 |
| 09/07/2016 | | Invoice=273762 | 0.40 | 110.00 | opposing counsel | | |
| 08/15/2016 | 05376 | Elliot J Coz | 0.20 | 55.00 | Telephone conference with opposing counsel | 105533.RTT07 | 3225634 |
| 09/07/2016 | | Invoice=273762 | 0.20 | 55.00 | | | |
| 08/15/2016 | 05376 | Elliot J. Coz | 0.10 | 27.50 | Telephone conference with managing agent | 105533.RTT07 | 3225640 |
| 09/07/2016 | | Invoice=273762 | 0 10 | 27.50 | | | |
| 08/16/2016 | 05376 | Elliot J. Coz | 0.20 | 55.00 | Conference with P. Livingston regarding status | 105533.RTT07 | 3225626 |
| 09/07/2016 | | Invoice=273762 | 0.20 | 55.00 | of case and adjournment | | |
| 08/18/2016 | 05376 | Elliot J. Coz | 0.30 | 82.50 | Review answer; take notes regarding same; | 105533.RTT07 | 3225644 |
| 09/07/2016 | | Invoice=273762 | 0.30 | 82.50 | telephone conference with A Wagner regarding | | |
| | | | | | motion for summary judgment | | |
| 08/24/2016 | 05376 | Elliot J. Coz | 0.20 | 55.00 | Review email from opposing counsel | 105533.RTT07 | 3227050 |
| 09/07/2016 | | Invoice=273762 | 0.20 | 55.00 | | | |
| 08/24/2016 | 05376 | Elliot J Coz | 0.20 | 55.00 | Email to MA | 105533.RTT07 | 3227206 |
| 09/07/2016 | | Invoice=273762 | 0.20 | 55.00 | | | |
| 09/10/2016 | 05377 | Kempshall C. McAndrew | 2.40 | 564.00 | Case law research re: proper items in bill of | 105533.RTT07 | 3230128 |
| 10/11/2016 | | Invoice=274479 | 0.00 | 0.00 | particulars; review and drafting response to | | |
| | | | | | same. | | |
| 09/11/2016 | 05377 | Kempshall C. McAndrew | 3.00 | 705.00 | Drafting response to bill of particulars. | 105533.RTT07 | 3230165 |
| 10/11/2016 | | Invoice=274479 | 3.00 | 705.00 | | | |
| 09/16/2016 | 05377 | Kempshall C. McAndrew | 0.10 | 23.50 | Conference with AW re: response to bill of | 105533.RTT07 | 3232751 |
| 10/11/2016 | | Invoice=274479 | 0 10 | 23.50 | particulars; submission schedule | | |
| 09/18/2016 | 05377 | Kempshall C. McAndrew | 0 20 | 47 00 | Review of and outlining of answer re: factual | 105533.RTT07 | 3233261 |
| 10/11/2016 | | Invoice=274479 | 0.20 | 47.00 | vs. legal arguments. | | |
| 09/19/2016 | 05376 | Elliot J. Coz | 0 40 | 110.00 | Telephone conference with opposing counsel | 105533.RTT07 | 3235280 |
| 10/11/2016 | | Invoice=274479 | 0.40 | 110 00 | regarding briefing schedule | | |
| 09/19/2016 | 05377 | Kempshall C. McAndrew | 0.10 | 23.50 | Conference with AW and EC re: answer; drafting | 105533.RTT07 | 3235498 |
| 10/11/2016 | | Invoice=274479 | 0.10 | 23.50 | stipulation. | | |
| 09/20/2016 | 05376 | Elliot J. Coz | 0.20 | 55.00 | Review email from opposing counsel regarding | 105533.RTT07 | 3235316 |
| 10/11/2016 | | Invoice=274479 | 0.20 | 55.00 | adjournment | | |
| 09/20/2016 | 05376 | Elliot J. Coz | 0.30 | 82.50 | Finalize stipulation of adjournment; email | 105533.RTT07 | 3235358 |
