UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUTHERFORD TENANTS CORP. and JAMES RAMADEI,

Defendants.

21 Civ. 10383 (JHR) (OTW)

**DECLARATION OF DAVID J. KENNEDY**

**IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, David J. Kennedy, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York, attorney for plaintiff the United States of America, in the above-referenced action. I have been assigned to handle this matter and am familiar with the proceedings herein. I make this declaration in support of the Government's motion for summary judgment.

2. Attached hereto as Exhibit 1 is a true and complete copy of the Complaint filed in this matter on December 6, 2021, which includes a letter from legal counsel dated March 28, 2016 as Exhibit A, and a letter from Dr. Adele Tutter dated March 14, 2016 as Exhibit B. The pink post-its on the exhibits were not part of the original documents, but reflect the copies produced to the Department of Housing and Urban Development ("HUD").

3. Attached hereto as Exhibit 2 is a true copy of an evaluation by Dr. Theresa

Yonker, November 14, 2019, Bates-stamped US_00725 through 728. The document should be completely redacted because contains information subject to the Stipulated Confidentiality Agreement and Protective Order entered in this case on March 3, 2022 (the "Protective Order"), paragraph 3(d), which cannot reasonably be segregated from the remainder of the document.

4. Attached hereto as Exhibit 3 is a true and complete copy of relevant pages from the Deposition of Meril Lesser, September 28, 2022, with index. The document should be partly redacted because contains information subject to Protective Order paragraph 3(d). The document is not searchable because counsel for Defendants, who conducted the deposition, produced only a paper copy to the undersigned.

5. Attached hereto as Exhibit 4 is a true and complete copy of relevant pages from the Deposition of Dr. Adele Tutter, September 29, 2022, with index. The document should be completely redacted because contains information subject to Protective Order paragraph 3(d), which cannot reasonably be segregated from the remainder of the document.

6. Attached hereto as Exhibit 5 is a true and complete copy of relevant pages from the Deposition of Dr. Theresa Yonker, December 8, 2022, with index. The document should be completely redacted because contains information subject to Protective Order paragraph 3(d), which cannot reasonably be segregated from the remainder of the document.

7. Attached hereto as Exhibit 6 is a true and complete copy of a May 15, 2015 letter Bates-stamped R-0015.

8. Attached hereto as Exhibit 7 is a true and complete copy of an email dated May 26, 2015, Bates-stamped US_00249. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not fall within the bounds of the

Protective Order. The post-it on the exhibits was not part of the original documents, but reflect the copies produced to HUD.

9. Attached hereto as Exhibit 8 is a true and complete copy of an August 19, 2015 letter Bates-stamped R-0016.

10. Attached hereto as Exhibit 9 is a true and complete copy of an email chain dated September 15, 2015, Bates-stamped US_01335-36. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not fall within the bounds of the Protective Order. The redactions relate to personal health information irrelevant to this matter involving a nonparty and nonwitness.

11. Attached hereto as Exhibit 10 is a true and complete copy of fifteen inspection notices from the New York City Department of Environmental Protection, dating between October 13, 2015, and March 3, 2016. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not fall within the bounds of the Protective Order.

12. Attached hereto as Exhibit 11 is a true and complete copy of the House Rules of the Rutherford in effect in 2016, Bates-stamped US_00515-20. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not fall within the bounds of the Protective Order.

13. Attached hereto as Exhibit 12 is a true copy of a Notice to Cure dated March 7, 2016, Bates-stamped US_00433—36, which does not include exhibits or appendices attached elsewhere. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not fall within the bounds of the Protective Order.

14. Attached hereto as Exhibit 13 is a true and complete copy of a letter from counsel for Rutherford Tenants Corp. dated March 30, 2016, Bates-stamped US_00448-51. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not fall within the bounds of the Protective Order.

15. Attached hereto as Exhibit 14 is a true and complete copy of a Notice of Termination dated May 17, 2016, Bates-stamped R-0123, which does not include exhibits or appendices attached elsewhere.

16. Attached hereto as Exhibit 15 is a true and complete copy of a Notice of Petition in New York City Housing Court dated June 15, 2016, Bates-stamped US_00454-56. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not fall within the bounds of the Protective Order.

17. Attached hereto as Exhibit 16 is a true and complete copy of Defendant's Response to Plaintiff's Interrogatories and Document Requests, dated June 14, 2022.

18. Attached hereto as Exhibit 17 is a true and complete copy of a letter from Dr. Adele Tutter dated January 16, 2018, Bates-stamped US_00904-06. The document should be completely redacted because contains information subject to Protective Order paragraph 3(d), which cannot reasonably be segregated from the remainder of the document.

