**LT-066886-16/NY -** New York County Civil Court - Landlord And Tenant Division

Short Caption: **Rutherford Tenants Corp. v. Meril E Lesser**
Case Type: **Landlord and Tenant - Holdover**
eFiling Status: **Full Participation Recorded**

**Narrow By Options**

Document Type: Please select... Filed By: Please select...

Motion Info: Please select... Filed Date: thru

Document Number:

Display Document List with Motion Folders

**Sort By:** Doc #

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | CASE SUMMARY PRIOR TO CONVERSION | Court User<br>Filed: 06/15/2016<br>*Received: 09/24/2020* | **Processed**<br>Confirmation Notice |
| 2 | ORDER - PROCEED AS E-FILED CASE | Court User<br>Filed: 06/15/2016<br>*Received: 09/24/2020* | **Processed**<br>Confirmation Notice |
| 3 | NOTICE OF MOTION (Motion #08) | Ness, D.<br>Filed: 09/30/2020<br>*Received: 09/30/2020* | **Processed**<br>Confirmation Notice |
| 4 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #08) | Ness, D.<br>Filed: 09/30/2020<br>*Received: 09/30/2020* | **Processed**<br>Confirmation Notice |
| 5 | EXHIBIT(S) - A<br>*Ex. A - Correspondence from Respondent's Counsel* | Ness, D.<br>Filed: 09/30/2020<br>*Received: 09/30/2020* | **Processed**<br>Confirmation Notice |
| 6 | EXHIBIT(S) - B<br>*Ex. B - Correspondence from HUD* | Ness, D.<br>Filed: 09/30/2020<br>*Received: 09/30/2020* | **Processed**<br>Confirmation Notice |
| 7 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #08) | Blumenthal, D.<br>Filed: 12/01/2020<br>*Received: 12/01/2020* | **Processed**<br>Confirmation Notice |
| 8 | STIPULATION - SO ORDERED (Motion #08)<br>*Stipulation re Adjournment of Motion and Briefing Schedule* | Ness, D.<br>Filed: 12/03/2020<br>*Received: 12/03/2020* | **Processed**<br>Confirmation Notice |
| 9 | AFFIDAVIT OR AFFIRMATION IN REPLY (Motion #08) | Wagner, A.<br>Filed: 12/21/2020<br>*Received: 12/21/2020* | **Processed**<br>Confirmation Notice |
| 10 | LETTER/CORRESPONDENCE - TO COURT | Blumenthal, D.<br>Filed: 01/05/2021<br>*Received: 01/05/2021* | **Processed**<br>Confirmation Notice |
| 11 | DECISION/ORDER | Court User<br>Filed: 08/02/2021<br>*Received: 08/02/2021* | **Processed**<br>Confirmation Notice |
| 12 | NOTICE OF ENTRY (Motion #08) *Corrected* | Ness, D.<br>Filed: 08/02/2021<br>*Received: 08/03/2021* | **Processed**<br>Confirmation Notice |
| 13 | ORDER - PRE-TRIAL | Court User<br>Filed: 08/12/2021<br>*Received: 08/12/2021* | **Processed**<br>Confirmation Notice |
| 14 | LEGACY FILE - PRIOR TO CONVERSION<br>*NOTICE OF HOLDOVER/FILE JACKET/OTHER DOCS* | Court User<br>Filed: 08/18/2021<br>*Received: 08/18/2021* | **Processed**<br>Confirmation Notice |
| 15 | LEGACY FILE - PRIOR TO CONVERSION<br>*OTHER DOCUMENTS* | Court User<br>Filed: 08/18/2021<br>*Received: 08/18/2021* | **Processed**<br>Confirmation Notice |
| 16 | LEGACY FILE - PRIOR TO CONVERSION<br>*OTHER DOCUMENTS* | Court User<br>Filed: 08/18/2021<br>*Received: 08/18/2021* | **Processed**<br>Confirmation Notice |
| 17 | LEGACY FILE - PRIOR TO CONVERSION<br>*OTHER DOCUMENTS* | Court User<br>Filed: 08/18/2021<br>*Received: 08/18/2021* | **Processed**<br>Confirmation Notice |
| 18 | LEGACY FILE - PRIOR TO CONVERSION<br>*OTHER DOCUMENTS* | Court User<br>Filed: 08/18/2021<br>*Received: 08/18/2021* | **Processed**<br>Confirmation Notice |
| 19 | LEGACY FILE - PRIOR TO CONVERSION<br>*OTHER DOCUMENTS* | Court User<br>Filed: 08/18/2021<br>*Received: 08/18/2021* | **Processed**<br>Confirmation Notice |
| 20 | LEGACY FILE - PRIOR TO CONVERSION<br>*OTHER DOCUMENTS* | Court User<br>Filed: 08/18/2021<br>*Received: 08/18/2021* | **Processed**<br>Confirmation Notice |
| 21 | LEGACY FILE - PRIOR TO CONVERSION<br>*OTHER DOCUMENTS* | Court User<br>Filed: 08/18/2021 | **Processed**<br>Confirmation Notice |

| | | | |
|---|---|---|---|
| | | Received: 08/18/2021 | |
| 22 | LEGACY FILE - PRIOR TO CONVERSION<br>*OTHER DOCUMENTS* | Court User<br>Filed: 08/18/2021<br>*Received: 08/18/2021* | **Processed**<br>Confirmation Notice |
| 23 | LEGACY FILE - PRIOR TO CONVERSION<br>*OTHER DOCUMENTS* | Court User<br>Filed: 08/18/2021<br>*Received: 08/18/2021* | **Processed**<br>Confirmation Notice |
| 24 | LEGACY FILE - PRIOR TO CONVERSION<br>*OTHER DOCUMENTS* | Court User<br>Filed: 08/18/2021<br>*Received: 08/18/2021* | **Processed**<br>Confirmation Notice |
| 25 | LEGACY FILE - PRIOR TO CONVERSION<br>*OTHER DOCUMENTS* | Court User<br>Filed: 08/18/2021<br>*Received: 08/18/2021* | **Processed**<br>Confirmation Notice |
| 26 | LEGACY FILE - PRIOR TO CONVERSION<br>*OTHER DOCUMENTS* | Court User<br>Filed: 08/18/2021<br>*Received: 08/18/2021* | **Processed**<br>Confirmation Notice |