# Housing Discrimination Complaint

U.S. Department of Housing and Urban Development
Office of Fair Housing and Equal Opportunity

OMB Approval No. 2529-0011

**Please type or print this form**

Public Reporting Burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Read this entire form and all the instructions carefully before completing. All questions should be answered. However, if you do not know the answer or if a question is not applicable, leave the question unanswered and fill out as much of the form as you can. Your complaint should be signed and dated. Where more than one individual or organization is filing the same complaint, and all information is the same, each additional individual or organization should complete boxes 1 and 7 of a separate complaint form and attach it to the original form. Complaints may be presented in person or mailed to the HUD State Office covering the State where the complaint arose (see list on back of form), or any local HUD Office, or to the Office of Fair Housing and Equal Opportunity, U.S. Department of HUD, Washington, D.C. 20410.

This section is for HUD use only — Inquiry No.: 5545023

Number: 02-18-9990-8

Filing Date: 05/14/2018

(Check the applicable box): [x] Referral & Agency (specify) N.Y. / [ ] Systemic / [ ] Military Referral

Jurisdiction: [x] Yes [ ] No / [ ] Additional Info

Signature of HUD personnel who established Jurisdiction: [signature]

1. Name of Aggrieved Person or Organization (last name, first name, middle initial) (Mr.,Mrs.,Miss,Ms.): MERIL E. LESSER

Home Phone: 9175352128 — Business Phone:

Street Address (city, county, State & zip code): 230 E 15th ST, APT 5J, NY, NY 10003

2. Against Whom is this complaint being filed? (last name, first name, middle initial): RUTHERFORD TENANTS CORP., JAMES RAMADEI

Phone Number: 6464542924

Street Address (city, county, State & zip code): 230 E 15th ST NY, NY, 10003

Check the applicable box or boxes which describe(s) the party named above:
[ ] Builder [ ] Owner [ ] Broker [ ] Salesperson [ ] Supt. or Manager [ ] Bank or Other Lender [x] Other

If you named an individual above who appeared to be acting for a company in this case, check this box [ ] and write the name and address of the company in this space:

Name: — Address:

Name and identify others (if any) you believe violated the law in this case:

3. What did the person you are complaining against do? Check all that apply and give the most recent date these act(s) occurred in block No. 6a below.
- [ ] Refuse to rent, sell, or deal with you
- [ ] Falsely deny housing was available
- [ ] Engage in blockbusting
- [ ] Discriminate in broker's services
- [x] Discriminate in the conditions or terms of sale, rental occupancy, or in services or facilities
- [ ] Advertise in a discriminatory way
- [ ] Discriminate in financing
- [ ] Intimidated, interfered, or coerced you to keep you from the full benefit of the Federal Fair Housing Law
- [ ] Other (explain)

4. Do you believe that you were discriminated against because of your race, color, religion, sex, handicap, the presence of children under 18, or a pregnant female in the family or your national origin? Check all that apply.
- [ ] Race or Color: [ ] Black [ ] White [ ] Other
- [ ] Religion (specify)
- [ ] Sex: [ ] Male [ ] Female
- [x] Handicap: [ ] Physical [x] Mental
- [ ] Familial Status: [ ] Presence of children under 18 in the family [ ] Pregnant female
- [ ] National Origin: [ ] Hispanic [ ] Asian or Pacific Islander [ ] American Indian or Alaskan Native [ ] Other (specify)

5. What kind of house or property was involved?
- [x] Single-family house
- [ ] A house or building for 2, 3, or 4 families
- [ ] A building for 5 families or more
- [ ] Other, including vacant land held for residential use (explain)

Did the owner live there? [x] Yes [ ] No [ ] Unknown

Is the house or property: [ ] Being sold? [ ] Being rented?

What is the address of the house or property? (street, city, county, State & zip code): 230 E 15th ST, APT 5J NY NY 10003

6. Summarize in your own words what happened. Use this space for a brief and concise statement of the facts. Additional details may be submitted on an attachment.
Note: HUD will furnish a copy of the complaint to the person or organization against whom the complaint is made.

DENIED REASONAL accomodation for Emotional SUPPORT ANIMALS. FILED A COURT ORDER TO EVICT OWNER ON ACCOUNT OF EMOTIONAL SUPPORT ANIMA

6a. When did the act(s) checked in Item 3 occur? (Include the most recent date if several dates are involved)

7. I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.

Signature & Date: [signature] 5.4.18