**THE RUTHERFORD TENANTS CORP.**
770 Lexington Avenue - 6th Floor
NEW YORK, NY 10065

| DATE | 07/09/2018 |
|---|---|
| AMOUNT DUE | 63,418 47 |
| ACCT NO | t2301853 |

MAKE CHECK
PAYABLE TO: **THE RUTHERFORD TENANTS CORP.**

YOUR MANAGEMENT EXECUTIVE IS ALFRED NICASIO AT 646-454
-2924, FOR BILLING QUESTIONS, PLEASE CALL JUAN ORTIZ AT
(646) 485-6118

| PLEASE RETURN PAYMENT TO: | NAME |
|---|---|
| THE RUTHERFORD TENANTS CORP.<br>c/o Ha stead Management<br>P.O. BOX 320<br>Emerson, NJ 07630 | MERIL LESSER<br>[redacted] |

7527315756841819161724211940000063418470709201800000000001

D E T A C H H E R E

THE RUTHERFORD TENANTS CORP
770 Lexington Avenue - 6th Floor
NEW YORK, NY 10065

KEEP TH S STUB FOR YOUR RECORDS

| ACCT NO | B LL NG DATE |
|---|---|
| t2301853 | July 09, 2018 |

| ITEM | AMOUNT |
|---|---|
| Balance Forward | 0 00 |
| Special Assessment | 206 53 |
| Operating Costs (07/ | 494 76 |
| Water and Sewer (07/ | 42 78 |
| RET BID (07/2018) | 433 40 |
| failure with directi | 62,241 00 |

| DATE DUE | AMOUNT DUE |
|---|---|
| 07/09/2018 | 63,418 47 |