DETACH HERE

Keep This Part For Your Records

| Account Number | Includes Payments Received As Of |
|---|---|
| t2301853 | 10/25/2018 |

| ITEM | AMOUNT |
|---|---|
| Balance Forward | 72,588.04 |
| Operating Costs (11/2018) - Op | 494.76 |
| Water and Sewer (11/2018) - Wt | 42.78 |
| RET BID (11/2018) | 433.40 |

| DATE DUE | AMOUNT DUE |
|---|---|
| 11/01/2018 | 73,558.98 |