UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUTHERFORD TENANTS CORP. and JAMES RAMADEI,

Defendants.

21 Civ. 10383 (JHR) (OTW)

Exhibit 25 to the Declaration of David J. Kennedy, June 21, 2023, is a true and complete copy of the Expert Report of Heather Albright, dated March 9, 2023, minus exhibits. The document should be completely redacted because contains information subject to Protective Order paragraph 3(a), which cannot reasonably be segregated from the remainder of the document.