ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Peter I. Livingston, Esq.
plivingston@andersonkill.com
212-278-1089

*By Federal Express*

June 13, 2018

Mr. Timothy J. Konopka
EOS Investigator
U.S. Department of Housing and Urban Development
Office of Fair Housing and Equal Opportunity, Region #2
26 Federal Plaza
Room 3532
New York, NY 10278-0068

Re: Rutherford Tenants Corp. w/ Meril Lesser
No.: 02-18-9990-8

Dear Mr. Konopka:

Pursuant to your email of June 11, 2018 I am accordingly enclosing herewith relevant court documents concerning the litigation by and between Ms. Lesser with Rutherford Tenants Corp.

At the present time there is a motion pending to dismiss Ms. Lesser's case because of her failure to comply with several orders of the Court to provide records concerning her alleged medical condition.

You should understand regardless of whether or not Ms. Lesser has a medical condition, the issue comes down to the fact that she has been permitted throughout her occupancy to have parrots in her apartment however in recent times the parrot who had occupied the apartment was creating a nuisance by squawking at various times and complaints were made by other owners in the building.

The nuisance condition that was created by this parrot is the reason why the corporation has taken the action which it has done. It has nothing to do with whether or not Ms. Lesser has a disability which requires a service animal.

If you have any further questions with respect to this matter I would welcome the opportunity to address them.

Sincerely,

Peter I. Livingston

PIL:lk
Enclosures

cc: Stephanie Johnson
The Law Office of Charles J Siegel
125 Broad Street
7th Floor
New York, NY 10004

docs-100018334.1