UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTHERFORD TENANTS CORP. and JAMES RAMADEI,<br><br>Defendants. | 21 Civ. 10383 (JHR) (OTW) |

Exhibit 30 to the Declaration of David J. Kennedy, June 21, 2023, is a true and complete copy of the fifth floor plan of the Rutherford, Bates-stamped US_01217. The document should be completely redacted because contains information subject to Protective Order paragraph 3(e), which cannot reasonably be segregated from the remainder of the document