← **Tweet**



**Charlotte Kullen**
@charlottekullen

Dream of breaking through & expanding into the apartment next door?...
instagram.com/p/BerPi2vDBnGi...

8:21 PM · Feb 1, 2018 from Manhattan, NY · Instagram

GOVERNMENT EXHIBIT 80