**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

Re: *United States v. Rutherford Tenants Corp. and James Ramadei,*
FHEO No. 02-18-9990-8

On behalf of Rutherford Tenants Corp. and James Ramadei, the undersigned counsel for Rutherford Tenants Corp. and James Ramadei agrees that the deadline for filing a federal complaint in connection with HUD FHEO Case No. 02-18-9990-8 pursuant to 42 U.S.C. § 3612(o) ("Complaint") is tolled until and including December 6, 2021. I hereby waive any claim that a complaint filed on or before December 6, 2021, is time barred under 42 U.S.C. § 3612(o)(1), while reserving all other defenses at law or equity, including all other statutes of limitation.

HERRICK FEINSTEIN LLP

Peter I. Livingston, Esq. — 11/30/21 Date
HERRICK FEINSTEIN LLP
Attorneys For Defendants Rutherford Tenants Corp. and James Ramadei

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By
David J. Kennedy — 11/30/21 Date
Assistant United States Attorney
Southern District of New York