DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for the United States of America
By: DAVID J. KENNEDY
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone (212) 637-2733
Facsimile (212) 637-0033
david.kennedy2@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTHERFORD TENANTS CORP. and JAMES RAMADEI,<br><br>Defendants. | 21 Civ. 10383 (PGG)<br><br>**THE GOVERNMENT'S FIRST REQUEST FOR ADMISSIONS** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 36, plaintiff United States of America (the "Government"), by its attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby requests that, within 30 days of the date of service hereof, defendants Rutherford Tenants Corp. and James Ramadei ("Defendants") make the following admissions.

## INSTRUCTIONS

A. Each matter of which an admission is requested shall be separately set forth and accorded a separate answer. Each response shall first set forth verbatim the requested admission to which it is responsive, followed by your response.

B. The matter is admitted unless, within 30 days after service of the request, you serve upon the Government a written answer or objection addressed to the matter, signed by you or your attorney.

C. If objection is made, the reasons therefor shall be stated. The answer shall specifically deny the matter or set forth in detail the reasons why you cannot truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested admission, and when good faith requires that you qualify an answer or deny only a part of the matter of which an admission is requested, it shall specify_ so much of it as is true and qualify or deny the remainder.

D. You may not give lack of information or knowledge as a reason for failure to admit or deny unless you state that you have made reasonable inquiry and that information known or readily obtainable by you is insufficient to enable you to admit or deny.

## DEFINITIONS

Plaintiff hereby incorporates by reference the definitions set forth in Local Civil Rule 26.3 of the Southern District of New York.

## REQUEST FOR ADMISSION

**Request No. 1:**

1. Complainant Meril Lesser is an individual with a disability within the meaning of the Fair Housing Act, 42 U.S.C. § 3602(h).

Dated: New York, New York
June 21, 2022

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: */s/ David J. Kennedy*__________________________

DAVID J. KENNEDY
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2733
Fax: (212) 637-0033
Email: david.kennedy2@usdoj.gov
*Counsel for the Government*