UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
UNITED STATES OF AMERICA,

Plaintiff,

- against - Civil Action No.: 21-CV-10383 (PGG)

RUTHERFORD TENANTS CORP. and JAMES RAMADEI,

Defendants.
----------------------------------------------X

October 7, 2022
11:00 a.m.

VIRTUAL DEPOSITION of SAMUEL KEANY, a Non-Party Witness, taken by the Plaintiff, in the above-entitled action, held at the above time and place pursuant to Notice, taken before Nicole L. Basile, a Notary Public within and for the State of New York.

KEANY

Q. Did there come a time that you registered any complaints with Halstead as to the noises coming from the birds?

A. My first complaints -- yes. For sure. There -- I started e-mailing I think we've seen the exhibits of e-mails that I made started in January, February of 2016 and those -- those are on the record.

Q. All right. And just so we're all clear as to what you're referring to, are you referring to the noise complaints in Government Exhibit 7?

A. Let me just pull that up. Kullen, Kullen, Kullen, Keany, yes. Yes, these are the exhibits that I'm referring to mixed in with some from Charlotte Kullen. So those are -- those are complaints that I made by e-mail. I would also have spoken with the doorman about it prior to taking it to the -- the management company.

Q. And so as far as you can recollect and as far as you can tell from the documents that are in front of you, you did not register any complaints about alleged bird noises from Apartment 5J until 2016, right?

MR. LIVINGSTON: Objection.

KEANY

A. No.

Q. I'm now going to ask you to pull up Government Exhibit 1. So this is a legal complaint and I'm not going to ask you about legal stuff, but I am gong to ask you about a document that is attached to the legal complaint. So let me know when you have Government Exhibit 1 open?

A. I've got it open. Which page should I go to?

Q. So probably if you're looking at it as a PDF, you should go to page 15?

A. Okay.

Q. And it's on a law firm stationary.

A. Himmelstein, McConnell, Gribben?

Q. Exactly.

A. Yeah. I have this open.

Q. All right. So I'm going to ask you to look at the last page of that letter. It's the letter that has Mr. Himmelstein's signature.

A. Okay.

Q. Let me know when you're there?

A. I'm there.

Q. All right. So I'm going to focus on the paragraph that says "finally". So the Himmelstein

KEANY

letter, page three reads, "finally, Ms. Lesser's suffers from a disability and her parrots serve as emotional support animals." Do you see that?

A. I see it.

Q. I should -- let me lay a foundation for this first. Did you ever see the Himmelstein letter prior to preparations for today's deposition?

A. I believe that the board saw this letter.

Q. And did the board see the letter on or about the time it was sent?

A. I'm -- I'm sure they saw it after it was sent, you know.

Q. Okay.

A. After -- close after it was sent. I imagine it takes a little bit of time to get through. But -- and, you know, the board only meets once a month so probably a few weeks after.

Q. Were you aware, prior to your review of this letter, that Ms. Lesser suffered from a disability?

MR. LIVINGSTON: Objection. But you can answer.

A. Sorry, I -- I'm not following.

Q. Do you want me to repeat the question?

A. Yes. And then I'd like to hear Peter's objection. I didn't catch it.

Q. Were you aware, prior to your review of this letter from Mr. Himmelstein, that Ms. Lesser suffered from a disability?

MR. LIVINGSTON: It's a claim. You're stating it as a fact. I object to the phrasing of it.

A. I -- I was -- yes. I was going to say that I was not aware of this claim, prior to this letter.

Q. And were you aware of the claim, prior to your review of this letter, that Ms. Lesser's parrots served as emotional support animals?

A. I am not aware. I was not aware of the claim prior to this letter.

Q. Another sentence in the same paragraph reads, "Ms. Lesser hereby requests that you offer her a reasonable accommodation and not pursue any litigation based on the notice." Do you see that?

A. I see it.

Q. Do you know what a reasonable accommodation is?

KEANY

A. It's not specified what her thoughts about a reasonable accommodation would be. So no, I don't know what she was or her -- her lawyer was getting at there.

Q. At any point in your time on the board, did you receive any training on your obligations as a board member under Fair Housing Laws?

A. I don't recall.

Q. Maybe you didn't get any training, but did you ever do some reading on your own regarding the obligations of board members under Fair Housing Laws?

A. I did not.

Q. Did anyone ever give you guidance as a board member regarding the Rutherford's obligations under Fair Housing Laws?

A. I think our legal counsel would have.

Q. I want to kind of avoid getting into attorney client conversations. But prior to your review of this letter, had anyone provided you with any guidance as to what the term "reasonable accommodation" meant in the context of Fair Housing Laws?

A. No.

KEANY

Q. If a tenant at the Rutherford requests a reasonable accommodation, who decides whether the tenant gets that accommodation or not?

A. Really the -- the -- the board reviews all requests from tenants for any special accommodations.

Q. At the time this letter was sent in 2016, did the Rutherford have any policies in place as to how tenants could request a reasonable accommodation under the Fair Housing Act?

A. That's a good question. I'm not aware.

Q. At the time that this letter was received in March of 2016, did the Rutherford have in place any policies allowing tenants to make requests for emotional support or other animals?

A. The -- I don't know that we had a policy specific to emotional support animals.

Q. But just so I understand your testimony is that at the time this letter came in, it was up to the board to decide whether or not to grant a reasonable accommodation?

MR. LIVINGSTON: Objection.

Question suggests that requests were made for this, counsel.

KEANY

Q. You may answer, sir?

A. Can you repeat the question?

Q. Sure. And I'll rephrase it. So would you agree that in the Himmelstein letter attached to Government Exhibit 1, the letter states that, "Ms. Lesser hereby requests that you offer her a reasonable accommodation and not pursue any litigation based upon the notes." Do you see that?

A. I see it.

Q. So when somebody says I request that you provide me with a reasonable accommodation in the year 2016 at the Rutherford, who decides whether that tenant receives a reasonable accommodation or not?

MR. LIVINGSTON: Objection. But you can answer.

A. That would be the board.

Q. That would be the board. Did the board make any decision as to whether Ms. Lesser would receive a reasonable accommodation?

A. I think that the board did make a decision.

Q. And how did the board make that decision?

KEANY

A. Well the board like -- like any board, has to make a decision that serves not only the person making the request, but the community as well of -- of the cooperative. So, you know, it -- it goes on and in the documents you would have seen that the board requested that Ms. Lesser, you know, make such provisions in her apartment so that the noise was not emanating and disturbing other community members and -- and -- and that was -- she did -- she was not required to get rid of the birds. So if you want to look at this as an accommodation that allows her to keep her support animals, as she claimed they were, while at the same time reserving the, you know, reasonable quality of -- of life for her immediate neighbors, I think that this can be -- this can be framed as an accommodation. So I would say yes, an accommodation based on the various rights and interests of not just Ms. Lesser, but also the -- the border co-op community, especially her immediate neighbors.

Q. So, Mr. Keany, to your knowledge, did the board ever communicate to Ms. Lesser you may have this reasonable accommodation if you do the following?

KEANY

A. Yes.

Q. So is that in writing anywhere?

A. She was requested to -- to cure the -- the noise situation.

Q. And is it your understanding that those requests to cure the noise situation are framed as you may have this reasonable accommodation provided you do the following?

A. That was implied, because the -- the -- and I think that the accommodation honestly was you can keep these birds as long as you make the -- the accommodations to -- on the part of the -- the -- the Rutherford, that the noise is cured.

Q. What do you mean it was implied?

A. Implied in that the -- we are not requesting that she get rid of the birds.

Q. So -- but just to be clear, any written communications to Ms. Lesser about her request for a reasonable accommodation concerned an implied grant of that accommodation provided she take certain steps?