| 10/11/2016 | | Invoice=274479 | 0.30 | 82.50 | opposing counsel regarding same | | |
| 09/20/2016 | 05377 | Kempshall C. McAndrew | 1.00 | 235.00 | Drafting stipulation re: submission schedule; | 105533.RTT07 | 3235418 |
| 10/11/2016 | | Invoice=274479 | 1.00 | 235.00 | email to opposing counsel re: same; calls with | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | opposing counsel. | | |
| 09/20/2016<br>10/11/2016 | 05374 | Andrew J. Wagner<br>Invoice=274479 | 0.30<br>0.30 | 112.50<br>112.50 | Conf. EC re: issues relating to motion for summary judgment and response to demand for bill of particulars; revised motion submission schedule; TC respondent's counsel re: issues relating to proceeding. | 105533.RTT07 | 3234338 |
| 09/21/2016<br>10/11/2016 | 05376 | Elliot J. Coz<br>Invoice=274479 | 1.00<br>1.00 | 275.00<br>275.00 | Court appearance; adjourn with motion submission schedule | 105533.RTT07 | 3235261 |
| 09/28/2016<br>10/11/2016 | 05376 | Elliot J. Coz<br>Invoice=274479 | 0.30<br>0.30 | 82.50<br>82.50 | Telephone conference from opposing counsel regarding potential settlement | 105533.RTT07 | 3237370 |
| 09/28/2016<br>10/11/2016 | 05374 | Andrew J. Wagner<br>Invoice=274479 | 0.20<br>0.20 | 75.00<br>75.00 | TC Lesser's attorney re: terms of proposed settlement; conf. PIL. | 105533.RTT07 | 3237791 |
| 09/29/2016<br>10/11/2016 | 05377 | Kempshall C. McAndrew<br>Invoice=274479 | 0.20<br>0.20 | 47.00<br>47.00 | Conference with AW re: billing; calendaring request for total of same. | 105533.RTT07 | 3237526 |
| 09/29/2016<br>10/11/2016 | 05374 | Andrew J Wagner<br>Invoice=274479 | 0.20<br>0.20 | 75.00<br>75.00 | Reviewed email from Lesser's attorney re: proposed settlement; email to Lesser's attorney; conf. EC. | 105533.RTT07 | 3237576 |
| 10/04/2016<br>11/04/2016 | 05374 | Andrew J. Wagner<br>Invoice=275018 | 0.40<br>0.40 | 150.00<br>150.00 | Reviewed billing history reports; conf. PIL re: proposed settlement terms; TC A. Bart re: proposed settlement; email to A. Bart. | 105533.RTT07 | 3238928 |
| 10/04/2016<br>11/04/2016 | 05370 | Peter I. Livingston<br>Invoice=275018 | 0.20<br>0.20 | 95.00<br>95.00 | Telephone call and email to client re: Settlement Proposal | 105533.RTT07 | 3239383 |
| 10/04/2016<br>11/04/2016 | 05377 | Kempshall C. McAndrew<br>Invoice=275018 | 0.10<br>0.10 | 23.50<br>23.50 | Conference with AW re: settlement, billing histories. | 105533.RTT07 | 3240322 |
| 10/07/2016<br>11/04/2016 | 05370 | Peter I. Livingston<br>Invoice=275018 | 0.20<br>0.20 | 95.00<br>95.00 | Telephone call with client offer of 2,500 reduction of legal fees subject to Stip and Inspection or Premises; AJW to follow up with counsel for Lesser | 105533.RTT07 | 3239429 |
| 10/07/2016<br>11/04/2016 | 05374 | Andrew J. Wagner<br>Invoice=275018 | 0.50<br>0.50 | 187.50<br>187.50 | Conf. PIL re: board's settlement proposal; emails to A Bart re: terms of proposed settlement; reviewed emails. | 105533.RTT07 | 3239698 |