19. Attached hereto as Exhibit 18 is a true and complete copy of a letter from counsel dated September 15, 2015, Bates-stamped R-0012-13.

20. Attached hereto as Exhibit 19 is a true and complete copy of an email from counsel dated September 29, 2016, Bates-stamped US_00572. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not

fall within the bounds of the Protective Order.

21. Attached hereto as Exhibit 20 is a true and complete copy of an invoice from Defendants' counsel, dated December 14, 2016, Bates-stamped US001593-1602.

22. Attached hereto as Exhibit 21 is a true and complete copy of the docket as of June 21, 2023, in *Rutherford Tenants Corp. v. Meril E. Lesser*, LT-066886-16/NY.

23. Attached hereto as Exhibit 22 is the cover page of the charge filed by Meril Lesser with HUD, Bates-stamped US_00316. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not fall within the bounds of the Protective Order.

24. Attached hereto as Exhibit 23 is a true and complete copy of Meril Lesser's maintenance bill, redacted to remove her current address, dated July 9, 2018, and Bates-stamped US_00553. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not fall within the bounds of the Protective Order.

25. Attached hereto as Exhibit 24 is a true and complete copy of Meril Lesser's maintenance bill, dated October 25, 2018, and Bates-stamped US_01332. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not fall within the bounds of the Protective Order.

26. Attached hereto as Exhibit 25 is a true copy of the Expert Report of Heather Albright, dated March 9, 2023, minus exhibits. The document should be completely redacted because contains information subject to Protective Order paragraph 3(a), which cannot reasonably be segregated from the remainder of the document.

27. Attached hereto as Exhibit 26 is a true copy of the Supplemental Expert

Report of Heather Albright, dated March 9, 2023, minus exhibits. The document should be completely redacted because contains information subject to Protective Order paragraph 3(a), which cannot reasonably be segregated from the remainder of the document.

28. Attached hereto as Exhibit 27 is a true copy of a letter from counsel dated June 13, 2018, Bates-stamped US_00833-34. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not fall within the bounds of the Protective Order.

29. Attached hereto as Exhibit 28 is a true copy of a letter from counsel dated January 29, 2020, Bates-stamped US_01355-63. Although the document was initially marked Confidential by the United States as part of a larger file, this document does not fall within the bounds of the Protective Order.

30. Attached hereto as Exhibit 29 is a true copy of guidance from the Department of Housing and Urban Development on "Service Animals and Assistance Animals for People with Disabilities in Housing and HUD-Funded Programs," issued April 25, 2013. This document was also Exhibit 29 for the purpose of conducting depositions in this matter.

31. Attached hereto as Exhibit 30 is a true and complete copy of the fifth floor plan of the Rutherford, Bates-stamped US_01217. The document should be completely redacted because contains information subject to Protective Order paragraph 3(e), which cannot reasonably be segregated from the remainder of the document.

32. Attached hereto as Exhibit 31 is a true and complete copy of a tweet by Charlotte Kullen on February 1, 2018.

33. Attached hereto as Exhibit 32 is a true and complete copy of a tolling agreement

between counsel in this matter.

34. Attached hereto as Exhibit 33 is a true and complete copy of the Answer filed in this matter.

35. Attached hereto as Exhibit 34 is a true and complete copy of the Government's First Request for Admissions, served on June 21, 2022.

36. Attached hereto as Exhibit 35 is a true and complete copy of relevant pages from the Deposition of James Ramadei, October 3, 2022, with index. The document should be partly redacted because contains information subject to Protective Order paragraph 3(a).

37. Attached hereto as Exhibit 36 is a true and complete copy of relevant pages from the Deposition of Sam Keany, October 7, 2022, with index. The document should be partly redacted because contains information subject to Protective Order paragraph 3(a).

38. Attached hereto as Exhibit 37 is a true and complete copy of relevant pages from the Deposition of Nancy Benedetto, July 29, 2022, with index. The document should be partly redacted because contains information subject to Protective Order paragraph 3(a).

39. Attached hereto as Exhibit 38 is a true and complete copy of relevant pages from the Deposition of Marcia Okon, August 2, 2022, with index. The document should be partly redacted because contains information subject to Protective Order paragraph 3(a).

40. Attached hereto as Exhibit 39 is a true and complete copy of relevant pages from the Deposition of Charlotte Kullen, September 21, 2022, with index.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 21, 2023

By: _/s/ David J. Kennedy________________
DAVID J. KENNEDY
Assistant United States Attorney
Telephone: (212) 637-2733
E-mail: david.kennedy2@usdoj.gov