A. That's my opinion.

Q. Do you know whether that was the opinion of anyone else on the board at that time?

KEANY

A. I do not know what -- what their opinions were.

Q. Did you ever discuss with the board providing Ms. Lesser with an implied grant of her reasonable accommodation provided she take certain steps?

A. Yes. I mean, we were -- we were definitely saying -- discussing the basic ways that she could consider soundproofing her apartment and, you know, really working on ways that she could keep her birds.

Q. And when the board had these discussions, did the board frame these discussions amongst yourselves as an implied grant of the reasonable accommodation request?

A. Well we certainly wouldn't have used that language.

Q. All right. I'm now going to ask you to pull up Government Exhibit 29. Let me know when you've had a chance to review it?

A. 29 you said?

Q. Yeah. It's -- sorry?

A. You didn't -- unless these are out of order -- oh, wait. I -- yeah. They're a little out

KEANY

A. I do not know what -- what their opinions were.

Q. Did you ever discuss with the board providing Ms. Lesser with an implied grant of her reasonable accommodation provided she take certain steps?

A. Yes. I mean, we were -- we were definitely saying -- discussing the basic ways that she could consider soundproofing her apartment and, you know, really working on ways that she could keep her birds.

Q. And when the board had these discussions, did the board frame these discussions amongst yourselves as an implied grant of the reasonable accommodation request?

A. Well we certainly wouldn't have used that language.

Q. All right. I'm now going to ask you to pull up Government Exhibit 29. Let me know when you've had a chance to review it?

A. 29 you said?

Q. Yeah. It's -- sorry?

A. You didn't -- unless these are out of order -- oh, wait. I -- yeah. They're a little out

of order.

Q. Yeah. They are. Sorry.

A. Where the heck is it. It's -- you sure you sent it?

Q. I believe I did. I can send it again to you right now, because I know there's a lot of exhibits.

A. 28, 32, let me see. I can't find it. 29? Whoops. No.

Q. I think what I'll do is just send it to you both by itself?

A. Okay.

Q. Because that might --

A. Yeah. I'm not seeing it in what you sent us.

Q. Okay. Well, let me send it to you right now.

A. Let me pull it up on my phone.

Q. Okay. Sir, I've now sent to you an e-mail where it's just 29 so it should be easier for you to find.

A. Okay. Let me just pull that up.

Q. Just let me know when you get it.

A. And that'll be coming from you, David

Kennedy?

Q. Yeah. That's correct.

A. Okay. I'm not seeing it yet. I only have your exhibits from yesterday, but maybe it's just slow coming through.

Q. Okay. Yeah.

A. Got it.

Q. Okay.

A. All right. Let's have a look. I have this up now.

Q. You have it up now?

A. Yeah.

Q. All right. I'm going to ask you to focus on a very specific section of this document and we're going to start on the bottom of page two?

A. Okay.

Q. The paragraph beginning "housing providers are to evaluate". So let me know when you're there?

A. Yeah. I see it.

Q. All right. So bottom of page two, Government Exhibit 29 states, "housing providers are to evaluate a request for a reasonable accommodation to possess an assistance animal in a dwelling using

the general principles applicable to all reasonable accommodation requests. After receiving such a request, the housing provider must consider the following" and then we turn the page to page four. Are you still with me?

A. Yes.

Q. Okay. All right. So there's confusingly two one and two and then one and two. So let's do the top one and two first.

A. Okay.

Q. So at the top of the first paragraph says, "does the person seeking to use and live with the animals have a disability i.e., a physical or mental impairment that substantially limits one or more major life activities." Do you see that?

A. I see it.

Q. Do you dispute that Ms. Lesser is a person with a disability?

A. That's -- are you asking do I believe she has a disability?

Q. No. I'm asking you whether you dispute it or not?

A. No. I don't dispute it.

Q. Okay.

KEANY

A. But by that -- by the same token, I don't necessarily know that she does.

Q. Well you will recall when you looked at the Himmelstein letter, that there was a doctor's notes attached to it. Do you recall that?

A. Mm-hmm. Mm-hmm.

Q. And that's a note from a Dr. Adele Tutter?

A. Right. I recall seeing that.

Q. Do you dispute Dr. Tutter's assessments that Ms. Lesser is a person with a disability?

MR. LIVINGSTON: Objection. But you an answer.

A. I don't know if they're accurate, if that's what you're asking me.

Q. But do you dispute it? I mean, I understand that -- I'm not asking you to vouch for it --

A. I'm a little bit confused by what you mean by dispute.

Q. Do you challenge it? Do you believe Dr. Tutter to be inaccurate?

A. I don't believe him to be inaccurate and I don't believe him to be accurate. I have no

KEANY

indication of his accuracy.

Q. And just so the record is clear, Dr. Tutter the first name is Adele Tutter. Dr. Tutter is female. So when you were using the him pronoun in your previous sentence, you meant her, right?

A. Of course. Yes. The doctor is female. Yes. I just have no information about whether it's an accurate diagnosis or not.

Q. Fair. The second question at the top of page four is, "does the person making the request have a disability-related need for an assistance animal?" Do you see that?

A. Wait. Is this page four again?

Q. Yeah. We're back to Exhibit 29?

A. And number two, "does the person making the request have a disability-related need for an assistance animal?" "Does the animal work, provide assistance, perform tasks or services for the benefit of the person with a disability or provide emotional support" -- yeah. I see that.

Q. Do you dispute that Ms. Lesser has a disability-related need for an assistance animal?

A. I don't know whether she does or doesn't.

Q. All right. So now I'm going to ask you to look at the -- the long paragraph beginning "where the answers to questions one and two are 'yes'"?

A. Yeah. Okay. I got that.

Q. And again there's another one and two kind of buried in this paragraph. There's a sentence that begins "the request may also be denied if" and so I'm going to read that one and two so let me know when you're there?

A. Got it. I'm there.

Q. All right. So paren one says, "the specific assistance animal in question poses a direct threat to the health or safety of others that cannot be reduced or eliminated by another reasonable accommodation." Do you see that?

A. I see it.

Q. To your knowledge, did Ms. Lesser's birds pose a direct threat to the health or safety of others?

A. Yes.

Q. Let's do the safety part first. To your knowledge, did Ms. Lesser's birds pose a direct threat to the safety of others?

KEANY

A. Probably not the safety. But, you know, if you -- this is bleeding into what we define as safety and what define as health and those two things can go hand in hand. And in terms of, you know, I know that she was -- her -- the birds were causing a lot of -- of -- of health problems with Charlotte Kullen.

Q. Specifically what health problems did Ms. Kullen allege the birds were causing?

A. Loss of sleep, stress.

Q. Did Ms. Kullen ever provide to the board any evidence of any harm to her health occasioned by Ms. Lesser's birds?

A. That I don't recall whether she did or didn't honestly.

Q. The second parenthetical here says -- paren two rather, "the specific assistance animal in question would cause substantial physical damage to the property of others that cannot be reduced or eliminated by another reasonable accommodation." Do you see that, sir?

A. Yes.

Q. To your knowledge, did Ms. Lesser's birds cause substantial physical damage to the

KEANY

property of others?

A. I don't think they caused physical damage.

Q. At the time Ms. Lesser made the request for a reasonable accommodation in the Himmelstein letter, did the board look at the guidance that had been provided from HUD in Government Exhibit 29?

A. I -- I don't recall whether we did or didn't.

Q. Do you recall ever seeing the HUD guidance dated April 25, 2013 in Government Exhibit 29 prior to preparation for your deposition today?

A. I feel like we -- I feel like I had seen this as -- as a board member at some point, because -- yeah. This -- I mean, it is familiar what -- what we're talking about here.