| 10/10/2016<br>11/04/2016 | 05374 | Andrew J. Wagner<br>Invoice=275018 | 0.30<br>0.30 | 112.50<br>112.50 | Reviewed email from A. Bart; email to A. Bart re: settlement proposal rejected, scheduling of motion. | 105533.RTT07 | 3241640 |
| 10/19/2016<br>11/04/2016 | 05370 | Peter I. Livingston<br>Invoice=275018 | 0.20<br>0.20 | 95.00<br>95.00 | Followup email to NYCB re: 90 owled to client, Follow up re: status - Lesser. | 105533.RTT07 | 3243592 |
| 10/25/2016<br>11/04/2016 | 05370 | Peter I. Livingston<br>Invoice=275018 | 0.30<br>0.30 | 142.50<br>142.50 | Telephone call to Counsel for NYCB and email to clients re: status | 105533.RTT07 | 3247399 |
| 10/28/2016<br>11/04/2016 | 05377 | Kempshall C McAndrew<br>Invoice=275018 | 0.20<br>0.20 | 47.00<br>47.00 | Revising response to bill of particulars. | 105533.RTT07 | 3247073 |
| 10/31/2016<br>11/04/2016 | 05377 | Kempshall C. McAndrew<br>Invoice=275018 | 0.20<br>0.20 | 47.00<br>47.00 | Conference with AW re: details for BOP; conference with EC re: contacting manging agent. | 105533 RTT07 | 3247846 |
| 10/31/2016<br>11/04/2016 | 05370 | Peter I. Livingston<br>Invoice=275018 | 0.40<br>0.40 | 190.00<br>190.00 | Telephone call with counsel; receipt of cover letter and printout of escrow and interest calculations, client advised | 105533.RTT07 | 3247969 |
| 10/31/2016<br>11/04/2016 | 05374 | Andrew J Wagner<br>Invoice=275018 | 0.80<br>0.80 | 300.00<br>300.00 | Reviewed and revised response to demand for bill of particulars; conf KM. | 105533.RTT07 | 3248123 |
| 11/01/2016<br>12/13/2016 | 05377 | Kempshall C. McAndrew<br>Invoice=275798 | 1.00<br>1.00 | 235.00<br>235.00 | Review of file re: all complaints made; call to managing agent re: same. | 105533.RTT07 | 3249720 |
| 11/03/2016<br>12/13/2016 | 05377 | Kempshall C. McAndrew<br>Invoice=275798 | 0.30<br>0.30 | 70.50<br>70.50 | Call to managing agent re: additional complaints; conference with AW re: stipulation. | 105533.RTT07 | 3249452 |
| 11/07/2016<br>12/13/2016 | 05377 | Kempshall C. McAndrew<br>Invoice=275798 | 0.30<br>0.30 | 70.50<br>70.50 | Call to Part C re: available dates; drafting stipulation to adjourn. | 105533 RTT07 | 3251623 |
| 11/08/2016<br>12/13/2016 | 05377 | Kempshall C. McAndrew<br>Invoice=275798 | 3.90<br>3.90 | 916.50<br>916.50 | Revising Bill of Particulars; revising stipulation; sending same to opposing counsel. | 105533.RTT07 | 3251757 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 11/08/2016 | 05374 | Andrew J. Wagner | 0.30 | 112.50 | TC A. Bart re: motion submission schedule; reviewed and revised proposed stipulation; conf. KM. | 105533.RTT07 | 3250741 |
| 12/13/2016 | | Invoice=275798 | 0.30 | 112.50 | | | |