Q. At some point did the board decide to commence eviction proceedings against Ms. Lesser?

A. Yes. The board did.

Q. Was there a vote on whether to evict Ms. Lesser?

A. I don't recall.

Q. Was it your view that eviction proceedings should be instituted against Ms. Lesser?

tie up, but -- but that's really all that's left at this point is, you know -- you know, your version of events that I've heard from other people. So I -- I don't necessarily need to call you back. I, you know, want to make you can continue on with your day and, Peter, I can put that in writing if that would help?

MR. LIVINGSTON: Well you just put it on the record so that's fine.

THE WITNESS: Okay.

(WHEREUPON, the examination of this witness was concluded at 12:07 p.m.)

____________________

SAMUEL KEANY

Subscribed and sworn to before me this 7th day of November, 2022.

____________________

NOTARY PUBLIC

Notary Public

02LI4516747 Exp 8/31/25

New York County

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: UNITED STATES OF AMERICA vs. RUTHERFORD TENANTS CORP. and JAMES RAMADEI

Deposition Date: October 7, 2022

Deponent: Samuel Keany

Place: Zoom

CORRECTIONS

| PG | LN | NOW READS | SHOULD READ | REASON FOR |
|---|---|---|---|---|
| 19 | 6 | don't | do | Context |
| 34 | 11 | was | wasn't | unclear |
| 30 | 10-11 | and that was... | — | unclear language |
| 30 | 14 | reserving | preserving | sp. |
| 32 | 20 | border | broader | sp. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**A**

**a.m** 1:12
**ability** 8:12
**able** 8:25
**above-entitled** 1:16
**accessible** 14:23
**accommodation** 34:21,25 35:3 35:23 36:3,4 36:11,22 37:8 37:12,14,21 38:12,17,18,24 39:8,11,20,21 40:6,16 42:24 43:3 46:17 47:21 48:6
**accommodati...** 36:7 39:13
**account** 14:22
**accuracy** 45:2
**accurate** 25:16 44:15,25 45:9
**acknowledge** 4:6
**Act** 36:11
**action** 1:7,16 20:22 24:7
**active** 13:7
**activities** 43:16
**additional** 51:16 57:25
**addressed** 20:23
**Adele** 44:8 45:4
**admissibility** 4:9
**advise** 22:18
**advised** 15:24 16:16
**agent** 19:22 20:17,22,25 21:4,20 22:20 23:4 29:12
**ago** 52:24
**agree** 37:5
**agreed** 3:3,8,12 49:2 53:7
**ahead** 24:9
**allege** 47:10
**alleged** 17:11 18:23 21:3 22:7 27:13 29:10,24
**allegedly** 27:21
**allowing** 36:15
**allows** 38:13
**AMERICA** 1:5 61:4
**amicable** 28:22
**AND/OR** 59:7
**animal** 13:24 14:4 42:25 45:13,18,18,23 46:14 47:18
**animals** 33:4 34:16 36:16,18 38:13 43:14
**answer** 8:8 19:3 31:14 33:24 37:2,17 44:14
**answering** 6:3
**answers** 31:16 46:4
**anything's** 56:9
**apartment** 4:22 10:20,23 12:15 13:3,13,14,15 13:25 16:2,19 16:22 18:23 21:3,14 22:8 23:23 27:21 29:21,25 30:5 31:21 38:8 40:10 52:19 53:25 54:2,4
**apartments** 50:3 50:5
**applicable** 43:2
**application** 11:2 11:9
**appointments** 7:12
**appreciate** 54:22
**approached** 22:3
**April** 48:12
**arduous** 15:11
**arrive** 49:6
**arts** 9:22,23 10:2 10:2,3
**asked** 8:7 14:24 22:4 26:21 54:14,15 57:13
**asking** 43:20,22 44:16,18
**assessments** 44:11
**assistance** 42:25 45:12,18,19,23 46:14 47:18
**Assistant** 4:25
**assume** 5:16
**attached** 32:7 37:5 44:6
**attend** 9:13,16
**attended** 9:17
**attention** 15:14 20:12 25:5 26:14,16
**attorney** 4:25 27:25 35:20
**ATTORNEY'S** 2:4
**Attorneys** 2:5,9
**audio** 27:17,20 27:22 28:16
**August** 23:16
**Australia** 9:17
**Avenue** 2:10
**avoid** 35:19 49:21
**aware** 25:7 33:20 34:5,12 34:14,17,17 36:12 50:18

**B**

**B** 59:10
**Bachelor** 9:22 9:22,25 10:2
**back** 5:23 11:10 11:22 14:19 15:14 17:3 21:8 28:8,12 28:13 45:15 51:14 57:22 58:7
**background** 26:3
**ball** 51:6
**banging** 12:17 54:14
**based** 4:10 16:24 34:22 37:9 38:18
**basic** 40:9 57:13
**basically** 51:19
**Basile** 1:18 60:3 60:23
**bear** 26:3
**becoming** 11:18
**beginning** 25:6 26:15,17 42:18 46:3
**begins** 15:23 46:9
**believe** 12:11 33:9 41:6 43:20 44:22,24 44:25 49:23 52:16
**believes** 27:16
**benefit** 45:20
**better** 50:4
**Beyond** 25:24
**bird** 17:11,17,18 18:23 21:3 22:4,8 23:23 24:5 27:9,13 27:17,21 29:24 31:21,22 55:17
**birds** 13:3,7,11 13:17,19,21,22 16:7 17:14,15 17:16 18:4 22:21 23:3 26:5,8 29:18 30:4 31:25 38:11 39:12,17 40:12 46:20,24 47:6,10,14,25 53:13 55:3 56:5
**bit** 20:2 23:10 24:10 33:17 44:20
**bleeding** 47:3
**blood** 60:13
**board** 9:6 11:17 13:9 14:22 15:4,6,7,8,9,19 19:15,16 21:21 21:22 23:22,24 23:25 24:2,4,6 24:21 27:7,11 28:12,13,21 29:5 33:9,11 33:18 35:6,8 35:12,16 36:5 36:21 37:18,19 37:19,22,24 38:2,2,7,23 39:25 40:4,13 40:14 47:12 48:7,15,18,20 49:5,15,20,23 50:18 53:10,12 56:18,19 57:3
**boards** 24:6
**border** 38:20
**bothersome** 26:10
**bottom** 42:16,22
**break** 6:21,21 6:25 8:9 56:25
**breaks** 8:7
**Browning** 10:8
**building** 11:11 11:13 13:10 19:8 21:18,25 22:4 49:23 50:14,16 52:15
**bunch** 6:25
**buried** 46:8
**business** 50:10