| 11/09/2016 | 05376 | Elliot J. Coz | 1.30 | 357.50 | Submit stipulation to adjourn with briefing schedule; conference with court attorney regarding same | 105533.RTT07 | 3252272 |
| 12/13/2016 | | Invoice=275798 | 1.30 | 357.50 | | | |
| 11/09/2016 | 05377 | Kempshall C. McAndrew | 0.10 | 23.50 | Calendaring upcoming submission schedule and appearance date. | 105533.RTT07 | 3251888 |
| 12/13/2016 | | Invoice=275798 | 0.10 | 23.50 | | | |
| 11/16/2016 | 05374 | Andrew J. Wagner | 5.20 | 1,950.00 | Reviewed answer, reviewed notice to cure, termination notice and petition; drafted notice of motion; legal research (grounds to dismiss defenses (CPLR 3211, predicate notices, acceptance of rent/vitiation of termination notices, reviewed and Shepardized case law); drafted affirmation in support. | 105533.RTT07 | 3253416 |
| 12/13/2016 | | Invoice=275798 | 5.20 | 1,950.00 | | | |
| 11/16/2016 | 05376 | Elliot J. Coz | 0.10 | 27.50 | Provide status report to board president via email. | 105533.RTT07 | 3257106 |
| 12/13/2016 | | Invoice=275798 | 0.10 | 27.50 | | | |
| 11/17/2016 | 05374 | Andrew J. Wagner | 4.60 | 1,725.00 | Legal research (authority of officers to issue predicate notices, reviewed and Shepardize case law); drafted and revised affirmation in support of motion; conf. KM; reviewed and revised response to demand for a bill of particulars; reviewed notice to cure and pertinent lease provisions | 105533.RTT07 | 3253305 |
| 12/13/2016 | | Invoice=275798 | 4.60 | 1,725.00 | | | |
| 11/17/2016 | 05377 | Kempshall C. McAndrew | 3.10 | 728.50 | Revising Bill of Particulars; gathering exhibits for motion; revising affirmation in support of motion. | 105533.RTT07 | 3253619 |
| 12/13/2016 | | Invoice=275798 | 1.00 | 235.00 | | | |
| 11/18/2016 | 05374 | Andrew J. Wagner | 1.40 | 525.00 | Reviewed and revised Bill of Particulars; conf. KM re: issues relating to litigation obtaining verification from client; revised affirmation in support of motion for summary judgment. | 105533.RTT07 | 3253697 |
| 12/13/2016 | | Invoice=275798 | 1.40 | 525.00 | | | |
| 11/18/2016 | 05377 | Kempshall C. McAndrew | 2.30 | 540.50 | Revising Bill of Particulars; drafting verification and sending same to managing agent; emails and calls to managing agent. | 105533.RTT07 | 3253783 |
| 12/13/2016 | | Invoice=275798 | 1.00 | 235.00 | | | |
| 11/21/2016 | 05377 | Kempshall C. McAndrew | 0.80 | 188.00 | Revising bill of particulars, serving same; preparing exhibits for motion; emails to managing agent | 105533.RTT07 | 3256275 |
| 12/13/2016 | | Invoice=275798 | 0.00 | 0.00 | | | |
| 11/22/2016 | 05374 | Andrew J. Wagner | 0.50 | 187.50 | Final revisions to affirmation in support; reviewed motion exhibits; conf. KM. | 105533.RTT07 | 3255663 |
| 12/13/2016 | | Invoice=275798 | 0.50 | 187.50 | | | |
| 11/22/2016 | 05377 | Kempshall C. McAndrew | 1.70 | 399.50 | Review of motion; revising exhibits to same; arranging for service of same. | 105533.RTT07 | 3256246 |