**C**

**C** 2:2 60:2,2
**call** 29:17 30:8 51:14 57:22 58:6
**called** 29:24 30:3
**Camilo** 16:12 17:9 23:18,22
**campus** 10:14
**capacity** 56:19
**carries** 28:18
**case** 9:3 51:22 61:4
**cases** 50:6
**cat** 14:2,3,5
**catch** 34:4
**cause** 47:19,25
**caused** 15:9 48:3
**causing** 47:7,10
**certain** 39:21 40:6
**certainly** 14:17 21:18 40:17
**certification** 3:5
**certify** 60:5
**challenge** 44:22
**Chambers** 2:5
**chance** 23:11 30:18 40:21
**change** 55:20
**Charlotte** 16:25 18:16 21:7,9 47:8
**circumstance** 49:19
**City** 31:20,24
**Civil** 1:7
**claim** 34:8,12,14 34:18
**claimed** 38:14
**classes** 7:13
**clear** 18:10 31:15 39:18 45:3
**clearly** 30:15
**client** 25:9 26:15 26:21 27:16 28:19,20 35:20
**clients** 50:13,15
**close** 33:16
**co-op** 11:10 38:20
**college** 9:14,17
**combine** 11:6
**combined** 10:25 13:15
**come** 12:4 13:2 15:3 18:2 28:21 29:12 30:17,20 31:10 52:14
**coming** 12:15 13:10,12 16:2 16:9,18 18:4 22:8 27:21 30:8 31:21 41:25 42:6 50:14 53:13
**commence** 48:19 49:20
**commenced** 49:9
**commencement** 60:8
**commercial** 50:2 50:8,13,16
**commitments** 15:10
**common** 21:24 22:3 50:7,7
**communicate** 38:23
**communicated** 12:23 55:24
**communication** 5:12
**communicatio...** 9:5 39:19
**community** 38:4 38:10,20
**company** 18:19 19:14 21:23
**complain** 55:6 56:18
**complainants** 17:5
**complained** 17:7 17:8 56:15,22
**complaining** 16:7,21 28:21
**complaint** 20:22 31:19,24 32:4 32:7
**complaints** 15:25 16:17 17:10 18:3,5 18:12,17,22 19:7,8,21 20:16,20 21:2 21:19 22:20 23:3 25:20 26:22 27:9 29:18,24 30:4 30:13,17,20 31:10 53:12 57:2,3
**concern** 24:5 27:24 28:3,6
**concerned** 28:7 39:20
**concluded** 58:15
**Conducting** 50:2
**confirmed** 20:24
**confused** 44:20
**confusingly** 43:9
**connected** 60:13
**consensus** 49:6
**consider** 40:10 43:4
**context** 35:23
**continue** 58:8
**continuously** 26:23
**controversy** 60:16
**conversation** 5:11 29:6 54:6 56:4
**conversations** 22:9 23:21 24:3 35:20
**Cool** 26:20
**cooperative** 10:13 11:14,18 11:20 38:5
**CORP** 1:9 61:5
**correct** 6:16 13:16 22:24 42:3
**CORRECTIO...** 61:9
**correctly** 5:22
**corroborate** 51:9
**counsel** 3:4 4:3,8 19:2 35:18 36:25 60:17
**course** 7:4 45:7 53:19,20
**court** 1:2 3:15 4:2,5 5:20 6:11 57:9
**cover** 51:20
**covered** 51:19 53:14
**cure** 24:8 39:4,7
**cured** 39:14 49:3
**curing** 50:6
**current** 11:20
**currently** 10:10
**curriculum** 10:3
**cuts** 31:17

**D**

**D** 59:2
**damage** 47:19 47:25 48:4
**dance** 10:3
**date** 12:12,13 61:6
**dated** 15:15 23:16 24:14 48:12
**dating** 17:2
**David** 2:6 4:24 41:25 50:24 59:5
**day** 50:21 58:8 58:20 60:6,19
**days** 6:17
**dear** 15:23 16:15
**December** 9:4,4
**decide** 36:21 48:18
**decided** 49:20
**decides** 36:3 37:13
**decision** 37:20 37:23,25 38:3
**Defendants** 1:10 2:9
**define** 47:3,4
**definitely** 40:9
**degree** 9:19,21 10:6,7
**denied** 46:9
**Department** 31:20,24
**Deponent** 61:7
**deposition** 1:14 3:6,13 5:5 6:15 8:16 30:12 33:8 48:13 56:8 57:19 61:6
**describe** 49:18 49:19
**DESCRIPTION** 59:11
**determine** 30:10 30:11
**determining** 31:16
**development** 10:3
**devote** 15:12
**diagnosis** 45:9
**different** 10:22
**direct** 27:7,11 46:15,20,24
**directly** 60:15
**disability** 33:3 33:22 34:7

43:14,19,21 44:12 45:20
**disability-rela...** 45:12,17,23
**discovery** 51:15 57:23
**discuss** 13:17,19 13:22 40:4
**discussed** 15:19
**discussing** 40:9
**discussions** 40:14,14
**dispute** 43:18,22 43:24 44:11,17 44:21 45:22
**District** 1:2,3 2:4 5:2
**disturbing** 19:10 22:14 38:9
**DKENNEDY...** 2:7
**doctor** 45:7
**doctor's** 44:5
**document** 23:12 23:15 32:6 42:15
**documentation** 26:22 27:6,9 27:12
**documents** 14:17 18:21 30:19 38:6 59:7
**doing** 6:8 24:15 51:7
**door** 12:16 55:2 55:15
**doorman** 18:18 19:7,11 20:24
**doubt** 25:6
**Dr** 44:8,11,22 45:3,4
**draw** 25:5 26:16
**due** 16:3,19
**duly** 4:14 60:7
**dwelling** 42:25

**E**

**E** 2:2,2 59:2,10 60:2,2
**e-mail** 2:7,11 18:17 41:21
**e-mailing** 18:6
**e-mails** 9:5,8,9 17:2,4 18:7 19:5
**early** 12:9 54:9
**easier** 41:21
**East** 4:22
**economize** 23:9
**edited** 27:17 28:2
**effect** 3:14
**effective** 5:10
**elementary** 7:11
**eliminated** 46:16 47:21
**emanating** 38:9
**emerge** 51:16
**emotional** 33:4 34:16 36:16,18 45:21
**employ** 60:16
**employed** 10:10 10:12
**enable** 5:10
**encourage** 23:2
**ends** 57:25
**entire** 53:11
**Environmental** 31:20
**equipment** 50:5
**ERRATA** 61:2
**especially** 6:4 38:20
**ESQ** 2:6,11 59:5
**estimating** 7:14
**evaluate** 42:19 42:24
**events** 58:4
**evict** 48:21
**evicted** 49:24
**eviction** 48:19 48:24 49:9,20
53:6
**evidence** 30:9 47:13
**Exactly** 32:16
**examination** 4:17 58:14 59:4 60:5
**examined** 4:16
**Excluding** 53:18 53:20
**exhibit** 14:9,11 15:15 18:12 20:3,7,15 23:9 23:15 24:10,13 25:4 30:7,16 30:25 31:2,5 32:4,8 37:6 40:20 42:23 45:15 48:8,12
**exhibits** 8:19,23 14:7 18:7,15 22:13 30:6,25 41:8 42:5 59:12
**extensive** 16:2 16:18

**F**

**F** 60:2
**fact** 4:12 34:9 51:15 57:23
**Fair** 35:8,12,17 35:23 36:11 45:10
**fall** 17:21,22,24
**familiar** 8:23 19:16,17 48:16
**far** 6:9 17:3 18:20,21
**February** 18:8
**feel** 48:14,14 54:8
**FEINSTEIN** 2:9
**female** 45:5,7
**field** 9:24
**filed** 9:3 57:7
**filing** 3:5
**finally** 32:25 33:2
**find** 41:9,22
**fine** 7:2 12:3 58:12
**finish** 6:3
**finished** 10:5,7
**firm** 32:14
**first** 4:14 5:14 12:8 14:8 18:5 19:5 23:25 33:7 43:10,12 45:4 46:23
**floor** 15:25 16:18 17:6
**focus** 32:24 42:15
**following** 33:25 38:25 39:9 43:5
**follows** 4:16
**force** 3:14
**foregoing** 60:5
**form** 3:9 5:12 29:7 31:7
**formality** 51:24
**formally** 4:4
**former** 19:16
**foundation** 33:6
**four** 43:5 45:11 45:14 55:10
**frame** 40:14
**framed** 38:17 39:7
**frank** 30:11
**front** 18:22
**furniture** 12:17
**further** 3:8,12 51:12