| 12/13/2016 | | Invoice=275798 | 1.70 | 399.50 | | | |
| 12/07/2016 | 05374 | Andrew J. Wagner | 0.20 | 75.00 | Reviewed voicemail from respondent's counsel; conf. KM. | 105533.RTT07 | 3259600 |
| 12/09/2016 | 05370 | Peter I. Livingston | 0.20 | 95 00 | conference with AJW re: call from attorney for Lesser, email board re: settlement issues, repairs $2,500. | 105533.RTT07 | 3261042 |
| 12/09/2016 | 05374 | Andrew J. Wagner | 0.40 | 150.00 | TC A. Bart re: settlement negotiations; conf. PIL; reviewed email to client and response re: proposed settlement erms; email to A. Bart re: settlement proposal. | 105533.RTT07 | 3259372 |
| | | UNBILLED TOTALS: WORK: | 0.80 | 320.00 | 3 records | | |
| | | UNBILLED TOTALS: BILL: | 0 80 | 320 00 | | | |
| | | BILLED TOTALS: WORK: | 46.60 | 13,755 00 | 58 records | | |
| | | BILLED TOTALS: BILL: | 40.00 | 12,204.00 | | | |
| | | GRAND TOTALS: WORK: | 47.40 | 14,075.00 | 61 records | | |
| | | GRAND TOTALS: BILL: | 40.80 | 12,524.00 | | | |

Cost Recap Summary by CostCode [105533.RTT07 - Re: Lesser - Apt 5J Parrots]
Client:105533 - RUTHERFORD TENANTS CORP. 12/15/2016 9:08:27 AM



| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| AF | 13.67 | 13.67 | AIRFREIGHT |
| FE | 167.00 | 167.00 | FILING OR WITNESS FEES |
| LXISNEX | 12.58 | 12.58 | LIBRARY & LEGAL RESEARCH LEXIS NEXIS |
| PG | 15.73 | 15.73 | DI - POSTAGE - |
| XE | 9.00 | 9.00 | DI - PHOTOCOPYING - |
| | | | |
| TOTAL | 217.98 | 217.98 | |

Billed and Unbilled Recap Of Cost Detail - [105533.RTT07 - Re: Lesser - Apt 5J Parrots]
Client:105533 - RUTHERFORD TENANTS CORP. 12/15/2016 9:08:27 AM



| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/09/2016 | 05380 | Regina Grant | XE | 2.00 | 0.25 | 0.50 | DI - PHOTOCOPYING - | 1869877 |
| 07/22/2016 | | Invoice=273001 | | 2.00 | 0.25 | 0.50 | | |
| 06/09/2016 | 05380 | Regina Grant | XE | 15.00 | 0.25 | 3.75 | DI - PHOTOCOPYING - | 1869878 |
| 07/22/2016 | | Invoice=273001 | | 15.00 | 0.25 | 3.75 | | |
| 06/13/2016 | 05380 | Regina Grant | FE | 1.00 | 45.00 | 45.00 | FILING OR WITNESS FEES - - VENDOR: CIVIL COURT, | 1870024 |
| 07/22/2016 | | Invoice=273001 | | 1.00 | 45.00 | 45.00 | NEW YORK COUNTY Petition filing fee | |
| | | Voucher=144407 Paid | | | | | Vendor=NEW YORK COUNTY CIVIL COURT CLERK Balance= .00 | |
| | | | | | | | Amount= 45.00 | |
| | | | | | | | Check #41783 06/13/2016 | |
| 06/13/2016 | 05380 | Regina Grant | XE | 3.00 | 0.25 | 0.75 | DI - PHOTOCOPYING - | 1870048 |
| 07/22/2016 | | Invoice=273001 | | 3.00 | 0.25 | 0.75 | | |
| 06/13/2016 | 05380 | Regina Grant | XE | 1.00 | 0.25 | 0.25 | DI - PHOTOCOPYING - | 1870049 |
| 07/22/2016 | | Invoice=273001 | | 1.00 | 0.25 | 0.25 | | |
| 06/13/2016 | 05380 | Regina Grant | AF | 1.00 | 13.67 | 13.67 | AIRFREIGHT | 1872485 |