**G**

**general** 15:20 43:2
**generally** 49:19
**getting** 35:5,19
**give** 6:10 20:8 35:15
**given** 20:24
**glad** 8:4,4
**go** 11:10,16 17:3 21:8 23:8 24:10 26:12 32:10,12 47:5 51:23 54:25
**goes** 7:16,18 30:12 38:6
**going** 5:4,8 6:2 6:16 7:6 11:21 14:6,8 19:25 20:2,13 23:10 24:23,24 25:5 25:7 26:15 32:3,5,18,24 34:11 40:19 42:14,16 46:2 46:10 51:6 54:14 56:9
**gong** 32:6
**gonna** 7:23 28:19
**good** 36:12 50:25
**gotten** 54:13
**Government** 14:9,11 15:15 18:12 20:3,7 20:14 23:9,15 24:10,13 25:4 30:7,16,25 31:5 32:4,8 37:6 40:20 42:23 48:8,12
**GOVERNME...** 59:11
**grant** 36:21 39:20 40:5,15
**Gribben** 32:15
**guess** 29:13 30:8
**guidance** 35:15 35:22 48:7,12

**H**

**H** 59:10
**half** 6:25

**Halstead** 17:10 18:3 23:22 26:23 27:5,8 27:12,16 28:16
**hand** 47:5,5 60:19
**handling** 23:23
**happy** 57:20
**hard** 27:20
**harm** 47:13
**head** 6:12
**health** 31:24 46:15,20 47:4 47:7,9,13
**hear** 5:14 17:14 17:15 19:9 26:11 34:3
**heard** 5:17 17:17 27:22 52:22 53:2 58:5
**hearing** 13:12
**heck** 41:4
**held** 1:16
**help** 58:10
**hereto** 3:4
**hereunto** 60:18
**HERRICK** 2:9
**hide** 51:6
**Himmelstein** 32:15,25 33:7 34:6 37:5 44:5 48:6
**Himmelstein's** 32:20
**hit** 15:2
**Hoboken** 10:14
**home** 50:11 54:13 55:13
**honestly** 8:20 22:17 39:11 47:16 53:4 55:19
**hopeful** 6:23
**hour** 7:14
**hours** 6:25 7:7 20:23
**house** 19:17,20 20:5 50:9
**housing** 35:8,12 35:17,23 36:11 42:18,23 43:4
**HUD** 48:8,11

**I**

**i.e** 43:14
**ignored** 26:23 28:23
**imagine** 33:17
**immediate** 20:22 38:16,21
**impairment** 43:15
**implied** 39:10,15 39:16,20 40:5 40:15
**imply** 56:11
**impose** 51:12
**inaccurate** 25:19 44:23,24
**increase** 17:20
**increasingly** 15:10
**indicate** 16:10
**indicated** 29:21
**indication** 45:2
**indirectly** 60:15
**information** 8:18 13:10 45:8 53:9 59:7
**informations** 16:24
**inhabitant** 29:20
**inside** 53:24 54:2
**institute** 53:7
**instituted** 48:25
**interested** 60:14
**interests** 38:19
**interfere** 8:12
**interview** 11:17 11:19,21
**interviewed** 11:23
**involved** 50:13
**issue** 25:10
**issues** 26:5,8 56:10

**J**

**J** 20:10,11
**J2** 20:12,15,18
**JAMES** 1:9 61:5
**January** 18:7
**joined** 11:10

**K**

**K-E-A-N-Y** 4:13
**Keany** 1:14 4:1 4:12,20,23 5:1 6:1 7:1 8:1,11 9:1,13 10:1 11:1 12:1 13:1 14:1 15:1 16:1 16:10,11 17:1 18:1,14 19:1 20:1 21:1 22:1 23:1,14 24:1 24:19 25:1 26:1 27:1 28:1 29:1,17 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1,22 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 50:19 51:1,12 52:1,2 53:1,19 54:1 55:1 56:1 57:1 58:1,18 59:5 61:7
**keep** 38:13 39:12 40:11 54:15,21
**Kennedy** 2:6 4:18,24 7:10 7:19,22 8:3 42:2 49:14 51:3,25 52:7 52:10,13 57:12 57:16 59:5
**kind** 14:3 35:19 46:8 56:10
**knock** 12:15 54:25 55:15,18
**know** 5:16 6:21 6:22,24 7:10 7:12 8:24 11:22 12:18 15:11,19 16:13 17:3,4,8 19:11 19:14 20:3 21:8,19,21,22 22:13 23:11 24:5,7,12,13 25:22 26:3,4,7 26:17 27:2,4,5 27:14 28:25 29:11,23 30:3 30:16 31:15 32:7,22 33:14 33:18 34:24 35:4 36:17 38:5,7,15 39:24 40:2,11 40:20 41:7,24 42:19 44:3,15 45:24 46:11 47:2,6,6 49:24 51:5,8,11,15 52:24 53:6 54:11,14 56:8 56:10 57:16,17 57:24 58:4,4,7
**knowledge** 16:21,23 24:25 25:13 28:14 38:22 46:19,24 47:24 49:8 56:24 57:4
**knows** 21:20
**Kullen** 16:25 18:13,14,14,16 21:8,9,11,13 22:3,7,18,22 23:2 47:8,10 47:12 53:14

**L**

**L** 1:18 3:2 60:3 60:23
**language** 40:18
**late** 6:23 8:19
**law** 32:14
**Laws** 35:8,13,17 35:24
**lawsuit** 5:3 57:7
**lawyer** 35:4
**lay** 5:9 33:6
**learn** 13:2,5,8
**learned** 13:8
**learning** 13:12
**leave** 15:9
**left** 52:15 56:9 58:3
**legal** 32:4,5,7 35:18 53:10
**Lesser** 9:7 12:5 12:20 13:18,20 13:23 14:13 15:21,23 16:16 23:19,19 24:8 25:22 27:8,13 29:6,15 33:21 34:6,20 37:7 37:20 38:7,19 38:23 39:19 40:5 43:18 44:12 45:22 48:5,19,22,25 49:10 52:14 53:8 54:7 55:12,24 56:4
**Lesser's** 13:14 26:5 27:24 29:18 33:2 34:15 46:19,24 47:14,24 53:13 53:24 55:2
**let's** 7:15,17 8:6 23:8,25 42:10

43:10 46:23 52:8
**letter** 14:12,15 14:19 15:15,16 15:20,21,23 16:5,9,15 17:12,13 23:16 23:18 24:14,19 24:24 25:24 28:11,15,17 32:19,20 33:2 33:7,10,11,21 34:6,13,15,18 35:21 36:8,13 36:20 37:5,6 44:5 48:7
**letters** 14:22
**lieu** 4:3
**life** 38:15 43:16
**limited** 57:19
**limits** 8:7 43:15
**line** 25:7,8 28:17
**litigation** 34:22 37:9
**little** 6:23 20:2 23:10 24:10 33:17 40:25 44:20 51:8 54:24 56:9 57:25
**live** 11:2 21:20 43:13
**living** 10:17
**Livingston** 2:11 6:14 7:15 16:8 18:25 28:9 33:23 34:8 36:23 37:16 44:13 50:23 51:21 53:18 58:11
**Livingston's** 8:18
**LLP** 2:9
**LN** 61:10
**lobby** 50:15
**long** 7:6 39:12 46:3
**longer** 30:12
**look** 8:20 14:8 20:2,9 23:11 30:18 31:5 32:19 38:12 42:10 46:3 48:7 50:22 51:16
**looked** 44:4
**looking** 14:7 20:14 32:11
**loose** 57:25
**Loss** 47:11
**lot** 12:14,17 41:7 47:7 54:12,13
**loud** 55:18
**louder** 55:21