| 07/22/2016 | | Invoice=273001 | | 1.00 | 13.67 | 13.67 | FedEx#: 6283-5404-9 Invoice: 545354558 Tracking | |
| | | | | | | | Number: 783347765991 Reference: 105533 RTT07 05 | |
| | | | | | | | 380 Billing Note: From: Regina Grant, Ander | |
| | | | | | | | son Kill P C, 1251 Avenue of the Americas , NEW | |
| | | | | | | | YORK CITY, NY, 10020, US To: Shirley Metellus, | |
| | | | | | | | InSync Litigation Support, LLC, 75 MAIDEN LN , N | |
| | | | | | | | EW YORK CITY, NY, 10038, US | |
| | | Voucher=144833 Paid | | | | | Vendor=FEDEX 6283-5404-9 Balance= .00 Amount= 960.56 | |
| | | | | | | | Check #42089 06/30/2016 | |
| 06/22/2016 | 05380 | Regina Grant | XE | 7.00 | 0.25 | 1.75 | DI - PHOTOCOPYING - | 1871332 |
| 07/22/2016 | | Invoice=273001 | | 7.00 | 0.25 | 1.75 | | |
| 06/22/2016 | 09882 | MARTIN FRANCIS | PG | 1.00 | 6.94 | 6.94 | DI - POSTAGE - | 1871333 |
| 07/22/2016 | | Invoice=273001 | | 1.00 | 6.94 | 6.94 | | |
| 08/08/2016 | 05374 | Andrew J. Wagner | FE | 1.00 | 122.00 | 122.00 | FILING OR WITNESS FEES - - VENDOR: INSYNC | 1875944 |
| 09/07/2016 | | Invoice=273762 | | 1.00 | 122.00 | 122.00 | LITIGATION SUPPORT, LLC | |
| | | Voucher=145588 Paid | | | | | Vendor=INSYNC LITIGATION SUPPORT, LLC Balance= .00 Amount= | |
| | | | | | | | 1045.00 | |
| | | | | | | | Check #42507 08/09/2016 | |
| 09/20/2016 | 05376 | Elliot J. Coz | XE | 4.00 | 0.25 | 1.00 | DI - PHOTOCOPYING - | 1880311 |
| 10/11/2016 | | Invoice=274479 | | 4.00 | 0.25 | 1.00 | | |
| 09/30/2016 | 05377 | Kempshall C. McAndrew | LXISNEX | 1.00 | 12.58 | 12.58 | LIBRARY & LEGAL RESEARCH LEXIS NEXIS | 1883713 |
| 11/04/2016 | | Invoice=275018 | | 1.00 | 12.58 | 12.58 | | |
| | | Voucher=147151 Paid | | | | | Vendor=LEXIS-NEXIS MATTHEW BENDER 10038U Balance= .00 | |
| | | | | | | | Amount= 14169.06 | |
| | | | | | | | * Check #43552 11/01/2016, 43552 11/30/2016 | |
| 11/17/2016 | 05374 | Andrew J. Wagner | XE | 1.00 | 0.25 | 0.25 | DI - PHOTOCOPYING - | 1884949 |
| 12/13/2016 | | Invoice=275798 | | 1.00 | 0.25 | 0.25 | | |
| 11/21/2016 | 05377 | Kempshall C. McAndrew | XE | 2.00 | 0.25 | 0.50 | DI - PHOTOCOPYING - | 1885286 |
| 12/13/2016 | | Invoice=275798 | | 2.00 | 0.25 | 0.50 | | |
| 11/21/2016 | 09882 | MARTIN FRANCIS | PG | 1.00 | 1.99 | 1.99 | DI - POSTAGE - | 1885287 |
| 12/13/2016 | | Invoice=275798 | | 1.00 | 1.99 | 1.99 | | |
| 11/22/2016 | 05377 | Kempshall C. McAndrew | XE | 1.00 | 0.25 | 0.25 | DI - PHOTOCOPYING - | 1885399 |
| 12/13/2016 | | Invoice=275798 | | 1.00 | 0.25 | 0.25 | | |
| 11/22/2016 | 09882 | MARTIN FRANCIS | PG | 1.00 | 6.80 | 6.80 | DI - POSTAGE - | 1885400 |
| 12/13/2016 | | Invoice=275798 | | 1.00 | 6.80 | 6.80 | | |
| | | BILLED TOTALS: WORK: | | | | 217.98 | 16 records | |
| | | BILLED TOTALS: BILL: | | | | 217.98 | | |
| | | GRAND TOTAL: WORK: | | | | 217.98 | 16 records | |
| | | GRAND TOTAL: BILL: | | | | 217.98 | | |