**M**

**major** 43:16
**making** 19:6 22:19 38:4 45:11,16 54:12
**management** 13:11 17:11 18:19 19:14
**manager** 14:22
**managing** 19:22 20:17,21,25 21:4,19,23 22:20 23:4 29:12
**March** 36:14
**Marcia** 17:7
**marked** 59:12
**marriage** 60:13
**Master** 9:23 10:3
**mathematics** 10:2
**matter** 24:4 60:15
**McConnell** 32:15
**mean** 28:5 39:15 40:8 44:17,21 48:16 49:12,15 51:3,8,19 53:3 55:19
**meaning** 56:11
**meant** 35:23 45:6
**medication** 8:11
**meet** 28:20
**meets** 33:18
**member** 19:15 19:16 21:21 23:24,25 24:2 24:4,21 35:8 35:16 48:15 49:15 53:12 56:18,19 57:3
**members** 9:6 35:12 38:10
**memory** 20:16
**mental** 43:15
**Meril** 9:6 12:4
**met** 12:4,8 21:10
**mind** 31:4
**minutes** 52:5
**mixed** 18:15
**Mm-hmm** 44:7 44:7
**moment** 20:8
**month** 33:19
**morning** 6:23
**move** 10:15,20 10:22
**moved** 10:8,16 11:4,16 25:22

**N**

**N** 2:2 3:2 59:2
**name** 4:19,24 45:4 49:18 61:4
**names** 49:21
**necessarily** 44:3 58:6
**necessary** 51:11 57:21
**need** 6:25 31:17 45:12,17,23 51:5,18 57:14 57:24,25 58:6
**neighbors** 15:25 16:6,17 38:16 38:21
**never** 56:3
**New** 1:3,19 2:4,6 2:6,10,10 4:15 5:2 9:18 31:19 31:24 60:4
**Nicole** 1:18 60:3 60:23
**nodding** 6:11
**noise** 12:15 16:2 16:18 18:12 19:9 21:14,15 22:20 25:10 30:4 38:9 39:5 39:7,14 53:13 54:16,22,23 55:2,7,17,24 55:25 56:4
**noises** 12:16 16:7,22 17:11 18:4,23 21:3 22:4,8 23:23 24:5 27:9,13 29:25 52:22 53:2 54:12
**non-bird** 55:25
**Non-Party** 1:15 4:13
**nonbusiness** 20:23
**noon** 50:20
**Notary** 1:18 3:13 4:15 58:23 60:3
**note** 44:8
**noted** 21:19
**notes** 37:9 44:6
**notice** 1:17 17:21,23 20:24 34:22
**notion** 15:20
**number** 14:12 20:7 23:16 45:16
**numerous** 15:24 16:17 25:20
**NYU** 10:4

**O**

**O** 3:2
**object** 4:9 34:9
**objection** 16:8 18:25 19:4 28:9 33:23 34:4 36:23 37:16 44:13
**objections** 3:9
**obligations** 35:7 35:12,16
**obviously** 5:11 50:5 51:8
**occasion** 22:2,5 22:7 55:5,23 55:25
**occasioned** 47:13
**occasions** 55:12
**occur** 21:16
**occurred** 21:17
**October** 1:12 60:6,19 61:6
**offer** 34:20 37:7
**office** 2:4 8:18 8:22
**oh** 40:25 51:17
**Okay** 5:13 7:21 8:3,5 11:7 14:3 14:10 15:13 20:5 23:13 24:11 25:3 26:19 31:8 32:13,21 33:15 41:13,17,20,23 42:4,7,9,17 43:8,11,25 46:6 52:8,13 57:15 58:13
**Okon** 17:7 53:14
**once** 6:15 33:19
**open** 32:8,9,17

**Opening** 14:10
**operating** 50:4,8
**operation** 50:13
**operations** 50:2 50:9
**opinion** 39:23 39:24
**opinions** 40:3
**opportunity** 6:5 30:15
**order** 40:25 41:2
**outset** 5:9
**outside** 17:18,19
**owned** 11:4

**P**

**P** 2:2,2 3:2
**p.m** 58:15
**packet** 8:17
**page** 20:9,15 28:17,18 32:9 32:12,19 33:2 42:16,22 43:5 43:5 45:11,14
**PAGES** 59:4,7 59:11
**pandemic** 52:25 53:2
**paper** 31:7
**paragraph** 20:10,15 25:6 25:8,8 26:15 26:17 32:25 34:19 42:18 43:12 46:3,8
**paren** 46:13 47:18
**parenthetical** 47:17
**Park** 2:10
**parrots** 16:3,19 25:11,21 33:3 34:16
**part** 39:13 46:23 54:9
**particular** 50:13 51:11
**parties** 3:4 60:14
**partly** 52:19
**passing** 21:17
**Pause** 7:3
**PDF** 32:12
**penalties** 4:8
**people** 17:8 49:24 58:5
**people's** 49:21
**perform** 45:19
**performing** 10:2
**period** 12:19 13:6
**perjury** 4:8
**permitted** 50:3
**persists** 19:13
**person** 38:4 43:13,19 44:12 45:11,16,20
**personally** 55:24 56:12
**Peter** 2:11 7:5 8:18 14:17 51:6 58:8
**Peter's** 8:22 34:3
**PG** 61:10
**PGG** 1:7
**phone** 41:19
**phrasing** 34:10
**physical** 43:14 47:19,25 48:3
**physics** 9:25
**place** 1:17 36:9 36:15 61:8
**plaintiff** 1:6,15 2:5 5:3
**please** 4:3,19 5:15 6:2,10,21 15:24 16:16 54:15,21
**PLIVINGST...** 2:11
**point** 9:4 13:2 17:9 27:7,11 35:6 48:15,18 49:2 58:3
**points** 15:2
**police** 26:2
**policies** 36:9,15
**policy** 36:17
**portion** 13:15
**pose** 46:20,24
**poses** 46:14
**possess** 42:25
**postgraduate** 10:6
**practice** 50:7
**preparation** 48:13
**preparations** 33:8
**prepare** 8:15
**presently** 4:21
**pretty** 8:22
**previous** 45:6
**principal** 7:11 10:14
**principles** 43:2
**prior** 11:17 17:16 18:18 19:7 21:5 26:6 26:9,10 33:8 33:20 34:5,12 34:14,18 35:20 48:13 49:22 50:17 51:14
**probably** 12:8 12:21 21:17 24:22 29:12 32:11 33:19 47:2 49:16 50:6 53:3 54:12
**problematic** 50:14
**problems** 47:7,9
**proceeding** 4:10 53:8 57:10
**proceedings** 48:19,25 49:9 49:20 53:7,10
**process** 11:17
**progress** 21:23
**prohibit** 50:10
**pronoun** 45:5
**property** 47:20 48:2
**Protection** 31:20
**provide** 27:8,12 37:12 45:18,20 47:12
**provided** 35:21 39:8,21 40:6 48:8
**provider** 43:4
**providers** 42:19 42:23
**providing** 40:5
**provisions** 38:8
**Public** 1:18 3:14 4:15 58:23 60:3
**pull** 8:25 18:13 32:3 40:20 41:19,23
**pulled** 24:13
**purchased** 10:24
**purposes** 52:6
**pursuant** 1:17
**pursue** 34:21 37:8
**put** 11:5 23:2 51:22 57:20 58:9,12

**Q**

**quality** 38:15
**question** 3:9 5:15,15,17 6:3 8:8,8 16:14 19:3 22:24 34:2 36:12,24 37:3 45:10 46:14 47:19 51:2
**questions** 5:4 6:9 8:13 14:24 31:14 46:4 56:8,11
**quick** 24:16 31:4 50:22
**quite** 13:8

**R**

**R** 2:2 60:2
**R0012** 25:5
**R0013** 25:5
**R0015** 14:12
**R0016** 23:16
**raised** 8:4
**Ramadei** 1:9 56:23 57:2,3 61:5
**reach** 19:10 24:8 29:5,7,8,9,10
**reached** 29:15
**read** 5:23 16:9 20:13,13 26:18 46:10 61:10
**reading** 35:11
**reads** 26:21 27:15 28:18 33:2 34:20 61:10
**ready** 24:17
**realize** 57:17
**really** 19:9 24:7 36:5 40:11 51:18 52:18 58:2
**REASON** 61:10
**reasonable** 34:21,24 35:3 35:22 36:3,10 36:22 37:8,12 37:14,21 38:15 38:24 39:8,20 40:6,16 42:24 43:2 46:17 47:21 48:6
**recall** 11:22,24 11:25 12:2,2 14:20 15:22 19:6 22:2,5,6,9 22:16 23:21 24:3 28:7 29:15,16 35:9 44:4,6,10

47:15 48:9,11 48:23 49:7 52:17 55:20
**receive** 6:15 9:19 35:7 37:21
**received** 8:17 15:24 16:16 36:14
**receives** 37:14
**receiving** 43:3
**recollect** 18:20
**record** 4:19 14:11 18:9 20:6 28:10 45:3 58:12 60:12
**recording** 27:17 28:16
**recordings** 27:20,23,25
**reduced** 46:16 47:20
**referred** 30:17
**referring** 18:11 18:11,15 28:15 49:16
**refresh** 20:15
**regarding** 20:20 21:3 26:22 35:11,16
**register** 18:22 29:24
**registered** 18:3 25:21
**relate** 27:18
**related** 55:25
**remember** 12:12 12:13,14
**repeat** 16:14 27:10 34:2 37:3
**repeatedly** 26:21
**rephrase** 37:4
**reporter** 4:2,5 5:20 6:5,11
**represent** 5:2
**representatives** 27:8,12
**request** 28:22 36:10 37:11 38:4 39:19 40:16 42:24 43:4 45:11,17 46:9 48:5
**requested** 28:20 38:7 39:4 59:7
**requesting** 39:17
**requests** 26:23 34:20 36:2,6 36:16,24 37:7 39:7 43:3
**require** 19:21
**required** 19:23 38:11
**requires** 20:22
**reserve** 51:13 57:22
**reserved** 3:10
**reserving** 38:14
**reside** 4:21
**resident** 56:14 56:14,18,22,22 57:2
**residents** 20:21
**resolution** 28:22
**respect** 25:10 26:5
**respective** 3:4
**respond** 6:9
**responds** 8:13
**response** 6:10 22:15,16 54:17 54:19 55:18
**rest** 50:21
**resume** 7:20
**return** 6:17
**review** 6:16 15:16 24:16 30:16 33:20 34:5,15 35:21 40:21
**reviews** 36:5
**rid** 38:11 39:17
**right** 4:23 5:8 6:8,13,14,20 8:15,24 9:10 9:13 13:15 15:13 18:10,24 19:12,18 20:5 20:6 23:8,14 24:9 26:20 28:13,20 29:14 29:21,22 30:24 31:13,23 32:18 32:24 40:19 41:7,17 42:10 42:14,22 43:8 44:10 45:6 46:2,13 50:19 51:14,21,25 52:13 53:15 54:4 55:15,16 55:22 56:6,7 57:5,12,22
**rights** 38:19
**rules** 5:9 19:17 19:20 20:5 50:9
**running** 50:10
**Rutherford** 1:9 10:15 11:3 19:17,21 25:23 36:2,9,14 37:13 39:14 49:8 50:10 56:14 61:5
**Rutherford's** 35:16

**S**

**S** 2:2 3:2,2 59:10
**S-A-M-U-E-L** 4:13
**safety** 46:15,20 46:23,25 47:2 47:4
**sample** 30:7
**sampling** 8:21
**Samuel** 1:14
4:12,20 58:18 59:5 61:7
**save** 20:14
**saw** 14:16,17 28:11 33:9,13
**saying** 40:9
**says** 16:15 20:20 25:9 32:25 37:11 43:13 46:13 47:17
**schedule** 50:20 52:3
**scheduled** 7:8
**school** 7:11 10:8 10:13
**schools** 10:9
**Science** 9:22,25
**se** 50:12
**sealing** 3:5
**search** 9:5,8
**second** 25:6 45:10 47:17
**section** 42:15
**see** 7:15,17 8:6 14:13,19 16:3 16:19 19:11 23:18 24:19 25:11,12 26:24 26:25 27:18,19 28:24 33:4,5,7 33:11 34:22,23 37:9,10 41:9 42:21 43:16,17 45:13,21 46:17 46:18 47:22
**seeing** 41:15 42:4 44:10 48:11
**seeking** 43:13
**seen** 14:15 17:2 18:6 23:14,17 30:6 31:6 38:6 48:14
**send** 6:14 27:5 41:6,11,17
**sending** 15:20 28:16
**sent** 8:18,22 14:7 16:5 19:5 23:19 27:16 33:12,14,16 36:8 41:5,16 41:20
**sentence** 26:20 27:15 34:19 45:6 46:9
**sentences** 26:16
**separate** 55:5
**September** 24:14,20 25:15 25:21 29:2
**sequence** 19:25
**series** 5:4,9
**serve** 33:3 52:6
**served** 34:16
**serves** 38:3
**services** 45:19
**set** 50:16 60:18
**seven** 15:8
**sew** 28:23
**shaking** 6:12
**shared** 14:17 16:24
**shareholder** 11:20 19:13 24:2 49:10
**SHEET** 61:2
**side** 56:10
**signature** 32:20
**signed** 3:13,14
**significantly** 31:16
**single** 25:10
**sir** 14:13 15:2 16:13 19:3 20:8,9 31:13 37:2 41:20 47:22 56:12 57:14
**siren** 26:2,12
**sitting** 29:14
**situation** 19:12 24:8 39:5,7 49:4 50:6,17

**skip** 14:25 23:10 24:9
**sleep** 47:11
**slow** 42:6
**smells** 31:21,22
**somebody** 37:11
**somewhat** 5:11
**sorry** 9:21 10:18 14:25 15:16 20:8 26:2,12 28:19 33:25 40:23 41:3
**sounded** 12:17
**soundproofing** 40:10
**sounds** 27:17,21
**Southern** 1:3 2:4 4:25
**space** 22:3 50:16
**spaces** 21:25
**speak** 21:7,11,12 21:13 55:2
**special** 36:6
**specific** 8:24 12:13 22:5 36:18 42:15 46:14 47:18
**Specifically** 47:9
**specified** 35:2
**spend** 31:17
**spent** 17:21
**spoke** 21:15 22:7
**spoken** 12:20 18:18 21:24
**spouse** 11:20
**stamped** 14:12 20:7 23:16
**start** 14:6 42:16 57:18
**started** 17:20,23 18:6,7
**starting** 6:22
**state** 1:19 4:15 4:19 17:22 60:4
**statement** 25:16 27:3
**statements** 24:24,25
**states** 1:2,5 2:4 4:25 5:3 37:6 42:23 61:4
**stating** 34:9
**stationary** 32:14
**stenographica...** 60:10
**stepped** 54:2
**steps** 39:22 40:7
**Steven's** 10:13
**stipulate** 4:3
**STIPULATED** 3:3,8,12
**stop** 54:23 55:17 55:20
**Street** 2:5 4:22
**stress** 47:11
**Strike** 49:14
**string** 31:9
**stuff** 32:5
**subjection** 19:4
**submit** 11:2
**Subscribed** 58:19
**subsequently** 10:22,24
**substantial** 47:19,25
**substantially** 43:15
**substantively** 51:4
**sued** 57:5
**suffered** 33:21 34:7
**suffers** 33:3
**suggesting** 27:25
**suggests** 36:24
**summer** 17:22
**support** 33:4 34:16 36:16,18 38:13 45:21
**suppose** 51:13
**sure** 5:21 6:7,10 8:10 13:8 14:25 16:15 17:5 18:5 24:18 28:19 33:13 37:4 41:4 49:25
**surprise** 8:2
**surprises** 7:23
**swearing** 4:4
**sworn** 3:15 4:14 58:19 60:7

**T**

**T** 3:2,2 59:10 60:2,2
**take** 6:5,11,21 8:9 29:7 39:21 40:6 50:22
**taken** 1:15,17 8:11 60:6,9
**takes** 33:17
**talk** 12:16 24:17
**talked** 57:18
**talking** 48:17
**tasks** 45:19
**tell** 18:21 22:22 52:24 53:4
**tells** 25:24
**tenant** 36:2,4 37:14
**tenants** 1:9 19:22 20:16 28:21 36:6,10 36:15 50:10 61:5
**term** 35:22
**terms** 28:15 47:5
**Terrific** 9:3
**testified** 4:16 5:5 19:2 57:9
**testimony** 4:7 36:19 60:8,9 60:12
**thank** 4:23 31:17
**things** 7:13 14:25 47:5 51:9,16,18 57:13
**think** 7:6 8:21 8:23 11:6,19 11:21 12:21 15:7,8 16:10 16:25 18:6 19:23,25 22:25 23:20 24:21,21 27:22 29:3,5 29:19 30:2 35:18 37:22 38:16 39:11 41:11 48:3 50:12,24 51:4 51:5,10 52:7 53:3 56:16 57:13,20
**Thomas** 4:20
**thought** 17:18
**thoughts** 35:2
**threat** 46:15,20 46:25
**three** 33:2 55:10
**threshold** 54:3
**tie** 51:10 58:2
**time** 1:17 3:10 5:14 6:20 7:8 7:20 8:20 12:4 12:8,14,22 13:6,9 15:3,12 16:5 17:5,11 17:13,21 18:2 20:14 21:4 25:14,17 26:6 31:17 33:12,17 35:6 36:8,13 36:20 38:14 39:25 48:5 52:14,22 53:11 55:6 56:13,17 56:21 57:20
**times** 6:22 55:9 55:11
**today** 5:4 7:9 8:13,16 31:17 48:13 53:8
**today's** 33:8
**token** 44:2
**top** 43:10,12 45:10
**totally** 7:2
**tough** 15:11
**training** 35:7,10
**transcribed** 60:11
**transcript** 4:10 6:15 51:17 60:11 61:2
**tree** 17:19
**trial** 3:10
**true** 4:7 25:2,13 27:2,4 28:25 29:3,4 60:11
**try** 24:8 49:6
**trying** 14:25 20:14 23:9 30:10
**turn** 20:9 43:5
**turning** 15:14 20:12 26:14
**Tutter** 44:9,23 45:4,4,4
**Tutter's** 44:11
**two** 6:24,24 7:7 26:16 30:24 42:16,22 43:9 43:9,9,10 45:16 46:4,7 46:10 47:4,18 51:18
**typical** 56:7,10
**typically** 19:10

**U**

**U** 3:2
**understand** 5:15 5:18,23 6:12 8:9,12 36:19 44:18
**understanding** 39:6 55:22
**understood** 5:17
**unit** 27:18
**United** 1:2,5 2:4

4:25 5:2 61:4
**unsafe** 50:4
**unusual** 5:12
**US-00515** 20:7
**use** 43:13 49:17 49:18,21
**usually** 19:7,12

**V**

**vacuuming** 12:18 54:18 55:6
**various** 15:25 16:17 38:18
**verbal** 6:10 20:23
**verified** 4:11
**version** 58:4
**vicinity** 17:20
**view** 48:24
**VIRTUAL** 1:14
**vocal** 21:22
**vote** 48:21 49:5
**vouch** 44:18
**vs** 61:4

**W**

**wait** 6:2 40:25 45:14
**waiting** 26:12
**waived** 3:6
**want** 5:21 6:20 6:22 8:25 11:9 31:15 34:2 35:19 38:12 49:17,18,21 50:4 52:5 56:25 58:7
**wanted** 51:20
**wanting** 21:22
**way** 4:11,24 12:24 19:8,8 28:2
**ways** 40:9,11
**we'll** 24:9,10
**we're** 6:4 11:21 18:10 19:25 23:10 42:16 45:15 48:17
**we've** 18:6 53:14
**weeks** 33:19
**went** 15:17,21 17:12,13 55:6
**WHEREOF** 60:18
**Whoops** 41:10
**wife** 11:4,11 29:21,23 53:21 53:22
**witness** 1:15 4:4 4:6,11,13 7:5 7:17,21,25 8:5 28:11 50:25 52:4,8,12 57:15 58:13,15 59:4 60:7,18
**word** 5:21 50:4
**work** 15:10 19:8 19:11 45:18 54:13
**working** 10:7 40:11
**would've** 54:15
**wouldn't** 31:4 40:17
**writer** 16:11
**writing** 12:24 19:22,24 20:17 20:21,25 21:3 21:4 22:14 23:3 39:3 51:23 57:21 58:9
**written** 25:14 39:18

**X**

**X** 1:4,11 59:2,10

**Y**

**yeah** 6:13 7:18 7:19,21,25,25 13:12 20:19 24:15 28:4,5,5 28:14 30:8 31:6,6 32:17 40:23,25 41:3 41:15 42:3,7 42:13,21 45:15 45:21 46:6 48:16 49:22,22 49:22 50:2,25 52:7,21
**year** 15:6 37:13
**years** 10:18,18 15:8 17:17 25:9 52:24 53:5
**yes'** 46:5
**yesterday** 8:19 42:5
**York** 1:3,19 2:4 2:6,6,10,10 4:15 5:2 9:18 31:20,24 60:4
**Yup** 24:16

**Z**

**Zoom** 6:4 51:24 61:8

**0**

**0012** 28:17
**00520** 20:8,9

**1**

**1** 32:4,8 37:6
**10007** 2:6
**10016** 2:10
**11** 6:23 23:10,15
**11:00** 1:12
**12** 50:19
**12:07** 58:15
**12:15** 52:11
**14** 30:7,16
**15** 14:12 15:15 16:22,23 24:14 25:15 29:2 32:12 52:5
**15th** 4:22 25:21
**16** 25:9
**17** 15:8
**19** 23:16
**1992** 10:16
**1999** 25:25

**2**

**2** 2:10
**20** 10:17 31:2,3 31:5
**2009** 15:8
**2013** 48:12
**2015** 14:12,19 15:15 16:6,22 16:23 17:3,14 17:15,17,20,24 17:25 22:19 23:16,22 24:14 24:20 26:6,9 26:11 29:2
**2016** 12:9,10 15:8 18:8,24 19:5 21:5 36:9 36:14 37:13 54:9
**2021** 9:4,4
**2022** 1:12 58:20 60:7,19 61:6
**21-CV-10383** 1:7
**21st** 60:19
**230** 4:22
**25** 48:12
**28** 41:9
**29** 40:20,22 41:10,21 42:23 45:15 48:8,13

**3**

**3-57** 59:5
**30** 6:17 10:18,19
**311** 29:17,24 30:4,8
**32** 24:10,13 25:4 41:9

**4**

**40** 20:3,7,15
**4H** 10:21 11:4
**4HJ** 4:22
**4J** 10:24

**5**

**520** 20:15
**5J** 13:13,14 16:22 18:23 21:4,14,15 22:8 23:23 27:21 29:25 30:5 31:21,25 52:20,23

**6**

**6** 14:9,11 15:15

**7**

**7** 1:12 18:12 61:6
**78** 8:19
**7th** 60:6

**8**

**86** 2:5

**9**

**96** 11:8,22