UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

Plaintiff,

Civil Action No.:
21-CV-10383 (PGG)

-against-

RUTHERFORD TENANTS CORP. and JAMES RAMADEI,

Defendants.
- - - - - - - - - - - - - - - - x

September 21, 2022
10:00 a.m.

DEPOSITION of CHARLOTTE KULLEN, a Non-Party Witness, taken by the Plaintiff, in the above-entitled action, held at the above time and place, pursuant to Subpoena, taken before AMY BOGUSZEWSKI, a Shorthand Stenotype Reporter and Notary Public within and for the State of New York.

A p p e a r a n c e s:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
Attorneys for Plaintiff
86 Chambers Street
New York, New York 10007

BY: DAVID KENNEDY, ESQ.

HERRICK FEINSTEIN, LLP
Attorneys for Defendants
2 Park Avenue
New York, New York 10016

BY: PETER LIVINGSTON, ESQ.
E-MAIL: plivingston@herrick.com

ALSO PRESENT:

ADAM BURTON, Intern USAO

Q. Now, you were served with a subpoena requesting that you produce certain documents, do you recall that subpoena?

A. Yes.

Q. What did you do in response to that subpoena?

A. So I went through all of my e-mails. I did a search by name and then I sent them. I made pdfs of them. I forwarded them. And then I remembered the texts, so I went to the texts, screen-shotted those, and forwarded them.

Q. Anything else?

A. And then just -- oh, I told them. The building was keeping a log. They had a log, the doormen. So they were keeping a log of every time I told them about the noise. So I reminded them to get the logbooks, which, apparently, were lost, which was really annoying because I made sure I told them. And then I remembered I had written things down, like scribbled back then when everything was going on some of the time. And then I threw them into a box, which I

remembered, oh, yeah, I have this, which I can't really hardly read them, but I pulled those out of the box like last week.

Q. Let's talk about these logbooks. So did the doormen at the Rutherford keep a logbook of every time somebody complained about Ms. Lesser's birds?

A. They kept a logbook in general. And within that, like if someone has a leak or something, they write it down in their book. So at night, when I waited for her to come home, I would wait. And then if I had to take my dog out, then I would wait like a half an hour to make sure she went to bed. Then I would take my dog out. And then tell the doormen, "Okay. The birds have been screaming from 6:00 p.m. until 11:00 p.m., when she came home." And then I would walk my dog. And then I would make sure the birds were asleep and then I would go to bed. So I would write it down each time. And then in the morning when I got up and left, I told the morning doorman, "Okay. The birds started screaming at 7:00 when she got up and

they screamed until now when I left."

Q. Okay.

A. Or whenever I called downstairs and I'm like "they are just screaming." I go "they have been screaming, can you call her?" But she forbade them from calling her. So if she wasn't home, she wouldn't let them call her to tell her that the birds were screaming.

Q. And you said these logbooks were lost?

A. Supposedly, since they switched supers over the years, they didn't hold on to them. I really don't know. It's very annoying, quite frankly.

Q. Who told you the logbooks were lost?

A. Mr. Livingston, when I told him to get the logbooks.

Q. I'm now going to hand you a document that's been previously marked as Government Exhibit 42.

MR. KENNEDY: I'm going to hand a copy to the Court Reporter, as well. I'm handing a copy to

C. KULLEN

Q. What do you do?

A. Public work relations.

Q. Is that Char PR, c-h-a-r-p-r.com?

A. Yes.

Q. When did you move into the Rutherford?

A. In December of 1999.

Q. So you have been living there 22 years almost?

A. Almost.

Q. Which apartment did you move into?

A. 5K.

Q. Have you been in the same apartment the entire time?

A. Yes.

Q. Did you submit an application to live at the Rutherford?

A. I bought a sponsor unit. So I mean, you don't have to pass a Board when you buy a sponsor unit.

Q. So did the Board ever interview you?

A. No. With sponsor units, they don't do that.

Q. Did there come a time that you met

Meril Lesser?

A. Yes.

Q. When was that?

A. December of 1999.

Q. Were you friends at first?

A. When I moved in, I had a housewarming Christmas party. And I had heard you should always tell your neighbors you are having a party and let them know. And, you know, if you are a nice person, you should invite them. So I invited all of my neighbors, like, across each side. Then I think I left notes above and below. I just said, "hey, I am throwing a party. I just moved in. It's going to be like from 8:00 to 11:00. Please come by." So I think I left her a note, but she wasn't home. And then she was like "oh, so nice of you." So then we became friends from there.

Q. How often would you speak to her?

A. Quite often. Like, we were friends.

Q. Like daily, weekly, monthly?

A. I would say like several times a week. I mean, depending, like, on the phase

C. KULLEN

Q. So the last line or the last two lines of this text on page K3047, you write:

"Why is our building so sucky? Shouldn't be able to hear people cough or have a conversation through walls and two closed doors."

Did I read that correctly?

A. Yes.

Q. So I will do this in reverse order. Could you hear people cough between apartments?

A. My neighbor gets bronchitis and I can hear her cough.

Q. Could you hear conversations from the apartments next to you?

A. You couldn't necessarily hear what they were saying, but if people had loud conversations, you could hear their voices.

Q. And could you hear loud conversations from the hallway?

A. You could hear people talk in the hallway. You couldn't necessarily hear what they were saying, but you could hear the talking.

C. KULLEN

Q. So I know this is a bit of a rhetorical question. You wrote: "Why is our building so sucky?" Did you arrive at a conclusion as to why your building was "so sucky"?

A. Because it's built in 1960. And I think some of the apartments have like fire walls between them, that's what someone told me. I don't know if it's true. So every few apartments, there is a thicker wall. So I think some might have less sound conduction.

Q. Did you ever consider the variance in thickness of walls when you moved into the building?

A. No, because I hadn't moved into the building.

Q. Did you think to ask?

A. About what?

Q. The thickness of the walls at the time you moved into the building?

A. I did not ask about the thickness of the walls when I moved into the building.

Q. I think you previously mentioned your next door neighbors. On one side is Ms.

C. KULLEN

speeding and hits one car - but doesn't hit other cars - the driver is still breaking the law and their actions hurt something/someone - doesn't have to hit more than one - and speeding alone is against the law!"

Did I read that correctly?

A. Yes.

Q. Do you think that Ms. Lesser having birds in her apartment was similar to somebody speeding and hitting somebody with their car?

A. Probably worse.

Q. It's probably worse?

A. In other words, you can get hit by a car and not actually be hurt.

Q. So in your view, Ms. Lesser's maintenance of loud birds in her apartment was worse than being hit by a car?

A. Yes. Because you can be hit by a car and it can be an accident. This wasn't an accident. She knew she had loud birds and she added a bird that was kept apart from the

C. KULLEN

other birds because he was disruptive, knowingly brought him home, knew he never settled in knew, knew he upset her other birds. And then started leaving them for long periods of time, weeks at an end, day and night. She knew they were making noise and she didn't care.

Q. So I'm about to move on to another series of exhibits. It might be a good time to take a break, but I can keep going. It's really up to you.

A. Which exhibit are we on?

Q. Well, I mean, we just did 44, but I'm about to go into another batch, so it's a logical time to break, but it's up to you.

A. Well, I have been here three hours.

Q. Yes.

A. So you said four hours, so there is one hour.

Q. No. A deposition by the rules is limited to one day of seven hours.

A. Okay. Well, I asked you in an e-mail how long it would take.

Q. You are more talkative than I

C. KULLEN

A. Correct.

Q. And you made the call anonymously, right?

A. They don't take your information.

Q. They don't take your information?

A. I mean, I don't -- I think they ask you if you want to be anonymous or not. I think they have your information. I really don't remember.

Q. Did you choose to make this report anonymously?

A. I think either you check it. Generally, I think you could automatically check anonymous or you can uncheck anonymous.

Q. Why did you make the complaint anonymously?

A. That's how you make complaints to the city. Because they have your information, so they can contact you.

Q. They can contact you if you make an anonymous complaint?

A. Yes, they have your information.

Q. Where does your information appear on Government Exhibit 56?

C. KULLEN

A. They don't put it on the complaint, they have it in their system.

Q. So it's your belief that 3-1-1 has in its system information that you are the one making these complaints?

A. They have the information. If you use an app, they have your information. If you call, they have your information.

Q. So there is a section at the bottom here called Caller Comments, and I'm not going to read the whole thing, but on the second line, there is a complaint here: "They have screech for 10 hours straight." Did you make that complaint?

A. It looks like I did.

Q. And was that true at the time you made the complaint, that the birds were screeching for 10 hours straight?

A. Yes.

Q. And then you say later, "this problem has been going for years." Do you see that?

A. Yes.

Q. But this is the first time you

C. KULLEN

called 3-1-1 about it?

A. That's the report you've shown me.

Q. Do you know whether you called 3-1-1 prior to October of 2015?

A. I don't know.

Q. Do you have any recollection of doing it?

A. That's what I just said.

Q. Well, not knowing and not remembering are slightly different. Do you have any recollection of making a complaint to 3-1-1 about noise from the birds prior to October of 2015?

A. I don't remember.

Q. And an inspector, a city inspector responded to this complaint, right?

A. I don't know.

Q. Turn to the next page. So this is number-stamped 1479, have you ever seen this document before?

A. No.

Q. Did you know whether a city inspector had come in response to the complaint that you made to 3-1-1 on October

Lesser's parrots on occasion, was there ever any blood?

A. Like I just said, there wasn't any blood.

Q. Was it your belief that Ms. Lesser's parrots would cause physical damage to the property of other people in the building?

A. I don't think so.

Q. Now, you have mentioned that you felt that Ms. Lesser's parrots had a negative effect on your health, right?

A. Correct.

Q. Did you ever provide any medical information to the Board indicating that the presence of Ms. Lesser's parrots was having an adverse health affect upon you?

A. I told them I wasn't able to sleep. I told them I'm feeling broke. I told them many things related to my health and the stress it was causing me. It was 18 months of not being able to sleep when I wanted to sleep or be able to sleep through the night.

Q. Did you ever provide the Board with medical records, whether in the form of

physician's notes or anything else about the alleged health effects of Ms. Lesser's parrots on you?

A. My doctors were dealing with my other health issues, so they did not give me a report about the stress from the birds. It was part of overall discussions about my health.

Q. Did you ever provide the Board of Directors at the Rutherford with these reports about the overall state of your health that, in any way, mentioned the allegedly negative health effects of the parrots?

A. No. It was unnecessary because she was blatantly breaking the building rules. There was no need to go into anything more than that. The building knew she was breaking the rules. The building tried to get her to stop breaking the rules. She continued to break the rules. So there was no need for me to provide medical records because there wasn't any dispute about the noise.

C. KULLEN

Q. I understand you felt that there was no need for you to do something, but people often do things that they don't need to do. So I'm not asking you whether there was a need to ever provide the Board with medical records relating to the alleged health effects of Ms. Lesser's parrots on you. I'm asking you whether you, in fact, at any point, provided the Board of Directors with any medical evidence or records relating to the alleged health effects of Ms. Lesser's parrots upon you?
A. I don't recall providing any medical records.
Q. So after the filing of this lawsuit, there was an article in the New York Daily News about this dispute, right?
A. Yes.
Q. Did you speak with a journalist who wrote that article?
A. Yes.
Q. And I'm now going to ask you to look at Government Exhibit 43.
MR. KENNEDY: And I'm providing

A C K N O W L E D G E M E N T

STATE OF NEW YORK)

:ss

COUNTY OF )

I, CHARLOTTE KULLEN, hereby certify that I have read the transcript of my testimony taken under oath on September 21, 2022, that the transcript is a true, complete and correct record of what was asked, answered and said during my testimony under oath, and that the answers on the record as given by me are true and correct.

______________________________
CHARLOTTE KULLEN

Signed and subscribed to before me, this _____ day of ____________, _______.

______________________________
NOTARY PUBLIC

DEPOSITION ERRATA SHEET

Page No. 93 Line No. 25 Change to:

marilyn

Reason for change: correct name

Page No. 98 Line No. 13 Change to:

watched them

Reason for change: correct word

Page No. 116 Line No. 12 Change to: me she

would soundproof and she

Reason for change: incorrect

Page No. 128 Line No. 17 Change to:

So it stopped

Reason for change: incorrect word

Page No. 153 Line No. 4 Change to:

and was never

Reason for change: incorrect

Page No. 163 Line No. 22 Change to: her

except when she got

Reason for change: incorrect / missed word

Page No. 252 Line No. 12 Change to:

doorman Juan and

Reason for change: incorrect

Signature: [signature] DATE: 11/9/22

CHARLOTTE KULLEN

DEPOSITION ERRATA SHEET

Page No. 24 Line No. 15 Change to: lost

Reason for change: incorrect

Page No. 28 Line No. 17 Change to: there in 2005 when a client

Reason for change: incorrect

Page No. 36 Line No. 2 Change to: conscientious

Reason for change: misspelled

Page No. 43 Line No. 11 Change to: BlinnPR

Reason for change: incorrect

Page No. 44 Line No. 5 Change to: clenching

Reason for change: incorrect word

Page No. 47 Line No. 11 Change to: they were just fighting but

Reason for change: missed a word

Page No. 93 Line No. 5 Change to: marilyn

Reason for change: correct name

Signature: [signature] DATE: 11/9/22
CHARLOTTE KULLEN

DEPOSITION ERRATA SHEET

Page No. 279 Line No. 19 Change to: then
my filling broke
Reason for change: incorrect
Page No. 305 Line No. 23 Change to:
It's a wire service, so
Reason for change: incorrect
Page No. 318 Line No. 23 Change to:
involved and rules.
Reason for change: incorrect
Page No. 322 Line No. 23 Change to:
would be lulls and
Reason for change: incorrect word
Page No. 322 Line No. 25 Change to:
be lulls and then there
Reason for change: incorrect word
Page No.____ Line No.____ Change to:____

Reason for change:____
Page No.____ Line No.____ Change to:____

Reason for change:____
Signature: [signature] DATE: 11/9/22
CHARLOTTE KULLEN

**A**

**a.m** 1:13 130:14 177:10 191:13 191:13 197:18 206:13 214:25 224:24 229:22 233:6 238:9
**A8** 237:8
**AA** 319:25 320:2
**abated** 117:12
**abided** 316:18
**ability** 9:4,14,22 10:2 103:8 137:6 317:22
**able** 77:10 91:5 104:9,10,10 203:14,16 204:6 206:23 219:8 235:2 266:21 278:20 279:18,22,23 292:12,18,19 292:20
**above-entitled** 1:17
**absurd** 38:22,25 39:5,7
**abut** 216:17
**accept** 72:11
**acceptable** 148:20 318:2
**accepted** 166:2
**access** 82:23
**accident** 66:9 164:23,24
**accompanying** 282:15
**account** 306:19 310:9
**accounting** 196:25 311:12
**accurate** 80:21 231:24 287:25
**accurately** 315:12
**accusing** 246:8
**acoustic** 161:23 161:24
**acquired** 32:15
**acronym** 50:22
**Act** 40:5,6
**acted** 129:13
**acting** 94:10
**action** 1:7,17 252:20 297:20 340:16
**actions** 164:5 199:9
**acts** 206:19 207:20 208:6 209:2
**actual** 44:2 146:17 176:4,5
**acute** 273:16
**ADAM** 2:16
**add** 67:23 162:11
**added** 26:5 75:12 162:10 164:25 185:11 185:15,17 226:24
**adding** 83:6 185:8,10
**addition** 135:12 244:18 284:25
**address** 4:10 56:15 115:2 139:14 175:14 195:10 198:7 225:6 230:3,8
**adds** 162:15
**administer** 3:15
**admitted** 273:20
**adopt** 76:19
**adoption** 76:22
**advance** 35:9 282:24 296:12
**adverse** 222:5 279:17
**advertisement** 287:18
**advice** 186:2
**advise** 126:22 140:15 153:16
**advised** 100:11 248:17
**affect** 9:14,22 10:2 244:19 279:17
**afield** 291:19
**aforesaid** 340:11
**afternoon** 103:14 149:12 197:17 249:12
**afternoon/eve...** 125:16
**against-** 1:8
**agencies** 290:12
**agency** 27:15,16 27:18 28:7,8 28:14 220:18 229:9 336:25
**agent** 117:11
**aggravated** 48:9
**agitation** 273:19 274:14
**ago** 14:14 121:17 158:5 202:21 214:5 288:11 297:25 315:17 324:24
**agony** 47:10
**agree** 154:11 169:8 284:6 337:4
**AGREED** 3:3,8 3:12
**agreement** 7:21 336:8
**ahead** 33:24
**air** 68:25 86:19
**air-conditioning** 62:19
**airplanes** 34:20
**alcohol** 333:4 334:18,20
**alcoholic** 333:25
**allegation** 176:20
**allegations** 314:25
**alleged** 221:4,5 221:10 226:21 280:3 281:7,12
**allegedly** 280:14
**alleging** 219:5 221:6
**allow** 33:5 189:4 207:3
**allowed** 40:4,5 86:12 87:22 152:3 157:18 157:24 189:6 204:19 257:10 257:12,18 278:11
**alluded** 53:21
**alter** 137:2,7
**altered** 287:6
**ambulance** 66:13 300:22
**America** 1:5 293:8
**Americans** 40:4
**amount** 196:22
**Amy** 1:19 340:6 340:24
**analogy** 163:24
**anecdotal** 301:15
**Angeles** 323:20 328:21
**anger** 128:3
**angry** 276:3
**animal** 34:6 37:9 37:10,12,14,16 37:19,20,24,25 47:16 74:10 75:16 82:25 217:5 234:16 250:23 251:18 251:20 299:12 299:17
**animal/bird** 180:10
**animals** 23:24 31:10 32:9 33:6,12 35:4 35:25 37:15 38:11,12,15,16 39:20 40:3,5 40:18 47:12 67:13 180:4 215:7 217:14 223:4,9,11,13 223:14 224:2,6 224:9,11 248:10 250:2,6 250:8,10,24 264:3,23 265:5 265:12,15,16 266:14 272:13 272:15,16 296:20 297:7 299:6,10,13,19
**announce** 56:11
**announced** 74:12
**annoying** 15:21 17:16
**annual** 327:24
**anonymous** 171:8,15,15,22 192:25
**anonymously** 171:3,12,17 193:6
**answer** 8:23 12:4 33:4 48:19 122:4,5 176:17 195:12 195:14 206:5 245:8 263:13 268:20 269:11 269:12 300:11 314:15 321:24 323:25 325:13
**answered** 303:18 332:14 338:10
**answering** 5:19 101:2 138:23 161:14 188:18

268:9,19 269:17
**answers** 338:12
**antianxiety** 71:7
**antidepressants** 71:8
**anxiety** 262:14 262:18 263:2 266:6,16 267:22 268:2 268:18,24 269:4,16,21 271:9,24 272:4 272:5 273:5,17
**anxious** 265:24 266:19
**anybody** 7:19 75:19 138:10 249:7 319:10
**anymore** 80:18 80:23 88:6 89:16 235:2 236:9 245:19 246:22 247:14 309:22
**anyway** 25:25
**apart** 164:25
**apartment** 4:12 20:12,14 22:13 22:19,25 23:3 23:16 24:22 33:6,21 36:8 39:11 48:22,25 57:6,20,22 58:21 59:3 63:12 73:14 84:25 85:2 86:24 87:8,10 87:11,14,23 88:7,9,10 93:10,18,21,22 96:2 97:9,12 104:21 105:2 105:12 106:6 107:19,22 108:9 111:10 111:18 112:4 112:13,20,22 114:16 127:24 128:2 132:22 132:25 133:15 133:22 134:2 136:18,23,24 139:20 141:20 141:23 142:16 142:18 143:6 143:19,21 144:7 145:3,10 147:12 148:2,8 148:21,25 151:9,10,12 152:3 155:18 157:15 158:4 158:14 161:11 161:15 164:12 164:20 169:21 182:24 185:8 185:13 195:13 196:23 198:8 198:11 203:23 220:13,16,19 222:25 226:13 226:17 230:7 242:3,9 243:22 243:24 244:2,7 244:20 249:2 253:5 256:10 258:6,8 266:23 267:12,14,17 269:22 270:4 270:11 275:25 276:13 307:20 309:15 310:3 310:12,15,20 310:24,25 311:6,21 312:11 316:20 316:23 317:23 318:22 319:2,3 325:17
**apartments** 91:12,16 92:8 92:11 142:2,5 144:9 308:18 309:7,16 311:2 311:18
**apologize** 323:2
**apologized** 109:17
**apologizes** 110:13
**app** 170:6,12,13 170:19 172:8 192:19 193:2 193:10,10 197:9 201:4,5 201:9 210:5
**apparently** 15:20 23:19 57:12 65:21 78:3 81:14 97:15 109:20 115:23 132:8 132:12 169:22 184:22 219:6 330:3
**Appeals** 293:9
**appear** 171:24 189:24 218:7 249:21 286:3
**appeared** 282:8
**appears** 175:2 224:20 282:10
**appetite** 273:22
**application** 20:17
**appointment** 273:15
**appointments** 269:24
**appropriate** 34:4 36:13
**approximately** 187:24 329:3
**April** 24:14 60:12 152:24 253:11 259:11 259:15,18,19 259:25
**apt** 105:18
**apts** 106:16
**area** 89:12 217:12
**arising** 270:3,10
**arm** 128:18
**armoire** 96:6,7,7
**armor** 241:21
**arrival** 63:11 222:20,24
**arrive** 73:13 92:4 184:21 238:15 239:7 248:2
**arrived** 63:8 72:6 73:25 74:5 80:9 98:14 174:21 176:12 179:14 179:16 194:21 209:8 213:12 216:20 224:23 235:10,23 236:2 252:4 298:6 328:8
**arriving** 248:15
**article** 281:17,21 282:8,11,14,20 287:15,16 296:2,5 300:15 301:19
**articles** 305:22 306:10
**artisans** 95:11
**arts** 95:10
**Aruba** 61:3,22 62:8 323:16 328:17
**aside** 55:23 144:6
**asked** 8:22 11:23 37:6 59:11 71:17,20 75:16 75:17,22 85:14 85:15,18 86:4 86:13,25,25 87:11,23 96:3 105:16 150:4 155:2 158:17 158:24 165:23 192:23 202:4 251:14,16 261:11 269:14 272:17,19,22 284:24 287:7 296:19 297:21 299:15 317:6 324:25 334:25 338:10
**asking** 11:17 30:22 48:15 60:18 101:5 102:9 113:18 128:7 139:10 178:19,23 205:17,23,24 206:3 216:17 219:14,16 263:12 281:5,9 285:16,22 286:4 301:6 308:24,25 316:3 317:10
**asleep** 16:21 132:14,14 220:5 222:18
**asserted** 293:19
**assess** 123:15 188:18
**assessing** 211:9
**assessment** 13:14 242:4 251:6 265:3 272:14,17,19 272:25 302:14
**assist** 8:10 265:17
**assistance** 111:9
**assistant** 4:17 111:17 150:23
**assume** 5:7 154:20 190:3 260:24
**assumed** 98:8
**assuming** 33:17 260:22

**atmosphere** 318:12
**attached** 138:14 176:8 199:23 199:25 224:14 263:25 264:21 282:21 286:11
**attachment** 260:15,17 286:11,13
**attack** 275:19 277:7 320:8
**attend** 19:6
**attendance** 284:14
**attention** 34:15 41:20 63:20 64:22 121:5 227:18 230:13 242:12 262:7 293:4 304:22 306:25 334:24
**attorney** 3:19 4:18 6:13,25 322:9
**ATTORNEY'S** 2:3
**attorneys** 2:4,9 3:4
**audio** 150:5 282:20,23 283:16 285:2 285:12 286:7 287:9,14
**authenticate** 303:6 307:25
**authorized** 3:14 335:8
**autoimmune** 9:18,21 47:24 47:25 48:9,12 49:14,25 266:3 266:4,9 270:15 270:21
**automatically** 171:14
**Ava** 40:16,17 54:15,20 56:5 57:19 58:7,8 58:17 88:23 89:3,5,20 90:6 90:13,21 93:18
**Ava's** 58:16 89:23 90:3,16 90:19,24
**available** 308:21 330:18
**Avenue** 2:9 309:15,17 310:11
**avoid** 206:23 335:10
**awake** 134:7
**aware** 144:12 252:16 313:10 325:7,22,25 329:22 330:24
**awful** 86:2 329:13

**B**

**B-E-A-R-D-S-...** 28:10
**B-L-I-N-N** 27:21
**babies** 51:19,22 56:2 107:13 108:3
**baby** 55:21,25 72:20
**back** 5:14 6:8 15:23 23:4,5 25:16 26:21,23 31:6 32:11 43:7 46:5,25 51:2 65:11 66:7 67:16 78:8 82:13 95:4 98:7,19 100:4 112:8 120:16 121:8 128:2 129:8 132:25 146:3 147:16 154:22 156:14,25 178:9 181:11 187:4 189:2 205:12 227:10 229:16 230:13 230:16,23 236:18 242:25 247:11,15 249:12 253:13 255:25 256:24 261:5,20 262:2 264:16 270:19 271:17 278:14 278:20 305:11 308:15 313:14 315:16 320:11 328:23 336:2,3 336:20
**back-up** 136:13
**backed** 93:25 271:18
**background** 19:4 305:4,5,7
**backs** 64:14
**backup** 136:6
**bad** 66:19 125:8 131:3 136:15 143:9,23,24 144:2 226:25 297:16
**badly** 66:8 300:21,24
**baffling** 266:25
**bagel** 107:8
**bags** 61:6
**Bailey** 42:22,24 43:3 51:3 57:15,19 58:2 58:4 59:8
**balance** 329:8
**ball** 115:6
**bang** 114:9,11 245:4
**banged** 132:21 132:23
**banging** 132:20
**bark** 89:7,20 90:6
**barked** 90:13
**barking** 35:12 36:10 56:6 89:23 90:3,9 90:13,16,20,22 90:24 93:18
**barks** 56:9 88:24
**barn** 66:17 72:23,24 73:3 103:10,13 107:10 327:10
**bars** 319:22 328:11
**base** 308:10
**based** 149:15 242:4 251:10 308:9
**basement** 128:15
**basically** 29:19 44:22 45:3 77:16 96:15 141:21 147:20 154:5 191:13 275:6 318:10 321:2
**basis** 113:2 214:13 263:14 263:16 289:3
**batch** 165:15 166:18 181:13 181:14
**batches** 40:19
**Bates-stamped** 41:4,6,7 60:8 167:2,4,6,8,9 167:11,13,15 167:17,19,21 167:23,25 168:3,14,24 227:19
**bath** 88:15
**beach** 61:23
**beaks** 278:18
**Beardsley** 28:9
**beats** 73:7
**bed** 16:15,21 67:12 70:23 147:19,19 207:6,14
**began** 117:13 135:13
**beginning** 245:4 262:8 301:20 305:4 331:17
**begins** 94:7 121:7 156:11 158:16 162:23 273:3
**behalf** 6:12 293:19 322:9
**belief** 99:14 172:4 192:16 204:4 279:6 332:8
**believe** 49:25 59:24 61:25 101:24 109:6 148:11 158:17 191:22 194:15 195:3,18,19 229:23 263:8 275:8 289:24 291:7 295:20 305:3 311:8 320:9 332:6
**bell** 196:7
**Bellin** 43:11
**belt** 327:9
**belts** 327:10
**best** 23:14 83:9 118:3 126:5 232:21 234:11
**bet** 195:23
**better** 44:11 84:14 111:25 112:6 190:24
**biddy** 61:9
**big** 23:25 57:22 58:2,7,14 76:6 78:12,17 80:11 136:25 305:9 305:14 312:6

326:23
**bird** 25:6,7 26:6 32:7,8,10 37:8 47:9 65:21 66:5,5 67:5,25 68:6,10,21 74:20 76:2,3 77:2,4,11,12 78:20 80:8 82:18 85:23 123:8 128:6 148:19 158:10 158:11 159:19 164:25 181:5,9 185:15 212:18 226:15,22 228:4 229:12 230:8 251:13 278:10 296:16 297:15 298:2 299:8,16,19,22 299:23 300:8 300:19,20 301:12,21,25 302:5,12 329:4
**birds** 12:6,8,12 16:8,17,20,24 17:9 22:12,15 22:17 23:11,13 23:15,18,22,25 24:24,25 25:2 25:4,10,24 26:2 30:3,4,20 31:9,12,13,14 32:3,4,15 36:19,20,22 37:7 43:22 46:17 47:2,5,8 48:20 49:10,11 50:3 51:13,23 51:24 52:24 53:7 60:19 61:15 62:11,14 62:16,23 63:2 63:4,5 65:11 65:17 68:11,20 68:21 69:2,3 73:16 75:7 76:20 77:8,18 77:19,25 78:3 78:16,19 79:7 79:17 81:13,15 82:9,10,11,15 82:21 83:17,22 93:11,12,15 96:9 97:17,20 98:7 99:2,16 103:16 106:25 107:12 108:2 110:3 112:18 113:19,23 114:23 115:19 117:10,15 118:21 119:20 120:15,22,24 120:24 122:25 127:18 131:21 132:15,18 141:2,4 144:2 148:17 149:10 149:24 150:25 152:9,22,22 153:2 154:25 155:10 160:5 163:4,8,16,18 163:20 164:12 164:20,24 165:2,5 170:11 170:16 172:18 173:13 180:25 185:12 189:8 192:4,7 193:8 193:14 196:13 198:15 203:9 203:14,17,22 203:23 204:7 204:12,19 206:24 207:22 215:10 216:9 217:13 220:5 223:19,24 224:13 226:14 233:5,14 242:24 244:25 245:7,16 246:15 247:5 250:15,19 251:4,22 254:4 254:7,13,13 255:7,10 257:5 257:8,12,16,19 258:3,4 260:10 263:24 264:20 265:4,11,13 266:15,17 267:8,13,19 268:8 269:21 270:4,10 271:7 273:6 277:3,7 277:25 278:22 280:7 289:12 289:19 292:3 292:13,17 296:11,14,17 296:17,17,19 296:19 297:5,6 297:11,12,18 297:19,19,21 297:22,24,25 299:5 300:12 300:17,25 301:6,8,10,17 317:13 319:8 322:2,13 323:3 323:8 325:9 326:6 328:12 329:13,14
**birthday** 24:7 24:10
**bit** 53:3 66:7 92:2 112:8 227:7 256:24 273:17 274:16 274:22 277:24
**bite** 36:15 78:21 276:22 277:10 277:12,16,18 277:20,21,22
**bitten** 277:14 278:8,25
**Blackberry** 70:3
**blah** 309:17
**blah-blah** 309:17
**blamed** 128:6
**blanks** 184:16
**blast** 318:9
**blatantly** 280:17
**blinds** 62:20 150:21 161:19 161:21
**Blinn** 27:19,22 27:24
**block** 46:14 121:8 149:2
**blocks** 50:17 300:23
**blood** 278:4,5,6 278:22,23 279:3,5
**blow** 312:5
**blue** 24:15 64:2 64:24 65:4
**blurry** 109:5
**Board** 20:20,22 117:9 137:4,9 139:19 140:6 140:18,23 145:15,19 147:7,8,9,24 158:18,24 159:6,9 181:9 181:21 183:17 230:15 231:13 254:4 255:16 255:17 257:25 279:15,24 280:10 281:6 281:10 287:10 292:4,4 317:4 317:9
**Board's** 256:23
**body** 44:14,15 129:12
**Boguszewski** 1:19 340:6,24
**boiling** 74:25
**boils** 75:4
**bone** 270:20
**book** 16:11 149:23
**booking** 63:25
**booths** 327:17
**bored** 36:18 47:12 105:3 151:4 207:11
**bother** 39:12 54:18 75:17 103:25 265:22
**bothered** 103:25 143:20 144:20 154:4,25 155:3 155:14,17
**bothering** 90:20
**bothersome** 75:21
**bottle** 334:10
**bottles** 334:3,10
**bottom** 42:3 56:15 86:18,22 146:18,21,22 172:10 178:3 201:19 206:15 213:7 216:7 249:19 296:9
**bought** 20:19 22:14,16,18 24:17 32:6 76:2 148:24 297:13
**box** 15:25 16:4 121:18 175:10 228:14,16,23
**boyfriend** 24:9 78:6 111:19 191:3 324:5,21 329:22
**brand** 46:10
**breach** 314:14
**break** 8:20,20 8:24 118:10 150:16 165:11 165:16 236:13 236:15 280:22 287:18 316:11

**breakdown** 67:18 70:11,16 298:11
**breaking** 163:3 164:4 190:17 280:17,20,21 305:10,14 307:19 310:14
**breaks** 8:22
**breed** 58:10,13 81:21
**breeder** 55:18
**brief** 90:17,18 259:3
**briefly** 71:19 232:17 247:8 336:4
**bring** 33:19 37:8 38:20,22,24,25 49:24 78:15 190:22 289:15 299:7
**bringing** 39:18 158:10 298:25 299:2
**brings** 46:25
**broke** 43:25 44:2,3 46:6 59:18 66:12 81:11 198:19 198:22 270:20 279:19 309:22 313:2 324:23
**broken** 145:20 298:12 328:14
**broker** 22:23 151:13
**brokerage** 28:19 28:20 29:6,8
**bronchitis** 91:13
**brother** 261:19 320:4,6,19,21 320:24
**brought** 13:19 79:5,13 120:11 143:21 165:3 257:15 266:23 289:22 298:16 298:24 299:3
**Bruxism** 50:11
**bucked** 69:10,11 69:14
**building** 6:23 7:17 12:13 15:16 33:19 34:2 38:21,23 38:24 39:7 61:4,9 62:15 83:23,24,25 84:8,15 85:11 85:16 86:23 87:17,18,24 91:4 92:4,5,15 92:17,21,23 105:23 106:15 107:24 114:25 128:7 130:5 134:5 135:3,24 140:2,14 149:2 149:2,6,9 151:15 152:21 157:13 163:8 187:23 189:10 190:17 191:10 191:24 193:13 207:15 209:8 216:10 219:19 225:6,9,14,23 235:14 244:13 252:14 256:14 256:15,18 257:19 274:7 274:10 279:8 280:17,19,20 285:18,20 286:9 290:18 294:23 311:15 318:3,11 325:15
**buildings** 84:10 84:13 151:16
**built** 84:8,14 92:7 149:9
**bunch** 56:19 284:22 299:18 327:11
**burden** 335:11
**bureau** 305:19 305:20
**bursts** 76:6
**BURTON** 2:16
**business** 48:7 49:24 69:4 72:10 104:14 261:15 262:2 271:23 304:14 311:5,12,13,20 320:14,22 322:20 327:6,7 327:9,9
**busy** 74:20 106:22
**buy** 20:20 32:9 74:17 151:10 151:12,14 327:14
**buyers** 106:18
**buying** 334:6,7
**buzz** 163:19
**buzzer** 56:9
**buzzes** 206:18 207:20 208:5
**byline** 305:21 306:5
**bylined** 306:10
**bylines** 306:6

**C**

**c** 2:2 4:2 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1 246:1 247:1 248:1 249:1

250:1 251:1
252:1 253:1
254:1 255:1
256:1 257:1
258:1 259:1
260:1 261:1
262:1 263:1
264:1 265:1
266:1 267:1
268:1 269:1
270:1 271:1
272:1 273:1
274:1 275:1
276:1 277:1
278:1 279:1
280:1 281:1
282:1 283:1
284:1 285:1
286:1 287:1
288:1 289:1
290:1 291:1
292:1 293:1
294:1 295:1
296:1 297:1
298:1 299:1
300:1 301:1
302:1 303:1
304:1 305:1
306:1 307:1
308:1 309:1
310:1 311:1
312:1 313:1
314:1 315:1
316:1 317:1
318:1 319:1
320:1 321:1
322:1 323:1
324:1 325:1
326:1 327:1
328:1 329:1
330:1 331:1
332:1 333:1
334:1 335:1
336:1 337:1
338:2 339:4
340:2,2
**c-h-a-r-p-r.com** 20:4
**C-O-M-P-L-A...** 192:12
**cage** 24:16 74:15 74:18,20 78:23 96:11 241:20 278:14,20
**cages** 68:22 82:23 159:20 185:20 241:15
**calcification** 49:20
**call** 17:6,8 49:8 49:9 82:7 113:22 133:14 135:10 142:13 144:8 163:19 169:10,20 171:3 172:9 174:12 179:2 182:2,8 184:25 189:6,16 190:6 191:8 192:17 193:18 197:3 199:14 204:14 204:19 206:11 210:4 211:10 215:16 217:24 237:15 238:7 239:19 242:17 251:7 253:4 286:18 321:9 322:10,20
**called** 12:15 17:4 50:6 72:19 86:21 130:22 131:14 132:12 133:13 133:16,25 134:3,16,25 163:20 170:5 170:19,24 172:11 173:2,4 177:3,15 178:7 179:9 188:13 189:5 191:3 193:13 195:11 199:18 202:3,8 202:11,20,24 215:21 218:3 226:7 232:18 234:9,14 235:25 238:9 238:22 240:6 252:14 286:17 300:21
**caller** 172:11 177:17 185:6 192:24 201:2,4 201:6 206:16 210:8 213:5 218:7,23 241:10 242:20
**calling** 17:7 78:5 157:3,4 163:22 188:22,24 190:2 197:8 252:23 253:8 255:10 288:17
**calls** 46:23 104:11,12,14 166:7 188:14 193:5 197:7 202:5 216:10 253:11 255:9 271:17 292:11
**calm** 78:25 98:13 266:14
**calmer** 79:2
**cancer** 9:8 35:2 42:25 48:8,12 49:18 50:2 266:3 270:24
**capacity** 39:14
**capitals** 218:8,9
**captured** 283:16
**car** 24:12 164:2 164:14,18,21 164:23 261:24
**care** 35:24,25 38:10 42:22 43:3 45:24 51:18 52:23 61:14 62:11,14 62:25 63:3 66:19 67:13,21 68:11,13 98:8 110:5 112:13 115:18,19 153:3 165:8 328:12 329:8
**career** 304:17
**careful** 36:14 111:16
**cares** 38:9
**caring** 263:23 264:19
**carpet** 85:5,7 160:19
**carpeting** 160:7 160:9,13,14,15
**cars** 164:3
**case** 6:24 11:6 11:11,15,21 12:5 13:9,14 33:9 36:19 175:25 195:25 289:16 290:25 310:20 336:6
**Cassie** 52:22
**cat** 33:14 35:2 35:13 40:9 42:25 43:3 51:4 53:12,12 58:4 66:20 67:6,11,15,18 67:21,22 68:13 72:15,17 76:21 115:20,20 329:9
**cat's** 40:11
**cats** 24:6 34:8,13
**catty** 149:3
**cause** 48:11 89:20 222:8 246:15 279:7 311:14
**caused** 48:14 298:2 318:17
**causes** 25:8
**causing** 279:21
**cava** 54:2
**cavity** 59:18
**ceased** 248:20 256:9
**celebrate** 65:3
**celebrated** 63:13 115:12
**cells** 48:12
**certain** 15:3 35:14 44:14 62:7,18,20 81:17 83:3,4 103:10 149:7 317:21 318:2
**certification** 3:6
**certified** 296:20
**certify** 338:6 340:8,14
**chain** 60:2 73:6 95:18 98:22 102:11 106:12
**chain-smoking** 87:10
**Chambers** 2:4
**chance** 146:4
**change** 158:14 187:8 189:12 294:16 341:3,5 341:6,8,9,11 341:12,14,15 341:17,18,20 341:21,23
**changed** 32:16 72:8 84:12 274:21 316:23
**changes** 6:9 132:2 205:7
**Char** 20:4 26:11 26:12,13 29:24 302:22 303:5 303:17 311:4
**characterizati...** 129:10
**characterized** 128:9
**charge** 3:18 293:18

**Charlotte** 1:15 4:8 112:11 114:15 305:10 337:8 338:6,18 340:10 341:24
**chart** 272:24
**charts** 272:11
**chatted** 95:15
**check** 5:13 65:16 67:10,15 143:7 171:13,15 283:21
**checked** 35:23 65:10
**checking** 49:19
**Chicago** 305:16 305:17
**children** 90:7
**Chinese** 328:4
**chip** 333:14
**chirpy** 24:25
**choice** 34:4
**choose** 171:11 193:3
**chooses** 203:17
**chop** 77:12
**chopped** 77:4 302:6
**chose** 144:20 285:20
**Christmas** 21:8 63:16,16 327:16,24
**Chronic** 218:5
**chronological** 123:21
**circumstances** 336:15
**city** 107:7 166:8 169:9 170:23 171:19 173:16 173:23 174:7 174:23 175:19 175:20 176:11 179:2,12 181:4 184:20 186:10 187:11,17 189:13,25 191:10 193:22 194:21 195:25 196:9 197:10 199:2 200:4,15 200:22 204:3,4 204:10 206:23 208:2,13 209:2 220:18 224:18 224:22 226:5 227:3,24 228:10 229:9 229:10,12 230:10,21 231:2 233:19 234:15 235:7 235:12,17,21 236:4 237:17 305:9,14,20 314:14,16 330:9,11,13,15 330:16,19
**city's** 214:14 229:7
**Civil** 1:7
**claim** 12:8 206:15 220:24 289:3
**claimed** 12:7 302:9
**claims** 313:24 314:2,12,17,19 315:18
**classes** 35:11
**cleaning** 68:22
**clear** 11:2 30:16 46:2 95:8 113:10 131:10 134:13 138:16 151:23 192:15 264:10 269:14 302:13
**clenching** 44:16 46:7 222:17,24
**Clerk** 293:14
**click** 193:3,4 307:10
**client** 28:17 111:5 309:14 313:25 314:5
**client's** 310:3,11 310:24 335:8
**clients** 49:7,7 88:5 111:16 293:24 294:11 308:16 314:12
**clinching** 44:5
**close** 163:23 321:6
**closed** 91:7 149:5 237:3,9
**closest** 104:25
**closet** 145:5 163:17
**closing** 63:7
**CNB** 305:24
**coach** 231:21 232:2,5
**coaching** 55:5
**cobra** 39:22
**cocaine** 332:6,9
**cockatiel** 24:22
**cockatiels** 23:18 23:22 24:23,25 52:3,7,9,12,17 52:19,21 76:5
**cockatoos** 52:17 52:18
**code** 212:20 237:6,8 241:2 248:18,21 252:20 269:25 270:6,9 272:11
**codes** 262:21
**coexist** 81:17
**coexistence** 77:21
**collaboration** 153:20
**college** 19:6 23:20 60:3 330:3,5,7,22 330:25 331:9 332:9,11
**combination** 243:21 309:16 310:11,25
**combined** 243:23
**combining** 308:17 309:7
**come** 16:12 20:25 21:17 23:15 25:11 48:16 54:2 56:5 62:16,23 62:25 67:20 77:12 84:17,19 103:12,13 105:6 114:10 118:15 124:4 126:20 133:21 134:9 142:9 147:17,21,23 148:8 157:4 163:10,16 173:24 174:10 189:8 200:8 213:7,15,20 214:16 220:12 220:15,19 232:13 235:4 249:12 256:5,8 320:11 323:5 325:17 327:10 327:12,25 328:23
**comes** 33:25 56:10 101:6 122:20 147:25 163:15 203:9 305:23
**comfortable** 101:2 138:23
**coming** 22:23 34:11,13 56:12 59:20 78:12 87:5,11,19 89:18,22 93:9 93:14 100:13 105:24 106:6 107:18,21 110:18 128:3 142:15 143:5 143:18 145:9 147:12 149:15 150:22 169:21 182:24 204:16 214:10 226:16 230:6 233:20 242:6 249:2 258:7 277:2 296:12 316:19 322:13
**commenced** 257:2
**comment** 88:17 102:13 129:17 210:22 214:13 242:15
**commenting** 290:14 307:14
**comments** 88:20 143:17 172:11 177:17 185:6 190:15 201:2,6 206:16 210:8 213:5 218:8,23 228:18 241:10 242:21 249:19 249:21,21 250:5 291:25
**common** 36:3
**communicate** 5:2,4 129:7 255:13
**communicated** 186:21 251:21
**communication** 113:11
**Communicati...** 19:13
**communicator** 251:18,21
**companionship** 38:16
**company** 29:15 68:4 303:24,25

304:12,13
**compare** 126:3
**comparing** 183:24 211:11 230:25
**complain** 54:14 90:2,15,23 109:10 144:21 145:8 156:7,9 182:23 200:21 322:2
**complainant** 215:11
**complained** 16:7 73:19 114:25 148:16,17 152:23,25 183:16 198:23 241:7 312:23 312:24 313:4 325:10,14 326:13
**complaining** 117:9 139:19 144:16 153:16 193:7 208:25 231:13,17 326:5
**complaint** 93:14 144:14 145:15 152:13,18 153:7 171:16 171:22 172:2 172:13,15,18 173:12,17,25 174:8 175:19 175:24 176:4,5 176:8,9,19 178:6 185:22 187:10,16,17 191:24 192:10 192:12 197:12 198:17 204:9 208:21 211:20 212:9 213:2 216:3,7 218:20 224:19 226:5,6 226:25 227:4 229:17 235:23 236:24 237:3,4 239:5,10,13,14 239:20,21 240:3,14 245:24 247:19 248:17 249:15 252:2,13,17 288:7 289:24 290:25 295:7 315:2 319:13
**complaints** 137:10,15 153:13,19 155:10 170:10 171:18 172:6 188:19 189:3 192:23 201:25 205:19,20 219:3 234:16 238:13,16,23 239:17,21 245:23 254:3 254:23,25 255:7 256:23 273:6,9 275:14 296:21 312:17 313:10 317:4 322:5 323:4 325:4,8,23
**complete** 192:13 338:9
**completed** 231:9
**completely** 150:16
**compliment** 217:23
**comport** 253:12
**compromised** 275:24
**concentrate** 104:15
**concern** 120:22 120:24 193:21
**concerts** 22:5
**conclude** 30:12 31:25 265:10
**concluded** 209:14 251:22 337:8
**concludes** 155:21
**conclusion** 92:5
**condition** 31:8 50:19 275:3
**conditions** 31:24 269:19
**condos** 84:14
**conducted** 156:20 181:4 225:14,15,17 225:18 227:25 233:24 240:14
**conducting** 228:11
**conduction** 92:12
**cone** 82:19
**confidential** 336:12,22 337:2
**confront** 75:15
**confused** 239:2
**Congratulations** 9:10
**connect** 327:4
**connection** 293:18
**consciousness** 36:2
**conserve** 118:24 124:21
**consider** 30:17 36:3 92:13
**considered** 110:2
**consist** 64:5
**consistent** 155:7
**consists** 166:5
**constant** 46:25
**constantly** 39:3 40:20 97:6 148:23 151:5 218:4
**constitute** 31:3
**constructed** 122:19
**construction** 84:3,12 105:10 105:13,22 107:24 149:6,8 157:18 162:19 162:20,22
**constructive** 157:11
**consult** 270:6
**contact** 157:8,11 171:20,21 256:16,19 261:11,16
**contacted** 140:13 189:10 261:14 273:5 288:5
**contacting** 158:7
**contemporane...** 231:17
**context** 262:14 296:10 307:15 309:6
**continue** 184:14 322:4
**continued** 200:21 253:3 280:22 329:19 332:9 335:21
**continues** 207:3
**continuing** 46:9 97:16 103:7
**contract** 23:5 314:15
**contractors** 161:7
**contributed** 50:5
**control** 149:21 152:5 248:18 248:21 261:9
**convalescent** 69:18
**conversation** 91:6 116:7,15 116:19 202:11 254:6 296:14
**conversations** 89:12,19 91:15 91:19,21 108:7 108:9,13,16,22 140:24 143:11 147:11 263:6 300:9
**convinced** 78:6
**coop** 190:16
**cooperative** 34:2 318:10,11,12
**coordinate** 254:23
**copies** 40:25 288:19
**copy** 3:17 8:14 17:24,25 135:8 137:19 145:24 166:20 227:14 258:15 282:2 282:23 284:18 284:25 285:23 290:24 306:3,3
**copying** 120:11
**cornered** 149:3
**Corp** 1:9 293:17
**Corporation** 259:17 260:4
**correct** 6:3 8:11 29:2,3 101:24 109:7 113:15 120:13 136:14 158:22 159:25 171:2 174:6 177:16,24 178:5,8 179:11 181:2,23 185:24 186:9 187:25 188:23 194:21,22,24 194:25 199:3 202:7 203:25 210:7 214:4,7

214:21 215:20 215:23 216:5 216:16 223:2,7 226:10,19 237:2 238:24 241:25 242:19 264:13 273:8 274:8 279:13 282:13,16 283:2 284:2 287:12 288:4 294:9,14 298:5 298:8 302:25 306:9,20 310:10,17,19 315:19 316:20 316:21,25 317:4 319:17 326:6 332:12 338:9,13 340:12
**correctly** 5:14 26:11 73:9 91:8 94:14 105:21 109:15 152:15 163:5 164:9 194:7 212:22 217:16 234:12 252:21
**corroboration** 153:21
**cost** 327:18 335:11
**couch** 93:25 94:2,2,4
**cough** 59:15 91:6,11,14 102:15,24
**coughing** 93:24 94:3,4
**counsel** 55:4 339:10 340:15
**count** 124:9 200:2,9
**country** 77:8,9 323:13,14
**countryside** 76:25
**COUNTY** 338:5 340:5
**couple** 10:14 14:10 35:7 43:18,20 51:9 54:9 59:4 63:14,19 81:8 95:13 103:11 107:6 220:16 305:9 328:2
**course** 13:25 24:13 41:2 133:8 136:5 185:11 264:6 303:7 330:2 336:10
**court** 1:2 3:17 5:11,20,22 17:24 40:25 115:6 117:19 137:19 145:24 146:14 166:22 176:4,5,7,9 258:13 282:2 290:22 291:17 294:2,13 313:18,19,23 313:24,25 314:3,12,17,19 315:7,10,18,24
**courteous** 140:10
**cover** 85:8 87:12 96:8,11 160:4 166:19 185:19 258:10 259:20 259:21,24
**covered** 87:13 87:13 278:17 305:15 316:16
**covers** 159:19
**crab** 24:5
**craziness** 25:22
**crazy** 100:6
**create** 311:15
**creating** 323:8
**creatures** 224:14
**cried** 55:10
**cries** 57:9
**crossed** 215:3
**cruel** 160:4
**cruise** 142:14,15 144:8
**cruises** 142:12
**crutches** 67:3,3
**cry** 35:6 54:13 55:9
**crying** 55:12 56:2 57:2,5,8 57:11
**cuff** 101:20
**cupcakes** 34:25 54:2
**curious** 122:12
**currently** 19:24 58:17
**curt** 114:14
**Curtis** 52:8 63:8 72:5 73:11,13 73:20 76:17,17 76:18,24 77:14 80:9 81:5,7 94:9,16 95:21 95:25 96:23 100:7,12 102:18 110:10 131:22 141:13 141:14 190:25 191:3 222:25 242:5 297:14 298:4,6,17 301:25 302:7 302:10,15 316:17,22 328:7
**Curtis'** 63:11 222:20 241:20
**custom-belt** 327:9
**cut** 101:11,21,22 126:11
**cute** 24:14 25:5 32:12

**D**

**D** 338:2 339:2
**dad** 133:4
**daggers** 127:22
**daily** 12:15,19 21:23 26:18,25 27:4 52:25 61:18 113:2 281:17 282:8 282:18 283:17 285:3,7,8 286:6,10,16 287:2,9 288:2 290:15 291:25 295:14,16,17 295:22 296:2 301:19,24 306:8,11,15
**damage** 279:7
**damaged** 87:14
**dancing** 60:25
**danger** 276:7,10
**dangerous** 301:2 301:3,7,8,11
**dash** 121:7 182:18
**date** 94:19 174:11 283:20 295:4,6 321:17 324:3 341:24
**dated** 18:14 51:14 71:18 113:25 224:21 259:11,24 260:18 264:11
**dates** 200:6 295:2
**dating** 53:17 115:16
**David** 2:6 4:17 7:7 122:17 200:8 219:12 291:19
**dawn** 109:14
**day** 47:16 97:25 105:3,5,16 111:12 114:11 133:11 134:8 150:20 163:17 165:6,22 177:4 177:20,21 178:10 182:19 182:23,23,25 183:3,3,5,6,8 183:15,16,16 183:17 184:5 184:18 196:13 198:16 199:20 200:12,13 207:4 224:12 231:7 233:15 237:18 238:2 238:14,15,16 239:6,11 249:9 301:22 319:16 322:17 338:21 340:20
**days** 6:7 8:17 54:19,24 103:10 107:5,7 107:11 110:24 157:17 176:22 183:25 220:16 239:7 267:17 329:9
**deal** 26:2 36:11 39:21 76:16 81:20 87:21,25 144:4,15,16 236:5 246:7,10 246:22 271:20
**dealing** 14:11 50:2 61:8 183:17 280:5
**death** 75:4 151:8 151:25
**debate** 155:20
**December** 20:8 21:5 51:14 53:15 56:22,25 57:14,18 58:20 210:5 211:20 212:11
**decide** 104:4

140:3,5
**decided** 22:21 68:2 74:17 114:22 117:8 140:10 169:20 191:2
**deciding** 110:3 253:7
**decision** 140:17
**declare** 336:7
**decode** 126:10
**decreased** 273:21
**Defendant** 137:14
**Defendant's** 321:14
**Defendants** 1:10 2:9
**Defendants'** 321:16 334:25 339:8
**defense** 6:23
**define** 224:7 265:6 275:13 276:16
**definitely** 50:4 59:20 110:19 113:7 170:7
**definition** 154:20 304:4
**degree** 19:12,21
**delayed** 268:7
**delivered** 163:22
**deliveries** 311:16
**delivery** 328:4
**demonstrated** 138:17
**Dental** 45:5
**dentist** 44:4,11 44:12 222:12 311:17
**dentists** 44:10
**DEP** 201:19,24 202:13,25 203:5 204:11 205:11,13 206:17 207:18 208:4,20 210:9 210:22 211:18 211:19,20 213:7,12,15,19 213:25 214:6 214:10,15 216:8 219:7,18 220:18 248:25 336:18,24
**department** 169:9 170:23 200:22 202:18 219:4 227:24 228:10 229:10 234:15 235:7 235:13,17,21 288:6,18,22 289:22 290:8 291:11 293:8 294:17,22
**depending** 12:3 21:25
**deposition** 1:15 3:13 4:22 6:6 6:11 8:14 10:6 10:9 11:22,23 165:21 282:24 284:13 305:4 315:5 336:10 340:9 341:2
**depositions** 13:9 13:12 227:16
**depression** 262:13,16,25
**described** 151:24 274:12
**DESCRIPTION** 339:8
**desire** 335:12
**detected** 175:14 180:4,10 181:5 194:3 195:9 198:6 209:16 209:19 215:8 217:6 228:13 228:18,24 229:13 230:2 248:11,15 252:10,19
**determination** 290:9 291:12 291:16
**determine** 319:8
**develop** 32:24
**Development** 202:19 288:7 288:19,23 290:8 291:11 293:9
**diagnose** 266:12
**diagnosed** 49:21 83:5 262:24 267:21,25 268:18,23 269:3,15,20 270:2,15,16,19 297:6
**diagnoses** 263:9
**diagnosis** 262:16 262:21 263:5 269:24 270:5,9 270:12 272:3,8 272:11
**diary** 118:22
**dictate** 207:23
**dictated** 147:20
**died** 25:7 35:2 42:25 52:9,10 53:7,8,9
**diet** 58:5 83:7,7
**difference** 40:3 162:24 199:4,7 273:14
**different** 36:23 43:21 44:8 45:15,20 50:14 50:16 61:20 73:3 79:9 81:13 95:11,13 95:14 97:25 98:2 124:25 131:25 142:8 173:11 185:12 186:22 199:19 200:5,11,13 235:7 250:25 262:6 270:25 271:18 275:7 290:12 296:14 327:2,20
**differently** 250:16
**difficult** 151:19
**difficulty** 118:16
**digestion** 266:10
**dinner** 74:13,19 326:10,15
**direct** 275:9 297:23
**directed** 300:7
**directly** 108:10 161:13 225:19 244:2 286:15
**Directors** 280:11 281:10
**dirty** 226:15,22 228:3 229:12
**Disabilities** 40:4
**disability** 30:6,7 30:13,15,18,24 31:4 265:18
**disappears** 126:21
**disbelieve** 196:6
**disclose** 200:15
**disclosed** 84:5 175:9 179:25 198:3 212:15 215:4 217:3 240:22 241:4 248:8 252:8
**discovered** 67:5 69:25
**discriminated** 12:11 289:25 290:19,20
**discrimination** 290:10 291:13 293:19
**discuss** 140:17 269:2,6 322:10
**discussed** 12:5 18:11 53:17 115:14 162:12 162:21 243:15 269:23 271:6 272:5,9 299:3 299:4 317:2
**discussing** 107:23 269:5 305:7
**discussion** 93:8 166:15 232:20 234:10,21
**discussions** 280:8
**disease** 9:18,22 83:6 266:5,13 270:16,21
**diseases** 48:9
**dismissed** 313:21
**disorder** 47:25 47:25 48:13 49:14,25 262:18 270:3
**disorders** 262:25
**displayed** 273:16 274:11
**dispute** 263:14 263:16 265:2,7 265:7 280:24 281:18 320:4 325:19
**disputing** 194:16,17 263:18,19
**disruptive** 77:15 165:2 297:17
**distinct** 130:10
**distress** 250:21 250:22
**distressed** 82:9
**District** 1:2,3 2:3 4:18 294:2 294:3,12,13

**disturbances** 318:18
**disturbed** 144:23 265:21
**disturbing** 76:15 77:18
**dizzy** 266:8
**DNF** 230:5,6
**Docker** 293:13
**doctor** 30:10,11 33:2 45:25 48:19 221:22 221:23 222:4 261:7,8 262:23 263:9,11 267:21,25 268:17,23 269:3,15,20 270:2,11 271:6 271:16 272:4,8 272:22 297:5 299:11
**doctors** 45:13,14 45:15 48:15 260:22,23 270:14 271:2 271:13,14 272:6,6 280:5 299:13
**document** 17:20 18:4 41:21 51:11 53:22 56:16 60:8 117:23 118:11 123:11 167:2,4 167:11,13,15 167:20,23,25 168:3,10,12,17 173:21 179:5 200:7,18 211:3 217:17 228:8 231:16 232:8 258:18 291:4,8 293:10 294:10 303:3 304:20 304:23,25 306:22 307:2 307:16
**documentation** 32:2
**documents** 15:4 18:12,18,23,24 120:21 138:22 166:4,5,18 169:3 284:18 296:8 336:14
**dog** 16:14,16,20 34:8,10,12,12 34:16,19 35:10 35:13 36:7,15 56:3 66:15 76:21 81:18 83:5 89:3,16 147:15,23 150:6 226:12 301:4
**dog's** 40:15
**dogs** 24:6 33:14 34:7,18 36:5,7 40:13 55:16 56:11 81:19 83:4 276:19,21
**doing** 24:11 37:2 37:17 45:19,22 50:16 87:15 105:12 114:22 139:15 140:19 173:8 188:20 189:11 190:9 230:25 235:13 247:13 318:6 319:19 324:10 328:13,15 329:23 331:14 331:20
**DOJ** 289:7,10 289:22
**dollars** 12:13,18 13:2
**door** 25:13 36:24 56:10 59:11 84:18,21 84:22 85:14,17 85:18,20 86:3 86:5,5,16,18 86:22 92:25 100:20 104:3,5 104:5 114:9,12 114:14,17 116:3,7,18,20 116:23 132:20 132:22,23 134:6 135:7 144:24 150:24 180:13 182:5 198:9 207:2 226:13 232:16 242:23 243:11 243:13,19 244:25 245:4,9 245:17,19 246:6,15,18,19 247:2,4,9,11 249:2 275:18 276:8 307:20 310:15,21,24 312:25 326:5 326:17
**door-slamming** 115:4 116:2 117:7
**doorbell** 195:14 195:23 198:13
**doorman** 16:24 53:6 125:16 129:22 132:8 134:11,17,18 134:21,23 135:2 180:17 182:2,8 195:11 196:19,22 201:20 203:8 204:12,14,21 204:22,23 206:18 207:20 208:5 252:12
**doorman's** 134:19
**doormen** 15:17 16:6,17 129:24 131:25 133:11 134:22 147:14 147:22 189:6 204:25 205:2
**doors** 83:16 84:15,16 85:19 86:10,12 88:21 91:7
**double-sided** 64:15
**doubt** 196:7 210:18,19,20 299:25
**doubts** 300:4
**Dover** 26:19
**downloaded** 11:3 285:2
**downstairs** 17:4 181:25 182:7 182:14
**dozen** 204:3
**Dr** 260:19,21 261:2 263:17 263:21 264:11 265:2,9 274:12 274:25
**dragged** 158:9
**drank** 324:7 333:7,7
**drapes** 160:22 160:24 161:9 161:13,17
**draw** 262:7 278:22
**drawing** 304:21
**Dream** 307:19 310:13
**dresser** 95:20 96:19,23 241:21
**drilled** 59:21 87:3
**drink** 334:22
**drinking** 333:17 334:2,4,9,18 334:20
**drive** 25:16 26:20,21,22 78:8
**driver** 164:3
**driving** 26:7
**drove** 26:18
**drowned** 81:3
**drug** 330:24
**drugs** 266:13 275:5,7 324:10 329:23 330:2,8 330:10,10,17 330:20,22 331:5,5,6,9,14 331:20,23,24 331:25 332:7,9 332:11,16,17 332:18,20,22 332:23,25 333:15
**drywall** 162:9 162:11,13
**duly** 4:3 304:16
**duplicate** 237:4 237:10
**duty** 316:2,3

**E**

**e** 2:2,2 4:2,2 260:5 293:20 338:2,2,2 339:2 340:2,2
**e-mail** 2:11 14:20 41:22 42:17 51:12,14 51:17 53:14 56:17,18,25 57:13 60:2,11 60:12 129:5 141:3 146:18 146:19,24 154:12 157:2 160:16 163:12 163:23 165:24 181:10,20 183:2,7 230:18 232:9 233:9,11 233:13 234:8 254:3 255:14

255:17 256:19 283:6,8,20,25 284:12 286:10 286:14,19,20 325:2,4,7
**e-mailed** 18:5 56:19 136:8,10 255:15,18,19
**e-mailing** 70:8 137:3 140:4,6 140:18 255:21
**e-mails** 15:8 42:3,9 46:23 82:17 137:9 138:5,5,7 139:5,7,18,22 139:25 140:23 145:18,25 181:8 230:15 232:12 336:19
**ear** 46:12
**earlier** 53:25 60:14,21 177:4 186:8 221:13 237:18 238:2,6 251:12 261:4 317:20 319:14 320:3 325:5
**early** 76:9 182:22 213:3
**easier** 41:10,18 125:10 145:19
**easily** 78:23
**East** 4:11 305:11
**Easter** 63:18
**easy** 139:21
**ecosystem** 77:19
**edge** 265:23
**edits** 6:9
**education** 19:15
**effect** 3:16 127:2 279:12
**effectively** 5:2
**effectiveness** 186:18
**effects** 222:5 280:3,14 281:8 281:12 333:17
**effort** 18:24
**eggs** 207:8
**eight** 78:9 199:18 238:10 267:20
**Eighth** 22:25
**either** 48:13 71:7 100:19 151:19 171:13 190:13 272:4 291:9 309:20
**elect** 291:16 294:24
**elected** 293:24 294:11
**elevated** 298:13 298:16
**elevator** 33:20 39:13,16 126:19 128:11 128:12,14,15 128:20 219:25 220:11 254:9
**elevators** 36:9 126:20 141:10 324:15
**else's** 206:5 307:14
**emergency** 55:18 66:13
**emotion** 250:18
**emotional** 12:7 12:12 30:20 31:9,12 32:3 37:8,12,16,18 37:20,22,25 38:5,11 39:20 264:2,22 265:4 265:8,11,14,15 265:16 267:4,9 272:13,16 295:21 296:13 296:20 297:6 297:22,25 299:10,12,16
**emphatic** 116:6
**employed** 19:24
**employee** 205:5 206:7 303:16
**employees** 302:21 304:3
**employer** 313:13
**employment** 28:16
**empty** 22:20 141:20,23 142:6,7 144:7 145:4
**encourage** 153:13 207:3
**endangering** 223:9,10
**ended** 32:10 45:3 66:17 74:19 79:15 324:16
**ends** 112:10 115:21 116:7 137:16
**enemy** 127:19
**engaged** 290:10 291:13
**enjoyment** 317:22 319:2
**enquiry** 305:23
**entered** 7:20 316:22
**entire** 20:15 264:11
**entitled** 137:15
**Environmental** 169:10 170:23 200:22 219:4 235:13
**equally** 38:22
**Eric** 255:19,23
**ERRATA** 341:2
**escape** 275:19
**escapes** 61:7
**especially** 292:8
**ESQ** 2:6,11
**essentially** 272:12
**estate** 28:19,20 29:8 84:9 309:7
**ethical** 170:17
**Etsy** 56:20
**evening** 216:23 319:16
**evenings** 319:19
**event** 52:25 74:12
**events** 12:10 49:15
**eventually** 25:3 25:7 29:13,15 56:2 87:20 114:25 149:5,8 157:4
**everybody** 35:3 35:9 39:20 72:11 75:22 85:25 205:8 298:25
**Eves** 63:16
**evict** 257:8 258:2,3 260:8
**evicted** 12:6 257:5,6
**eviction** 257:2 257:15 317:7,8
**evidence** 281:11
**exact** 154:20
**exactly** 50:21 52:5 64:17 80:4 112:17 190:9 201:9 288:3 324:12
**examination** 3:17 4:14 316:9 329:19 337:7 339:3
**examined** 4:5
**example** 245:25 301:2,8,10,16 315:6
**excerpt** 285:20
**excessive** 175:11 188:4 195:7 198:4 209:16 215:7 217:4 248:10 252:10
**exchange** 41:22 51:12 73:22 286:14
**exempt** 336:17
**exercise** 35:19
**exercises** 45:7
**exes** 71:17
**exhausted** 148:3 232:21
**exhibit** 17:22 41:4,5,7,8,9,11 41:12,13,14,15 41:21 51:2,6 51:10 53:20 56:14 60:7 63:21 64:3,5 64:23 73:5 80:15 94:6 96:17 109:2 110:7 117:21 118:12 123:22 124:20,23,25 137:12,14 138:3 145:21 145:22 146:5 146:12 165:13 166:25 167:3,5 167:7,9,10,12 167:14,16,18 167:20,22,24 168:2,4,6,7,9 168:11,13,15 168:17,19,23 168:23 169:25 171:25 177:8 177:11 178:10 181:12,15,19 184:24 187:14 187:19 189:16 190:12 191:7 193:18 194:19 197:2 199:14 200:25 205:12 206:11 209:7

210:3,24 211:6 211:11 212:25 214:9,15 215:14,15 216:2 217:23 218:19 225:22 226:6 227:8,19 228:9 230:14 230:17 236:20 236:22 237:21 237:24 238:21 239:18 241:6 241:11 242:13 242:14,16 244:24 247:18 249:15 253:18 258:15 259:9 259:11,12 281:24 282:4 282:25 284:19 287:17 291:2 293:5 295:25 303:4,9 306:24 307:2,17 310:6 310:8 321:16 334:25
**exhibited** 273:18
**exhibits** 40:23 41:3 137:24 165:10 178:24 178:25 205:9 211:12 336:9 339:7
**exist** 158:4
**existed** 23:12 24:4 104:20
**exists** 37:19 248:21
**exited** 248:16
**exotic** 263:24 264:20
**expanding** 307:20 310:14
**expect** 10:9
**expensive** 158:13
**experience** 36:7 244:12 289:16 305:2
**experienced** 322:12
**explain** 66:4 70:25
**Explained** 252:19
**explanation** 269:9
**expression** 154:14
**extended** 90:21
**extent** 88:13 321:11

**F**

**F** 340:2
**F-L-O-U-N-C-E** 127:9
**fact** 96:23 112:6 159:6 186:13 205:10,13 223:18 224:2 241:24 277:21 281:9 300:6 319:8 322:4 323:8
**facts** 289:16
**Fair** 40:5 212:24 234:7
**fall** 70:4
**false** 196:10
**falsely** 208:19
**familiar** 18:23 58:13
**familiarize** 138:21
**family** 22:10 23:23 48:17 55:18 261:19 261:23 262:2,4 320:4 326:24
**family's** 68:3
**fan** 46:12
**far** 26:19 94:13 113:3 122:16 184:19 192:22 196:15 204:3 289:25 291:19 308:15 331:19
**farrier** 35:20
**fashion** 99:21 140:11
**faster** 48:12
**father** 320:11,21 321:9
**fault** 127:17 128:5 148:14
**feather** 81:16 82:7
**feathers** 82:5,13 82:14
**features** 306:16
**February** 80:22 94:8,22 106:9 224:20,21 226:7,8 229:17 229:19 230:18 230:22 233:7 234:8 236:24 237:16,19 238:3,23 240:3 240:16 241:8 242:17,19 247:19,21 248:2 249:16 295:5,12 307:6 307:18 309:12
**feces** 226:16,21 226:22 228:4 229:12
**fed** 277:10,17
**Fed/water/cha...** 61:3
**federal** 290:22 291:17 313:18
**feed** 78:22
**feel** 38:14 101:2 261:21 275:16 275:23 276:6 276:11,19,25 277:6
**feeling** 279:19
**feet** 57:24
**FEINSTEIN** 2:8
**fell** 32:5 78:4 297:15
**felt** 44:23 97:24 98:18 116:9 144:2 148:14 149:15 152:2 250:19 251:13 279:11 281:2 297:16 334:6
**femur** 66:12 298:12
**Ferber** 93:7,9,17 93:20
**field** 327:5
**fifth** 141:19 142:3 155:9 163:13 180:7 180:24 183:10 183:19 195:13 248:12,15
**fight** 324:8
**fighting** 36:10 47:11 81:25
**figure** 45:14 81:20 110:19 121:18 170:16 188:17
**file** 150:5 286:11 286:21 294:18
**filed** 12:8 145:14 175:24 177:9 196:2 248:5 288:8 289:24 290:22,25 295:10 313:22 314:11,14 315:17,23 319:13 325:23
**filing** 3:5 12:20 154:22 281:16 323:4
**filling** 44:3,7
**final** 302:19 312:14
**finally** 44:4 162:9 232:18 234:9
**financial** 322:5 335:2,6,14
**find** 18:20,24 124:10,18 125:20 230:5 285:23 307:24
**finding** 188:2 205:21
**findings** 179:14
**fine** 26:5 32:21 50:24 67:18 78:14 118:6 123:5 169:19 238:20 258:23 259:6 286:22 334:4 337:5
**finish** 5:19 28:15 134:12
**Fioricet** 46:11 221:14,15,17 221:20,21
**fire** 61:7 84:16 92:8
**Fires** 305:16
**firm** 26:14 29:23 302:20,22
**firms** 28:11
**first** 4:3 5:4 14:5 21:6 23:15,17 26:3 30:22 52:6 54:9 55:10,23 60:24 63:25 64:23 73:6,17 82:2 121:5,25 122:3 122:14,21 128:17 131:17 131:23 146:17 146:21 147:13 150:9 152:25 169:24 170:21 172:25 174:4 194:6 199:17 235:16 238:20 239:24 248:15

249:20 259:22 262:9,12 271:9 295:9 326:8
**fish** 24:6
**five** 118:5 152:25 185:12 200:4 296:17 316:11
**five-minute** 236:12,15
**fix** 320:23
**flip** 151:14
**flock** 81:16
**floor** 22:22 69:2 106:7,14 128:17 141:7 141:19 142:3 144:10 147:13 155:9 163:9,10 163:14,15 180:8,24 182:3 183:10,19 195:13 242:22 243:10 248:13 248:16 300:20 301:12 313:5 319:7
**floors** 85:8 106:7 182:13
**Flounce** 127:8
**flounces** 126:23 126:24,25 127:5,6,7,9,10
**fluctuation** 274:18,21
**fly** 61:25 278:11 278:13,13 328:22
**foam** 85:21 86:15
**focus** 210:21 328:15
**follow-up** 201:3
**follow-ups** 329:18
**followed** 111:23 140:9
**followers** 303:21
**following** 40:23 154:12 205:20
**follows** 4:5
**font** 228:20 229:5
**food** 163:22 204:16 277:19 328:5
**forbade** 17:7 163:21
**force** 3:15
**foregoing** 340:9
**forever** 52:15 149:10
**forget** 111:18
**forgot** 288:14
**form** 3:9 32:18 123:12 174:7 174:23 194:21 227:20 237:7 248:4 279:25
**formal** 119:16
**format** 170:3,4
**forth** 25:17 112:9 255:25 336:20
**forward** 286:20
**forwarded** 15:10 15:12
**found** 24:12 67:25 183:19 191:19 215:12 225:5 228:12 229:12,24 230:11 270:23 295:19
**four** 156:15 165:19 188:25 200:4 267:20
**frankly** 17:16 156:3 233:25 290:13 292:22
**freaked** 67:11 134:7 150:8
**free** 68:5
**freelanced** 28:5
**freelancing** 29:14
**frequent** 58:24
**Friday** 157:19 207:6 232:18 283:8,22,24,25 284:3,9 285:11
**friend** 25:20 60:3 62:2 68:8 71:18 75:11,13 117:6 148:15 156:8 246:12 298:20 328:12
**friend's** 261:11 267:19 327:8
**friendly** 36:15 98:12 103:4 115:7 144:17
**friendly-soun...** 24:24
**friends** 21:6,20 21:22 22:5,11 25:11,18 34:22 42:14 53:19 56:20 62:2 71:19 74:11 89:16 115:17 267:16 299:4 319:21 323:12 328:10 329:2
**friendship** 198:19,23
**friendships** 116:21
**frog** 74:25 75:2
**front** 126:9 166:11 169:25 194:11 196:23 225:9,14,19,23 228:9 247:23 259:7 284:19 303:9 307:17 310:8
**frustrated** 148:3 148:9
**full** 34:11 107:3 181:24 218:10
262:8 301:20
**fun** 22:7 61:12
**funny** 80:17 84:24 150:4 198:20,21
**furnished** 3:18
**further** 3:8,12 123:20 316:5 329:16 335:7,9 335:17,19 336:6 340:14

**G**

**G** 338:2
**gaining** 152:14
**garbage** 61:11 226:13
**general** 16:9 118:19 120:6 143:8 150:10 155:11 183:4,4
**generalized** 262:14,18,25
**Generally** 171:14
**gentleman** 129:25 294:8
**getting** 24:8 30:19 34:15,23 35:5 36:5 43:17 45:11 46:9,23 48:3 54:11,17 55:8 71:15 75:6 76:21 83:7 88:2 95:20 96:18 103:5 112:16 114:13 114:24 128:19 152:19 187:9 238:11 261:5 270:15
**Ginger** 52:8,11 60:25 73:8 75:25 76:4,4,6 78:20 80:13 81:4 190:22
191:2,4,5 297:12
**girl** 127:15
**give** 5:21 13:13 34:7 35:15 37:9,21 38:11 40:23 41:19 45:13 99:15,18 100:24 119:4 137:21 193:6 220:24 227:14 265:7,14,15,16 280:6 290:24 315:9 324:20
**given** 191:25 192:10 272:22 338:12
**gives** 38:12
**giving** 45:9 266:19 333:16
**gladly** 220:14
**Glue** 162:3,4,6
**go** 16:21 17:5 19:8 23:5 31:6 33:24 35:18 36:16 37:10,13 37:25 39:16 41:17 43:12,13 43:23 44:13 51:2 53:11 61:20,21,24 65:22 68:4,8 68:10,21 69:3 70:8 74:14 78:10,12 84:20 89:7 95:16,21 96:10,12 98:19 100:4,15 101:13 103:9 104:2 105:7 107:8 126:20 128:2 131:19 139:15 142:9 147:16,19,19 147:21 148:4 149:14 151:9 151:16 152:10

156:25 157:7
160:12 165:15
166:23 169:18
178:9 197:2
199:13 201:3
205:11 207:6
218:18 220:9
222:11 227:6
229:16 230:16
234:24 235:2,4
236:7,9 245:4
246:5,18,20,22
247:4,11,11
249:11 250:12
256:24 261:20
262:2 263:4
271:12,14,16
274:24 280:18
284:11 296:16
296:18 297:19
308:15 309:20
319:22 322:21
323:18,20
326:9,15 328:3
328:17 329:14
**goal** 158:7
**God** 254:12
**goes** 44:14 86:22
88:24 95:21
102:5 112:12
147:25 153:5
153:18 154:23
195:16 223:3
309:19
**going** 4:21,25
5:18 13:15,22
15:24 17:20,23
18:21 19:3
21:16 25:12,22
28:15 32:11
34:6,9,13,17
35:6 36:23
37:2 40:17,18
40:19,22,24
41:17,24 42:2
43:16 45:6
48:5,5 49:17
49:22 51:7,8,9
52:14 53:13
54:18 56:13,14
61:21 64:24
68:6,7,10,15
70:13,20 72:12
74:9,13,19,21
74:22 75:19
76:20 77:11
78:3,11,15
85:23,24 94:5
94:19 95:4,5,6
97:16,17 98:5
98:6,21 99:18
102:12 105:2
105:17 106:9
107:24 108:25
117:19,24
119:12 120:7
123:13 126:16
128:15,20
130:8,12,15
132:19,24
138:6,11 140:7
141:15 143:15
145:17,23
149:16 150:12
160:12 165:11
166:20 169:4
169:18 172:12
172:22 184:23
192:3,9 193:17
196:13 200:9
212:24 216:15
218:5 227:6
236:19 246:20
246:22 258:9
258:12,23
259:12,21
261:22 262:7
264:16 266:18
266:20 267:17
269:12 271:5
273:12 274:24
281:23 286:18
290:24 291:3
291:22 293:12
297:10 306:21
314:20 333:17
333:19 334:5
336:3
**golden** 80:18
**golf** 24:13
**golfing** 24:10
**good** 4:16 35:16
35:17 52:10
53:3 56:3
65:11 80:20
94:14 165:10
170:9 236:12
294:17 319:15
**goodbye** 89:14
**goodness** 52:12
**gosh** 58:6
158:12 333:12
333:19
**gotta** 133:10
**gotten** 24:15
82:15 234:23
**government**
17:21 41:4,5,6
41:8,9,11,12
41:13,14,15,20
51:6,10 53:20
56:14 60:7
63:20 64:3,4
64:23 73:4
80:15 94:6
96:17 109:2
110:7 117:21
118:12 137:13
145:22 146:5
146:11 166:25
167:3,5,7,8,10
167:12,14,16
167:18,19,22
167:24 168:2,4
168:6,7,9,11
168:13,15,16
168:19,23
169:23,25
171:25 177:11
178:9 181:11
181:15 184:24
187:14,19
189:15 190:12
191:7 193:18
197:2 199:13
200:25 206:10
209:6 210:3
212:25 214:9
214:15 215:14
216:2 217:23
218:19 226:6
227:7,19 228:9
230:14,17
236:20,22
237:21,24
238:21 239:18
241:6,11
242:13,14,16
244:24 247:18
249:14 258:15
259:9 281:24
282:4,25
284:19 285:15
287:17 291:2
293:5 295:25
303:4,9 306:24
306:25 307:17
310:6,8
**government's**
295:7
**gradually** 75:3
**graduate** 19:10
**great** 23:2 36:6
51:18 75:9
78:21 84:2
85:9
**greatly** 273:21
**green** 64:8,11,12
64:13,19
100:16 162:3,4
162:6
**grew** 34:7
**Grill** 64:2,25
65:4
**grinding** 44:5
50:9 222:17
**groomed** 35:19
**ground** 4:25
320:22
**group** 52:13
227:12,13
**grow** 48:12
58:14 82:13
**growing** 34:10
**guess** 33:15
121:21 123:14
143:22 196:24
258:10 276:9
287:13 308:18
**guessing** 18:7
121:7
**guided** 18:24
**guy** 192:6
199:21,22
288:9,10
306:16
**guys** 14:16
289:7
**gym** 25:17 107:9

**H**

**H** 4:2 142:24
**ha** 107:14,14
**habitable** 319:3
**hair** 266:12
**half** 16:15 56:4
58:9 180:20,22
181:3 183:9,18
184:9,11
187:24 195:2,3
204:2 229:22
229:23
**half-hour** 196:3
233:8
**hall** 89:20 108:5
108:11 206:21
207:22 208:8
210:18 216:13
**hallway** 88:21
89:6,9,24
90:10 91:21,23
105:18 127:25
136:20 144:25
155:19 180:14
180:18,25

203:10 220:3 225:16 256:21 277:8 292:5
**Halstead** 181:21
**hammering** 105:17 106:5,8 107:12,14,17
**hammers** 312:4 312:6
**hand** 17:20,23 40:19 166:20 258:13 270:20 270:22,22 306:22 340:20
**handed** 118:11
**handful** 117:18
**handing** 17:25 137:12,18 166:17 303:2
**handling** 256:23
**hands** 44:16
**handwriting** 121:9 125:6 126:5
**handwritten** 118:13 121:6 135:13 169:13
**hang** 62:23 63:4
**hanging** 68:23 78:4
**hangout** 62:16 68:21 69:3 220:13,15
**happen** 14:14 157:16 182:11 184:21 238:15
**happened** 29:12 48:7 71:2 176:15 183:8 203:15 204:5,5 210:24 234:20 238:6 247:25 297:23 332:10
**happening** 14:8 148:10 189:2 195:22 202:6 214:20 233:12 276:23
**happens** 101:25 219:7 233:18 235:9 277:24 291:10
**happenstance** 239:10
**happy** 23:7 24:25 32:21 34:14 47:17 60:25 74:12 82:4 191:5 250:25 251:2 265:24 269:8
**harassing** 130:19 131:8 132:11 246:9
**hard** 14:10 47:14 71:15 110:8 117:24 195:17 295:20
**hardwood** 85:8
**harm** 311:14
**hating** 148:8
**haywire** 97:18
**head** 5:23 45:20 46:13 47:2 50:18 77:4,12 302:6
**headaches** 45:10 45:11 46:9 220:24 221:4,7 221:9,11,17,20 222:7,9,11
**healing** 328:16
**health** 14:25 30:15,17,23 31:3 44:21 143:9,14 227:24 228:11 229:10 263:3,7 265:19 268:5 269:18 271:20 275:15 279:12 279:17,20 280:3,6,9,13 280:14 281:7 281:12 299:20 300:6 301:3,7 301:9,11 321:10
**hear** 5:5 9:14,23 10:2 14:22 43:2 47:12 49:9 57:5,11 58:21 59:2,7 59:12,14 66:10 75:21 77:10 79:8 80:17,23 80:24 90:12 91:5,11,14,15 91:17,19,20,22 91:23,24 93:18 93:21,24 99:7 102:15,24 104:11,12,18 104:19 105:18 108:8,18 112:11 114:16 133:2 143:10 143:13 144:24 155:2,19 162:21 163:18 163:20 176:13 176:23 180:24 182:14,17 183:10 192:7 195:15 196:2,8 196:17 198:10 209:24 220:4 220:20 225:7 225:20 244:22 246:24 250:24 251:3 255:11 287:13 300:16 325:21 326:25
**heard** 5:7 13:6 13:11 14:19 21:9 23:17 39:18 57:2,7 77:14 80:13 89:6,24 90:9 93:12,23 100:20 115:23 117:14 132:20 132:20 141:9 150:7 162:20 175:13 194:2 195:9,24 198:6 198:13 235:16 243:18 244:14 244:15 251:3 299:14 316:19 325:19
**hearing** 150:8 189:2 206:24 228:5 248:25
**Hearings** 293:9
**hears** 88:23 163:4,8,16 326:14
**heart** 132:23 266:2,7
**heat** 75:4
**heavy** 160:22,24 161:9,13,17
**heck** 132:18
**held** 1:17 138:18 166:15
**hello** 253:25
**help** 130:10 131:7 155:22 155:25 266:14 322:2 327:5,19
**helped** 74:17 263:22 264:18
**helpful** 124:17 307:24 325:3
**hereunto** 340:20
**hermit** 24:5
**HERRICK** 2:8
**hey** 21:15 34:23 35:5 60:13,21 74:22 326:9
**hides** 126:19
**high** 236:3 266:7 330:3
**higher** 151:19
**hip** 66:15
**hippie-kind** 330:6
**hired** 28:18 29:5 150:22
**history** 48:17 269:6,7
**hit** 164:3,6,17,21 164:22 308:17
**hits** 164:2 308:16
**hitting** 164:13
**hold** 17:14 128:12 333:19
**holding** 54:5 124:24 128:14
**holiday** 13:23
**holidays** 63:13 115:12 326:25
**hollow** 84:16
**home** 16:13,19 17:8 21:18 25:18 27:11 28:12 29:2,18 29:19 33:20 34:8,10,15 37:14 55:22 76:10,17 78:2 78:15 79:6,6,8 79:10,11,13 82:3 89:18 94:25 95:4 97:23 100:6,13 103:12,13,14 105:6 106:14 106:24 109:18 109:21 110:2 110:18 114:9 114:10,13 130:16 131:21 147:17 148:9 149:16,17 153:4 158:10 165:3 176:25 178:13 189:9 203:23 204:6 206:19 207:21 208:6,19 209:3 218:25 219:6 224:11 225:5

232:14 233:11 234:23 235:4 235:25 236:6 245:8,15 246:2 246:21 247:2 249:8 250:17 250:17 267:4,7 292:9,17 296:12 298:17 298:24,25 299:2,3,7 311:23,25 318:7 319:11 319:15 320:13 320:15 322:16 322:17 323:6 324:3 326:8 334:3,4,11
**honestly** 12:21 14:20 52:5 162:24 170:13 202:23 203:3 210:17 219:22 276:9
**hope** 54:18
**hoped** 189:13 190:23
**hopping** 24:13
**horrible** 61:10 67:9 98:4 189:13 223:5 226:15 228:3 229:11
**horse** 33:15,15 33:20 35:17 38:19,20,22 39:2,5,7,12 66:11 69:9,10 69:14 72:25 107:5 249:12
**horses** 35:19 39:8,10 83:3
**hospital** 66:13 66:18,23 67:7 67:8,14 68:14 69:20 70:14,19 300:22
**hosted** 63:15
**hostile** 128:21 128:21
**hotdog** 306:16
**hour** 16:15 26:20 54:3 119:8 165:20 180:20,22 181:3 183:9,19 184:3,9,11 187:24 195:2,4 197:16 209:12 209:24 210:18 220:3,7 229:22 229:23 231:12 232:22 234:4,5 312:25
**hours** 10:24 55:14 78:9 103:11 113:4 119:11 149:7 149:12 150:13 150:13 165:17 165:19,22 172:14,19 174:13 176:21 178:17 238:10 240:19 252:4 292:6 316:15 318:3,6,9,16
**hours'** 130:25
**hours.'** 130:23 131:16
**house** 24:2 25:4 34:11 56:12 61:23 68:24 76:24 77:3 157:22 163:3 163:21 302:3 311:4
**housekeeping** 40:8
**housewarming** 21:8
**Housing** 40:6 202:18 288:6 288:19,23
290:8 291:11 293:8
**How's** 61:3
**HUD** 12:9 291:16
**huge** 198:24 199:2
**hugs** 42:12
**human** 55:25
**humane** 76:20 224:13
**hunted** 61:4
**hurt** 47:9 66:8 164:5,18 300:17,21,23 301:14
**hurts** 278:2
**husbandry** 82:25
**hush** 242:24 244:25 246:15 247:4
**Hygiene** 227:25 229:10
**hyperbole** 102:25

**I**

**ICD10** 262:17 262:18
**icky** 61:5
**ICU** 70:19
**idea** 72:9 106:22 152:20 156:2 157:11 193:16 196:11 204:8 204:10 211:14 211:18 220:8,9 220:11 227:5 233:23 253:21 254:18,25 256:22 260:11 274:15 275:4 288:21 289:2 290:5,23 291:14,22,24 294:17 308:19
331:21
**identification** 321:17
**identified** 243:9 315:15
**identify** 192:24
**IFO** 193:25 194:9 195:13 225:6
**ignore** 204:12
**ignored** 201:20 203:7
**iguana** 39:21
**imagine** 208:23 267:10 292:10 309:6
**impact** 275:15
**impermissible** 296:23,24
**impression** 193:6
**in-person** 111:11
**inaccurate** 208:15
**incident** 115:4 115:22 116:2 117:8 132:8 326:16
**included** 258:19 284:13
**incorrectly** 260:24 263:9
**incredibly** 314:22
**incumbent** 116:10
**indicate** 42:18 57:13 107:25 203:6 234:7 246:13
**indicated** 13:25 49:13 54:7 58:25 180:23 251:12
**indicates** 96:18 193:23
**indicating** 58:20 208:12 279:15 308:11,12 325:2
**indications** 274:12
**individual** 193:23 194:20
**individually** 197:7
**individuals** 193:13
**ineffective** 186:20
**influence** 332:20 332:24,25 333:4
**info** 191:24 192:10 261:12 261:16
**information** 41:24 71:21 171:5,6,9,20 171:23,24 172:5,7,8,9 192:20,24 193:3 279:15
**informed** 252:13 252:16
**injections** 45:20 50:17
**injured** 300:12 301:16
**injury** 69:6
**inside** 97:9 149:7 182:4 195:15 198:11
**inspect** 181:4 227:3
**inspected** 212:19 215:9 238:8 240:25
**inspection** 169:12 174:17 175:9,15 178:17,20 179:25 180:6,6

180:11 191:19 191:23 195:5 195:10 198:3,7 200:15 209:5 209:17,17,20 210:14,24 211:7,24 212:10,11,15 214:23,24 215:4,8,12 216:19 217:2 217:13,15 225:6,10,22 227:25 228:11 229:8,24 230:10 231:9 231:19 233:24 234:2,3 238:5 240:13,22 241:4 248:8,13 252:8,11,12
**inspections** 184:20 204:3 211:15,19 220:8 225:13 225:15,16,18 234:6 235:14 249:6
**inspector** 173:16 173:16,24 174:8,21 175:20,20 176:22 177:4 178:11 179:3 179:12,14 183:8,18 187:11,18,19 187:22 188:2 189:25 191:10 191:12 193:22 193:24 195:25 196:9,12,17 197:11,15 199:2 201:20 201:25 203:2,6 203:9,15 204:4 204:11 205:11 205:14 206:17 206:20 207:19 207:22 208:4,7 208:13,20 209:8,11,14,23 214:6 216:12 216:19 219:7 224:18,22 228:12,17 229:18,21 230:21 231:2 232:23 237:17 237:25 239:6 239:11 240:16 240:18 247:25 252:4
**inspector's** 228:17
**inspectors** 176:11 184:20 200:5 206:8,23 210:9,23 211:21 213:12 219:18,23 233:19 238:12 238:15 248:25 319:7
**Instagram** 307:13 308:21 309:18,21,23
**installed** 112:3
**instance** 247:3
**instruction** 204:21
**insurance** 66:23 261:25
**intention** 241:20
**interaction** 243:19
**interested** 340:17
**interesting** 33:13
**interfere** 9:3
**Intern** 2:16
**interpret** 155:17 194:18
**interpretation** 129:11 194:9
**interpreted** 153:22
**interview** 20:22
**interviewed** 175:4 179:24 288:12,24
**investigating** 288:7
**investigation** 287:20 289:5 289:10 290:17 292:3
**invite** 21:12
**invited** 21:12 22:7 63:17 328:2
**involved** 155:12 156:3,5 158:6 158:8 220:12 234:6 247:14 290:6,12,16 292:2 318:23
**involvement** 206:8
**iPhone** 70:3 135:19
**irrelevant** 137:17 263:15 314:22
**Island** 62:3
**issue** 47:23 58:24 80:11 83:21,22 94:24 115:3 159:9 210:21 218:5 315:13 321:8
**issues** 30:15,17 31:3 36:8 53:18 67:8 70:18 71:5 82:10 140:6 143:14,15 243:16 263:4,7 265:19 271:24 280:6 298:14 298:16 321:10

**J**

**J** 142:18
**James** 1:9 293:17 294:23 313:10
**January** 63:8 73:15,17 94:18 94:19 185:17 213:2,19 214:25 215:17 215:22 216:3 216:20 217:25 218:20 224:19 260:18 264:11 298:6 316:18 328:8
**jaw** 44:5 45:4,6 45:18,20 46:2 46:20 47:23 50:9,12,13,17 50:20 221:16 221:18 222:10 222:15,23 271:16
**Jersey** 25:16 26:8,16,19 35:18 61:25 73:3 306:8,12
**jewelry** 95:11 311:22,24 312:8,10 327:6 327:14
**Jewish** 13:23
**Jim** 146:24
**job** 28:6,21 37:17 43:14 327:4
**jobs** 28:11,12,13 29:14 320:16 327:2
**Joe** 130:17,17,22 131:14,23 132:3,5,9 324:21
**Joe's** 328:5
**joking** 99:20
**jot** 118:25
**journalism** 19:19,21
**journalist** 281:20 282:12 304:17 305:2
**Juan** 125:10,15 125:18 126:2 126:15,22 129:17,20,22 130:20 131:9 132:6 179:24
**Juan's** 130:3
**July** 253:11
**jump** 75:5 318:8
**jumps** 75:2
**June** 18:14 253:11
**jungle** 25:14 83:17
**jury** 316:2,3
**justice** 289:22 293:3 294:18 294:22

**K**

**K** 4:2 123:6 142:21 338:2
**K-0057** 41:7
**K-0105** 41:8
**K-0129** 41:9 60:8
**K-0137** 41:6 51:10
**K-0140** 41:5
**K2000** 117:22 118:13 121:4 124:6
**K2028** 117:22 118:14 123:12 123:17 124:7 129:18
**K2118** 117:22 118:14 130:8 130:12
**K3007** 41:12

64:23
**K3009** 65:23,24
**K3011** 72:14
**K3043** 41:13
**K3044** 80:14
**K3046** 83:12,13
**K3047** 83:12 88:19 91:3
**K3061** 41:14 94:7
**K3062** 95:18 96:17
**K3065** 98:23 100:4,16 102:12 105:8
**K3066** 106:13
**K3067** 107:3
**K3072** 41:14 109:2
**K3086** 41:15 110:8
**K3088** 112:10
**Keany** 243:7,9 243:11,16 253:16,19,23 254:2,24 255:7 255:10,14 256:2 325:8
**keep** 14:10,17 14:17 16:6 33:12,21 36:5 39:10 82:20 98:8,12 106:12 109:18 117:13 118:20 119:12 126:16 128:19 130:15 137:25 165:11 185:20 188:24 203:14 204:6,12 216:17 219:8 247:13 261:24 266:14
**keeping** 15:16 15:17 119:2
**keeps** 44:15 203:8 206:20 207:21 208:7 216:11
**Kennedy** 2:6 4:15,17 6:20 7:3 17:23 40:22 54:25 55:5 65:24 109:3 117:17 118:6 120:5 124:11 131:20 137:18 145:23 146:10 166:14 166:17 187:3 189:22 228:23 231:20,25 232:5 236:14 258:12 268:13 281:25 283:5 283:11,15,22 291:20 303:2 304:21 306:21 308:7 315:3 316:5 317:6 321:23 323:24 324:25 325:12 325:24 329:17 329:20 335:17 336:2 339:4
**kept** 16:9 32:11 46:8 48:15 74:16 85:6 112:25 164:25 188:22 207:5 207:14
**kid** 83:19 103:6
**kidding** 99:17 133:10
**kidney** 83:6
**kids** 89:13,15,17 89:18
**kind** 12:4 14:10 26:3 33:12,13 34:5,6 36:4,22 37:14 39:8 44:16 67:11 68:19 70:17 78:21 80:19 81:10 83:19 95:8 97:25 105:23 117:24 127:14,19 135:18 141:14 142:11 143:25 148:24 149:3,4 151:5 158:13 161:3 162:13 195:17 220:8 244:4,13 250:23 254:16 276:14 311:11 312:3 326:22 326:23 328:6 331:9,24
**kinds** 50:16 81:13 299:18 331:25
**kisses** 42:12
**kitchen** 55:11 88:15
**kitten** 35:3
**knee** 66:15 300:21,23,24 301:14
**knew** 22:10,10 36:21 71:17 74:6 78:25 81:6 85:25 93:11 96:11 149:4,12,13 158:10 164:24 165:3,4,4,7 203:5 251:4 260:23 261:3,7 263:3 280:19 298:24 322:18 323:7 324:6 325:11 331:4 334:16
**knock** 135:6 244:24 245:18 246:6,18,25 247:4,9,11
**knocked** 134:6 232:15 242:23 243:11 245:7 245:10,15 325:18
**knocking** 246:14
**knocks** 56:10
**know** 8:20 11:14 12:6,8,9,15,23 13:10,12 14:12 14:13 17:15 19:2 21:10,11 22:6,6,6,8,12 23:10,12,21 24:5,20 25:7,9 25:24 26:2 31:11,13 32:8 32:19 34:14 35:8,9 36:4,11 36:17,21 37:16 39:16 40:2 45:12 46:11 47:7,15,20,22 49:24 50:7,10 50:20 53:5 54:11,16,17 55:14,15,24 56:11 59:6,10 62:13 63:6,16 63:17,19 67:17 69:13 70:13,18 70:19,20 71:9 71:12 72:7,9 72:11,12,21 74:24 75:15 77:5,13 78:14 79:25 80:3,25 81:12,14,21 82:6,7,21 83:2 83:3,4,11 84:3 84:9,10,23 86:20 89:23 90:12 92:2,10 93:13,16 94:9 94:18,23 95:13 95:25 96:22,25 97:2,5 98:15 100:21,22 101:3 103:7,20 105:12 108:21 109:4,7 111:4 111:22 112:2,5 112:5,20 113:3 113:9 114:15 119:15 120:25 121:11,12,13 122:2,6,13,20 122:24 123:4,5 124:13 127:16 131:3 133:19 134:5,18 135:6 138:3 139:8 141:16 144:2,3 145:7,14,16 146:4 147:24 148:22 150:9 150:25 154:17 154:19,24 156:19,21 157:22 159:5,7 162:14,17 169:16 173:4,6 173:18,23 175:18 176:3 176:11 184:6 186:13 190:7 192:13,14,18 192:21 193:12 193:21 194:9 194:13 195:21 195:21 196:11 196:12,14,15 196:20 199:24 199:25 200:2 201:24 202:6 202:20 203:3 203:13 204:17 205:3 206:7 210:16,17,23 211:4 212:2 213:12,18 214:12 217:19 217:20 218:17 219:22,23,24 219:25 220:2,5 220:14 221:25

227:23 228:6
236:8 237:5,20
238:10,18,19
238:19 239:15
239:23 240:5
242:2 243:8,10
243:17,18,20
243:22 244:2,6
244:9,11,16,21
246:8 247:5
250:14,18,24
251:20 253:2,3
254:16,20
255:5,18
256:11,14,25
257:4,4,6
260:21 261:7
261:13,15,17
262:3,20,23
263:6 266:7
267:3 269:25
270:18 272:10
273:11 274:25
276:9,16 278:9
284:5 285:9
288:3,18,22
289:9,11 290:2
290:2,2,4,5,7
290:11,11,21
291:10,15
298:19,20,22
299:20 300:5
300:11 307:12
308:23 309:2,6
309:13,20
311:15,17
312:12,12,18
317:19 319:11
319:11,24
320:2,7,18,20
320:24 321:3
321:11,21
322:20,22
324:15,18
325:10,14,17
326:2,11 327:3
328:4,22 329:3
329:6 330:9
331:4,11,17,19
332:2,3,4
333:2,20
334:10 336:17
**knowing** 173:10
**knowingly** 165:3
**knowledge**
23:14 33:8
114:5 137:6
208:16 272:3
317:8,17 319:5
331:8
**known** 77:7
84:11 274:19
**known-condit...**
48:23,24 49:2
49:3
**knows** 190:25
198:17 332:16
**Konopka** 202:10
202:15,16,17
288:9,10,13
**Kullen** 1:15 4:8
4:16 5:1 6:1,12
7:1 8:1,16 9:1
9:2 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1,3 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1,17 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1,8
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1,14 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1,21
138:1,2 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1,13,20
147:1 148:1
149:1 150:1
151:1 152:1
153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1,2 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1
199:1 200:1
201:1 202:1
203:1 204:1
205:1 206:1
207:1 208:1
209:1 210:1
211:1 212:1
213:1 214:1
215:1 216:1
217:1 218:1
219:1 220:1
221:1 222:1
223:1 224:1
225:1 226:1
227:1 228:1
229:1 230:1
231:1 232:1
233:1 234:1
235:1 236:1,19
237:1 238:1
239:1 240:1
241:1 242:1
243:1 244:1
245:1 246:1
247:1 248:1
249:1 250:1
251:1 252:1
253:1 254:1
255:1 256:1
257:1 258:1,17
259:1,14 260:1
261:1 262:1
263:1 264:1
265:1 266:1
267:1 268:1
269:1 270:1
271:1 272:1
273:1 274:1
275:1 276:1,18
277:1 278:1
279:1 280:1
281:1 282:1,3
283:1,4,18,23
284:1 285:1
286:1 287:1
288:1 289:1
290:1 291:1,5
292:1 293:1
294:1 295:1
296:1 297:1
298:1 299:1
300:1 301:1,23
302:1 303:1,8
304:1 305:1
306:1 307:1
308:1 309:1
310:1 311:1
312:1 313:1
314:1 315:1
316:1 317:1
318:1 319:1
320:1 321:1,19
322:1 323:1
324:1 325:1
326:1 327:1
328:1 329:1,21
330:1 331:1
332:1 333:1
334:1 335:1
336:1,5,11,21
337:1,8 338:6
338:18 339:4
340:10 341:24

**L**

**L** 3:2 4:2,2,2
338:2
**LA** 62:2 328:25
**lack** 48:11,14
50:4 271:7,10
**lady** 142:14,15

144:8
**laid** 27:25 29:9 29:11 149:25 313:13 327:3
**land** 278:16
**landlord-tenant** 257:22
**language** 129:12
**large** 58:4 181:14
**largely** 80:10
**larger** 314:18
**largest** 312:9
**late** 113:5 249:10
**lately** 89:10 107:6
**latest** 133:8 290:4
**law** 164:4,8
**lawsuit** 4:20 8:3 8:5 260:11 281:16 289:8 289:20,23 290:17,22 294:22 313:16 313:22 315:16 315:17,23
**lawsuits** 289:15 315:15
**lawyer** 6:2,17,18 6:21 7:5,16 8:8 8:10 39:23,25 40:7 138:13 207:17 246:9,9 294:25 321:25
**lawyer's** 290:5
**lawyers** 289:14 290:4
**lay** 4:25
**layers** 162:9,11 162:12
**Layla** 52:3,8,11 60:23 74:13 76:4 80:10,11 80:12,17,19,23 81:7 82:18
278:11
**lbs** 273:18
**leader** 303:21 304:6
**leadership** 303:13,20,24 303:25 304:12
**leading** 303:19 304:13
**leads** 30:12 31:25 133:24
**leak** 16:10
**learn** 66:21 158:20,23 188:14
**learning** 174:4
**leave** 34:9 35:12 55:19 62:18 69:2 103:12 107:8 125:25 126:14 127:23 203:21 249:10 308:6 317:13 326:11
**leaves** 144:8 249:25 250:13
**leaving** 42:18 68:20 79:15 165:5 224:11 329:10,13
**left** 16:23 17:2 21:14,17 27:3 28:17 35:13 36:17 43:4 54:10 61:19 76:8 79:21 90:7 97:23 130:5,14 150:17 180:18 218:24 219:5 230:21 232:23 245:25 246:17 253:4 256:6,13 256:14,17 267:8 297:17 301:12 312:24 326:4,4
**left-hand** 125:11 237:7
**leg** 35:22 328:14
**legal** 7:21 152:14,18 170:17 266:18 297:20 335:8
**Legs** 72:20
**length** 107:10
**lengths** 328:24
**Lesser** 12:18 13:2 21:2 23:10 30:2,5 30:13 31:2,8 38:23 42:5,21 43:3 51:17 53:17 57:5 58:19,25,25 60:13 62:10 63:12 65:19 70:10,25 71:9 73:19 77:22 93:2 94:8,17 95:19 96:18 99:15 100:9,12 101:15 105:9 109:10,17,25 110:13,17,25 111:8,22 112:9 115:3,8,16,25 116:10,16 119:19 129:11 129:19 133:16 133:25 134:16 142:18 144:6 144:14 158:21 158:23 159:5 159:22 160:10 160:18,25 161:21,25 162:7,10 164:11 175:7 185:9,25 186:11 189:4 190:19 193:14 198:25 203:13 203:21 204:6
204:11 205:10 205:13 206:22 208:12,19 209:2 219:5,7 223:9 224:5,8 226:12 241:19 244:6 245:22 245:23,25 246:14,16 247:6 253:4 256:6,9,17 257:3,9,17 258:2 260:5,25 262:9,12,20,22 262:24 263:23 264:19 273:4 274:2,10 282:15 288:8 290:20 293:20 298:10 299:21 300:2,3,7 302:9 311:20 312:10 316:20 317:3 319:8 321:3 322:10 323:12 329:22 331:8 334:18 336:21
**Lesser's** 16:8 23:15 31:16,19 31:22 32:3,14 50:3 52:24 61:15 63:12 65:16 72:7 73:14 83:22 88:20 93:10,15 94:21 96:2 97:9 107:21 112:22 117:10 118:21 120:22 139:20 141:2 142:16,24 143:5,18 145:2 145:9 147:12 164:19 170:11 204:21 240:10 242:3,8 244:18
249:2 251:8,22 254:3 263:8 265:4,11 275:2 275:8,15,17,25 277:2,6 278:8 278:22 279:2,6 279:11,16 280:3 281:8,12 310:21
**let's** 8:13 11:12 16:5 18:5 26:13 51:2 66:23 73:4 100:4,24 102:11 106:12 118:5 121:4 141:20 142:4 142:13 146:17 156:15,25 166:6 169:23 170:21 189:15 197:2 199:13 200:24 218:18 229:16 231:23 236:14 283:23 298:23 308:18 313:25 336:17
**letter** 138:13 258:10 259:7 259:11,13,15 259:20,22,24 260:18 264:11 264:14 273:2 273:12 274:13 274:25 288:15 288:16 291:9 321:12,15,21 322:3,8,10 335:2,5 339:9
**letterhead** 260:19
**letting** 34:12 103:7 278:18
**level** 97:21 148:19 187:8 318:2
**levels** 271:5

**lie** 198:24 199:2 199:10,11,12
**life** 12:23 14:25 22:2 34:6,17 35:16,17 38:15 44:21 75:15 83:9 104:7 118:22 128:5 147:20 148:7 148:21 149:22 157:15,25,25 189:12 247:15 262:15 266:4,5 292:20 306:15 314:24 320:7 324:9 327:20 327:21 333:9
**light** 62:21 82:24
**lighthearted** 100:3 103:5
**liked** 30:4 62:17 95:16
**limbs** 266:8
**limit** 8:21
**limited** 165:22
**line** 91:2 142:24 172:13 185:18 201:19 213:6 216:7 220:23 241:14 242:20 249:24 259:14 260:3 314:21 341:3,6,9,12 341:15,18,21
**lines** 91:3 156:16 178:2 226:11
**link** 56:20 307:13 308:21 309:18
**linked** 298:18,21 309:21
**linking** 308:23 308:25
**liquor** 334:5
**list** 166:25 168:25 236:3 271:8,21
**listen** 108:14,22 126:19 269:8 285:5,6 286:5
**listened** 108:18
**literally** 102:22 141:19 163:7 178:10 318:11
**litigation** 335:11
**litter** 54:10
**little** 24:14 25:6 28:5 35:21 51:19,21 55:16 55:21 60:23 62:17 66:7 75:6 78:14 79:5 81:14 82:19,20 89:13 89:18 105:4 109:5 110:8 112:8 125:25 126:14 137:25 150:6 153:8 168:21 227:7 256:24 312:5 320:16
**live** 20:18 24:20 34:17 52:14 75:9 76:22 104:7 141:8 144:24 149:10 157:24 257:18 287:21 289:11 292:3,7,17,18 318:10
**lived** 23:25 253:19 289:18 292:8
**lives** 33:16 72:12 76:23 108:5 147:13 258:6
**living** 20:9 33:25 49:5 76:24 292:25 302:4,5
**Livingston** 2:11 6:10,22 7:6,10 7:13,16,22 8:14 10:8,12 10:16,19 11:5 11:10,17 12:25 13:7,13,18 14:2 17:18 18:2 32:17,25 41:2 54:22 55:4 65:22 66:3 70:12 99:7,13 101:12 101:22,24 102:6 108:20 118:4 120:2,12 120:21 122:17 123:23 124:2,8 124:14 125:21 131:18 137:20 166:21 176:16 179:4 186:23 189:20 191:21 192:11 200:7 200:17 206:2 208:22 211:2 217:17 219:10 219:21 228:21 229:2,6 231:15 231:23 232:3,7 233:22 253:14 258:14 263:10 267:23 268:12 268:15 283:3,9 283:13,19 288:15 289:17 291:18 294:7 294:19 297:9 304:19 308:5 308:10 310:22 311:7 314:20 316:7,10 321:13 329:15 334:25 335:18 336:7 337:5 339:6
**Livingston's** 294:11 295:4
**LLL** 72:14,18 72:21
**LLP** 2:8
**loan** 252:12
**lobby** 191:20,23 191:25 192:5,8 193:23 196:19 196:21 199:22 225:17
**Local** 306:15
**located** 96:2 136:17,22
**location** 212:19 212:20 215:10 217:7 240:25 241:2
**log** 15:16,17,17 119:2,11
**Logan** 40:12 66:20 72:15,16 72:20
**logbook** 16:7,9
**logbooks** 15:19 16:5 17:11,17 17:19
**logical** 165:16
**logistics** 324:19
**lonely** 36:18 207:11
**long** 10:23 22:3 22:3 23:23 24:20 26:24 27:24 28:23 29:7 43:5,9 53:4 54:4 61:24 66:24 67:25 68:14,15 69:8,18 70:24 72:20 94:16 97:25 103:22 105:5 119:13 119:17 124:20 138:3,24 148:12,13 157:17,20 165:6,24 166:24 168:25 170:6,14 179:20 233:24 253:19 264:5 266:21 271:21 288:11 315:17 324:24,24 328:18,22 331:3 333:8
**longer** 68:3,16 78:17 148:6
**look** 14:16 18:12 18:15,16,22 41:23 51:5 56:13 60:6 61:11 71:24 88:2 94:5 119:24 121:8 130:9 138:2,18 138:19 139:9 139:13,16 146:5 162:16 169:3,14,23 174:16 178:18 178:21 181:19 184:24 189:15 192:2 212:25 214:24 227:7 236:19 237:6 237:21,24 239:18 241:11 281:23 282:4,6 283:14 293:12 295:2 307:23 308:8
**looked** 186:8 272:24 284:4
**looking** 32:11 83:10 96:16 105:4 111:3 127:21 211:9 218:6 241:10 249:20 259:6 307:16 309:11 327:2
**looks** 18:14 41:22 51:12 56:17,19 62:7 64:12 106:10 109:9 124:25

139:24 172:16 180:16,18 187:21 194:8 196:18 197:13 197:18 201:15 201:16 213:10 217:9,19 218:2 218:12 227:11 239:12 240:6 252:22 294:21 307:3 309:5 310:2,4
**Los** 323:20 328:21
**lose** 24:15
**loss** 270:21
**lost** 15:20 17:12 17:17 49:6 70:9 88:5 136:3,3 266:11 266:12 273:17 274:16,22
**lot** 12:14 14:9 18:9 23:24 25:15,18 36:6 36:7 40:21 41:23 45:4 51:7 54:7 59:19 68:5,7 68:15 70:6 71:5 76:10,12 81:15 82:8,11 82:21 83:2 88:5 106:8,15 111:14 124:19 131:25 134:22 136:3,4 138:25 142:12 143:9 143:14 144:4 144:15 148:2 205:7 235:12 236:4 265:19 266:11 268:6 270:13 271:24 274:18 275:14 292:6 311:16 316:16 318:7 318:14,22 320:14 321:10 324:7 327:14 329:6,13 330:22 334:6,7 334:11
**lots** 330:20
**loud** 25:11,14 73:8 80:6,7,12 81:3 91:18,20 107:6,11 108:7 108:16 110:3 111:18,19 114:13 133:3 141:13,15 151:7 156:23 164:20,24 175:11 178:12 180:4,9 187:9 189:8 195:7 198:4 209:19 209:24 213:8 213:16 240:7 325:20,20 326:12
**louder** 23:2 25:6 74:24 75:13 79:3 141:11,11 141:12 150:25
**loudness** 88:21
**love** 32:5 78:5 82:4 191:2 297:15
**lover** 25:10
**loves** 265:13
**lowercase** 218:10
**lowering** 150:21
**lows** 322:23,25
**lucky** 117:3

**M**

**M** 338:2
**mailbox** 321:20
**main** 139:17
**maintain** 33:5 302:24 317:25
**maintenance** 164:20
**Major** 262:16
**making** 54:15,19 54:21 80:25 100:12 103:18 103:19,21,22 103:24 104:8 109:24 110:11 151:11 165:7 172:6 173:12 191:18 193:5 198:9 202:5 205:19 217:14 242:5 245:11 245:15 254:24 266:18 286:19 306:16 318:17 323:3
**man** 306:16
**manage** 28:15 277:22
**management** 117:11 255:19
**manager** 252:14 252:15
**manifest** 49:18
**manifested** 49:14
**manufacturing** 311:9
**March** 66:8 69:17 109:6 110:9,25 111:8 113:13,20,25 114:5 115:9 251:25 252:3 252:24
**Marcia** 108:6,12 144:13 145:6,6 145:8,12,16
**Marcia's** 108:16 108:23
**marijuana** 332:6
**mark** 321:13
**marked** 17:21 137:13 168:23 259:7,9 273:14 273:18 303:4 306:23 321:15 336:12,22 337:2
**Market** 327:16
**markings** 336:16
**married** 25:3
**Marsha** 107:13 108:3,4
**Martin** 323:18 328:18
**Mary** 59:25 60:2
**Maryland** 93:5
**Maryland's** 93:25
**materials** 10:7 258:20
**matter** 6:3 8:11 18:12 166:19 288:25 293:25 294:12
**mattress** 68:25
**maximum** 39:14
**mean** 7:4,18 8:4 11:12,14 12:5 12:21 13:5,21 20:19 21:25 22:2 23:23 32:20 33:3 37:22 38:10 39:6,13 43:4,7 43:8 44:17,22 44:25 45:16 47:19,20,20 51:21 59:13 62:7 70:20 71:4 73:21 74:2 75:11 79:18 80:7 84:3,7,8 97:19 102:22 104:19 106:10,11 115:23 117:6 119:24 120:24 121:18 122:7 122:24 124:17 124:19 126:11 127:5 131:2 132:6 138:25 139:8 141:6,18 148:12 152:23 154:3 155:19 158:13 163:7 163:11,12 165:14 171:7 178:18 184:6 192:13 194:9 217:20 220:11 220:13 224:13 244:13 245:2 245:22 246:11 257:20 276:10 283:16 288:11 289:12 292:25 294:21,25 312:18 317:14 324:24 331:24 334:15,23
**meaning** 42:12 127:8 295:19 306:5
**means** 153:20 154:17 155:16 194:11,13 237:9 286:19
**meant** 102:25
**measured** 23:6
**measures** 190:18 190:20
**media** 157:8,11 158:7 308:16 308:17
**medical** 30:10 30:11 31:8,24 32:2 48:7 49:23 50:19 221:3 261:25 268:25 269:5,7 269:23 270:6 272:3,14 279:14,25

280:23 281:6 281:11,14 300:10
**medication** 9:3 9:11,21 45:12 45:24,25 71:10 71:13,16,22 221:11,12 222:4 259:4 261:6,10,13
**medications** 9:25 72:8 271:4
**medicine** 299:11
**Medill** 19:19
**meet** 10:15,21 54:3 158:17,24 159:8,11,13
**meeting** 292:5
**member** 147:9 319:24
**members** 140:21
**memory** 14:24 74:2 258:24 260:7
**mental** 30:15,17 30:23 31:3 67:7 70:10,15 70:17 71:5 227:25 229:10 263:3,7 271:20 275:2 298:10 298:13,16 300:6 321:10
**mentally** 71:2
**mention** 74:21 160:22
**mentioned** 9:7 9:17 38:19,20 43:17 47:24 50:6 53:24 71:13 92:24 96:9 103:4 160:20 161:20 161:24 170:12 180:5,8 221:13 253:16 254:14 261:4 272:12 279:10 280:13 298:9 329:21 331:6,25 332:4 332:5
**mentioning** 160:19
**Meril** 12:6 21:2 35:3 51:17 62:17 65:3 66:19 76:7 80:24 90:12,15 90:19 94:7 112:9 127:4 133:16 142:10 143:21 144:16 189:4 260:4,9 290:20 293:20 299:25 300:2 312:19,20 331:8
**Meril's** 59:16 260:10 301:11
**message** 68:18 100:16
**messages** 41:12 42:4 63:22,24 64:6,18 71:14 71:24 72:22
**met** 10:13,18 11:17 13:18 20:25 34:25 71:10,12 159:6 208:12 252:12
**method** 186:19
**Mexico** 323:22 328:21
**Michael** 105:19
**middle** 60:17 101:20 102:4 132:13 133:6 177:21 237:7
**midnight** 133:7 152:10 177:9 177:10,15 207:12 232:14
**midway** 101:14
**Mike** 106:15
**military** 197:21
**million** 12:13,18 13:2 118:2 266:10 271:22 310:11,25
**mind** 25:21 26:4 60:6 79:4 98:23
**mine** 59:16
**mini** 119:11
**minute** 68:9 75:6 100:25 119:9 138:2 238:25 329:9
**minutes** 118:5 158:5 174:25 178:13 179:22 179:23 180:13 184:3 191:16 198:12 240:20 252:5 316:12
**mirror** 266:6
**miserable** 47:12 82:9 224:10
**misery** 223:5,13 223:15,18,18 223:20,24 224:2,4 250:2 250:7,8,14,15 250:19 251:8 251:23
**mismanaging** 320:21
**mistaken** 176:7
**mistreat** 224:6,7
**molting** 60:23
**mom** 23:5 24:7 24:19
**mom's** 24:8
**moment** 8:9 74:4 102:7 137:22 138:8
**moments** 214:5
**moms** 327:12
**Monday** 157:19 328:24
**money** 88:4 151:11,11 313:14,23 314:2
**month** 94:20 114:21 140:12 199:17
**monthly** 21:23 43:6 52:25 61:18
**months** 55:14 140:8 152:25 185:15 270:23 279:21 289:12 289:19
**moral** 324:20
**morning** 4:16 16:23,24 26:21 76:8 97:23 103:10 132:16 132:19 133:9 150:14,18 179:10 194:24 194:24 195:22 197:16 211:24 213:3,14 214:2 214:6,18 215:2 224:23 232:25 233:6 249:11 318:4,8
**mornings** 210:10,15,23 211:21
**mortgages** 151:18
**mother** 32:6,7 54:11 61:22 76:2,2 297:13 321:5,9
**motorized** 161:19,21
**move** 20:6,12 48:21,21 84:4 96:4,6 120:7 165:9 241:15 241:20 305:11 318:13
**moved** 21:7,16 23:13,17 25:4 33:10 62:3 84:6 85:4 92:14,16,21,23 96:24,25 111:17 260:8 329:2
**movie** 130:23
**movies** 22:6 327:23
**moving** 22:24 241:20 273:2
**multiple** 37:15 176:12 233:14 246:2 262:15 296:18
**murders** 305:16
**muscle** 50:13 67:10
**mushrooms** 332:5
**music** 100:19 104:22 130:19 130:24 131:8 131:14 318:10
**Myrtle** 143:3,4 143:17,25 144:5

**N**

**n** 2:2 3:2 4:2 338:2,2 339:2
**nails** 278:17
**name** 4:6,16 15:9 28:14 40:11 93:6 108:23 130:3 134:20 142:13 143:3 228:17 258:22
**named** 132:9
**names** 40:15 52:16,20 260:23 263:5
**Nanny** 89:13,15 90:7

**nap** 49:10 109:14 149:23 150:3
**narrow** 130:11
**nasty** 112:16
**natural** 25:8
**nature** 320:13 320:18
**necessarily** 36:12 91:17,23 120:22 144:22 215:21
**necessary** 265:17 272:15
**neck** 45:21 50:18 82:14
**need** 5:21 6:8 9:20 37:10 38:5 39:9 83:15 99:2,11 99:24 109:22 125:20 142:13 148:4 155:22 264:8 278:3 280:18,23 281:3,4,6 297:19
**needed** 13:20 99:5,19 117:12 155:25 261:9 271:3
**needing** 297:6
**needs** 32:3,14,16
**negative** 279:11 280:14
**neighbor** 59:11 77:3,7 90:23 91:13 102:23 181:25 182:7 182:14 185:7 198:18 207:2 218:24 240:10 242:22 243:4,9 302:3 313:4 328:12
**neighbor's** 95:22 96:24 225:5 240:8
**neighbors** 21:9 21:13 22:2 35:5 55:8 75:20,20 79:13 79:14,21,25 89:13 92:25 140:25 240:12 299:4 326:3,12
**neither** 340:15
**nerve** 50:17
**nervous** 44:17
**neurologist** 45:8 45:19,23 50:15
**neurologists** 45:9
**never** 30:14 32:16 34:8 59:12 80:17,23 96:25 115:23 119:13 128:23 129:9,16 153:4 153:23 156:9 165:3 184:2 194:10 241:23 244:14,15 249:5,7 257:25 260:12,23 264:7 278:4 288:16 316:4 319:10 322:18
**new** 1:3,21 2:3,5 2:5,10,10 4:4 4:12,12,18 25:15 26:8,16 26:19 35:17 44:11 45:8,19 50:15 61:25 63:19 71:5,6 73:3 81:18 86:5 87:4 95:20 96:19,23 104:14 106:17 146:13 169:9 170:22 226:24 227:24 228:10 229:9,9 234:15 235:17,21 281:17 282:8 286:6 294:3,13 301:21,25 306:8,11 313:17 328:2 338:3 340:3,5
**news** 12:16,19 281:18 282:9 282:18 283:17 285:3,7,8 286:6,10,16 287:2,9 288:2 290:15 291:25 295:15,16,18 295:22 296:2,4 301:19,24 305:10,14,19 305:20 306:15
**newspaper** 26:17
**nice** 21:11,19 54:6 75:14 83:19 96:13 148:12
**nickname** 72:19
**night** 16:12 26:21,22,23 47:17 55:24 57:3 74:14 95:6 96:9 105:7 109:13 111:11 113:5 132:12,13 133:6,20 149:24 150:14 150:20 165:7 177:21,22 184:5,18 198:15 207:5 207:12 213:8 213:16,20 214:11,16,23 224:12 232:15 232:19,25 233:15 234:9 238:11 239:22 240:19 279:23 324:3 327:25
**night,'** 301:23
**nightguard** 44:7 46:5 222:13
**nightguards** 44:8
**nightmare** 132:17
**nightmares** 43:25 265:22 266:17,20
**nights** 35:7 54:9 54:12 55:10 184:2
**nine** 144:8,12,19 144:19 185:15
**nod** 126:18
**nodding** 5:23
**noise** 15:18 39:3 44:19 46:14,16 51:3 54:8,19 54:21 73:19 74:22 75:17,21 75:22 77:14 80:6,25 81:24 83:21 84:19 85:24,25 86:14 87:5 93:14 94:23 96:15 97:21,22 98:2 98:2 100:12 103:5,7,18,19 103:21,22,24 104:8 106:4 108:6 109:24 110:6,10 111:25 112:6 112:20,22,24 112:25 113:5 114:23 117:12 118:20 119:3,3 126:2,15 128:6 128:8 137:10 137:15 140:7 140:12 141:8 141:11 144:20 147:12,18,22 148:19,23 149:13,18 150:5,7,10,11 151:5,24 152:13 153:19 156:23 157:16 157:18,23 162:18 165:7 169:20 170:18 173:13 175:12 176:23 178:12 180:4,9 181:5 181:9 182:19 182:20,23 183:3,5,8,11 183:18,20 184:2,4,15,16 184:17,21 187:8 188:4 189:5,7,10 190:17,24 191:6,18,19 194:2 195:8 196:17 198:5 198:10,11,12 200:16 203:17 206:18 207:4,8 207:9,12,19 208:5 209:16 209:19,25 212:18,20 215:7 217:5,5 217:15 220:4 220:20 222:9 225:4,7,8 230:2,6,9 231:13 233:12 233:14,16,17 233:20 234:16 234:23 235:8 235:10,22,24 236:2,6,7 240:24 241:2 242:4,6 243:16 244:3,12,14,17 244:22 245:11

245:15 246:20 246:21 248:10 248:18,19,20 248:23 252:10 252:13,18,20 254:7 257:11 257:12,13 258:5 280:25 311:16 316:18 316:24 317:12 317:12 318:2 318:13,15,17 318:20 322:12 322:24,25 323:3,9
**noise-reduction** 159:16
**noises** 54:14 79:9 93:9,21 117:14 139:19 142:15 143:5 143:18 145:9 176:13 219:19 223:4 250:25 250:25 251:2 265:22
**Non-Party** 1:16 4:2
**noon** 150:14 197:24 229:22 230:21 231:10 232:10 233:8
**Nope** 39:24
**normal** 55:20 98:19
**Normally** 244:11
**Northwestern** 19:18
**Notary** 1:20 4:4 338:25 340:7
**notation** 121:25 130:10 175:3
**note** 21:18 197:20 335:7
**notebook** 13:19 119:13
**notebooks** 119:14 120:17
**noted** 180:4,10 209:16 212:18 212:21 215:7 217:6 219:20 240:24 241:3 248:10 252:10 304:16
**notes** 13:17 21:14 31:18 79:15,21,23 117:14,18 118:13,18,19 118:20,21 119:18 120:6,9 120:10,14,15 120:18,20 121:6,6,14,16 122:9,18 123:8 125:23 129:18 131:5,11 135:13 137:23 137:23 214:8 280:2 326:4,5 340:13
**notice** 274:11,20 284:13 335:9
**notion** 12:17
**November** 65:8 66:2 200:24 202:25 206:11 209:8
**nuisance** 112:21 112:23
**number** 13:5 14:3 53:5 120:10 148:5 206:10 210:13 227:17 231:3 245:23 255:12 256:4 290:3
**number-stam...** 146:15 168:16 168:18 173:20 236:23 259:10
**numerical** 123:24,25
**nutrition** 82:25
**nuts** 88:24 89:7 105:20
**NYC** 248:17,20 252:19
**NYPD** 234:14 235:8
**NYU** 19:9 45:5 330:14,18

**O**

**O** 3:2 4:2 338:2
**oath** 3:15 338:8 338:11
**object** 314:21
**objected** 55:2
**objecting** 110:10
**objection** 32:17 32:25 54:22 55:2 70:12 108:20 176:16 179:4 186:23 200:17 206:2 208:22 211:2 217:18 219:10 219:21 231:15 231:21 232:2 233:22 253:14 263:10 267:23 268:12 289:17 291:18 294:19 297:9 304:16 304:19 310:22 311:7 321:23 323:24 325:12 325:24
**objections** 3:9
**Observations** 248:12
**observe** 273:25
**observed** 209:18 217:12 230:3
**obviously** 36:21 68:12 70:6 77:10 131:3 138:9 142:10 198:24 223:21 236:4 261:8 332:5
**occasion** 208:12 235:6 274:6 278:21 279:2 301:12,13
**occasionally** 43:12 277:23 321:7
**occasions** 43:18 88:11 148:5 176:12 200:14 208:20 233:19 238:14 239:9 245:21 247:5 258:7 274:2,9 278:7 331:13
**occupied** 70:22
**occur** 59:23 112:19 322:15
**occurred** 212:11 217:15
**October** 42:7,14 169:19 170:24 173:5,14,25 174:9,11,21 175:19 177:5 177:14 178:11 179:2,9 181:4 181:7,21 182:22 184:9 185:2,9,14,22 187:11,17,20 189:17 190:2 191:11 193:19 194:21 197:4 197:12 199:15 199:18 200:6 200:23 340:21
**odors** 226:25
**offered** 236:6 275:9
**office** 2:3 10:22 28:12,13,21 43:14 68:5 261:21,22 293:9 311:11 311:17 320:11
**officer** 3:14
**offices** 29:24
**official** 135:9
**officially** 29:16
**Oftentimes** 249:11
**oh** 15:15 16:2 21:19 25:13 43:7 53:10 58:6 60:3 63:2 68:10 74:16 75:8 78:14 79:11 89:17 96:12 97:13 98:25 103:20 113:17 156:21 158:12 195:19 237:11 253:21 254:12 259:20 278:9 296:9 326:10 327:15 329:10
**Ok** 94:13
**okay** 5:17 7:3 13:4 16:17,24 17:3 19:5 25:10,19,19,25 33:4,24 39:17 40:17 44:12 47:18 49:22 52:4,14 61:13 62:25 63:5 66:3 67:23 68:12 72:4 74:23 75:12 76:14 78:18,23 83:20 98:11 100:8,15 102:3 102:3,9 103:2 113:6,21 114:18,19 116:5 118:7 122:4 123:10 125:9,15 127:9 127:12 131:13

135:2 138:13 139:21,24 142:11 146:6 146:23 150:3 154:23 155:13 165:23 174:18 174:24 179:18 181:18 184:23 187:15 189:15 191:15 195:19 199:13 201:14 202:4,9 221:19 228:20 233:2 236:21 239:8 259:23 260:16 264:9 277:12 282:5 283:13 284:4 292:24 293:11 294:15 295:13 296:9 299:6 307:12 316:13 325:16 335:16
**Okon** 108:24 144:13 145:12 325:22
**old** 45:23 74:24 118:2 313:13
**older** 89:9 143:8 143:9
**OMG** 110:15
**once** 6:6 8:15 10:13 12:6 23:17 41:10 46:22 47:2 52:10 53:12 54:20 64:4 66:22 70:7 81:9 101:4 128:14 141:14 146:4 181:25 182:7,12 254:8 268:4 271:19 316:22 325:18 328:7 332:3
**one-page** 167:10
**one-year** 19:21
333:14
**ones** 10:25 18:8 52:13 63:17 64:19 73:24 98:10 120:23 136:8,10 139:13 169:14 284:24 285:19 286:2,8
**online** 111:4
**onset** 48:2
**onward** 29:20 29:21
**open** 100:20 128:12 132:21 150:24 226:13 284:23
**opened** 18:9 114:14 198:14 243:13
**operation** 311:5
**opinion** 199:5,8 264:2,22 265:3 265:10
**opportunity** 5:20 101:4 146:7 169:2 282:4,6 335:10
**opposed** 243:11 260:9 314:25
**opted** 305:10
**order** 91:10 122:18,23 123:25 124:18 336:6,13,23 337:3
**orient** 102:7
**origin** 222:15
**original** 124:22 124:24,25 131:5,11 137:23 284:18 286:21
**originally** 13:22 25:16 53:6 55:9 60:18 76:13 83:25
87:7 94:25 278:11,12
**originals** 121:15
**orthopedic** 66:24
**Oscars** 327:25
**other's** 53:10 102:15,24
**outcome** 188:14 190:7 340:17
**outgrew** 54:20
**outings** 22:4
**outlet** 87:4
**outlets** 59:18 87:12
**outside** 6:13 35:18 89:10 149:5 180:13 198:9 292:5 312:25
**overall** 280:8,12
**owed** 68:12 313:15,24
**owned** 305:25 314:2
**owner** 35:15 175:4
**owners** 77:16
**ownership** 36:22
**owns** 256:10

**P**

**p** 2:2,2 3:2 145:3 145:7
**P-A-D-I-L-L-A** 28:10
**P-R** 27:21
**p.m** 16:18,18 130:16,22 131:22 170:25 174:14 179:19 197:19 210:5,7 210:25 212:13 216:23 230:19 232:24 233:9 238:9 239:20 239:21 240:4
240:19 248:5 252:5 337:9
**pad** 122:15 124:9 126:8,12 130:10
**Padilla** 28:9
**pads** 118:25
**page** 18:17 60:17 64:23 65:7,25 72:14 80:14,16 83:12 88:18,19 91:3 95:18,19 96:17 98:24 99:10 100:17 102:5 106:13 112:10 113:18 121:6,6 123:6,11,16 124:2 125:11 125:20,24 129:18 137:16 138:17,17 146:19,21 156:11,25 167:17,18 168:6,14,15 169:25 173:19 179:13 181:16 181:17,19 187:18 190:12 193:23 194:19 194:20 206:14 209:6,7 210:3 212:10 214:24 228:14 230:16 230:17 231:5 238:20,22,22 240:15 287:16 293:5 295:8,9 295:24 296:3,4 300:14 301:18 303:5 308:18 308:20,21 335:21 339:3,8 341:3,6,9,12 341:15,18,21
**pages** 83:10
117:22 119:18 120:4,8,16 123:19 124:9 124:15,19 168:5,8,19
**paginated** 296:5 296:7
**pain** 45:21 47:10 47:10 67:9 79:17 220:25 221:4,7,10 222:10,16,23 250:2,11
**painted** 95:12
**pandemic** 36:4 268:6 269:10 292:8,10,15
**panels** 161:23,25
**paper** 64:16 118:24,25 124:21
**Papillon** 55:15 58:11,12,14,15
**paragraph** 158:16 159:15 162:23 181:24 262:8 263:21 264:17 293:23 301:20 305:6
**parakeet** 24:3,8 24:12,15,20,21
**parakeets** 24:24
**parents** 61:23 190:23 267:14
**park** 2:9 22:5 309:15,17 310:11
**parrot** 102:20 143:5 176:13 209:24 222:9 231:13 235:24
**parrots** 23:23 38:24 39:2,4 52:14 81:15 175:4,12 176:19,20 178:2 184:6

185:8,10 188:4 191:18 194:2 195:8,15,24 196:8 198:5,10 200:16 207:4 209:19 218:4 218:25 219:5,8 220:24 222:6 225:7 228:13 228:19,25 229:13 233:21 240:8,24 244:18 246:2 248:19 249:3 251:8 252:14 252:18 256:13 275:9,16,17,25 276:8,13 278:8 279:2,7,11,16 280:4,15 281:8 281:13 287:21 292:14 295:20
**parrots'** 219:19 225:4 230:2
**part** 8:3,4 44:14 102:9 139:23 203:20 243:23 243:24,25 257:20 260:12 267:5 280:8 282:25 303:12
**partially** 47:4
**participate** 156:22
**particular** 18:16 132:7 176:19 239:6 273:16 320:5
**particularly** 183:3
**parties** 3:5 291:15
**parts** 136:24 327:20
**party** 8:7 21:8 21:10,15 24:11 34:24 53:25 244:16 257:21 291:12 299:2 327:24 340:16
**pass** 20:20
**passage** 160:7 160:21
**passed** 129:25
**patient** 323:6
**patrol** 180:7,19 181:4 183:10 183:19
**patrolled** 180:12 217:9,10,11,12
**patrolling** 225:16
**patterns** 81:11
**pay** 151:13,13 151:19 262:5
**paying** 7:16 261:24,24
**pdfs** 15:10 18:9
**peace** 97:19 207:23
**peaceful** 77:20 157:13,15,24 157:25
**peacock** 39:21
**peacocks** 39:19
**people** 5:4 22:8 32:9 34:11,11 34:15,24 36:2 36:5,6,9,10 37:6 38:12 39:9,12,18 48:24 57:9 70:7 71:5,6 72:11 75:15 78:7 80:5 85:10 88:23 89:6,9 91:5,11 91:18,22 95:12 95:15 104:12 105:22 106:17 110:6 115:15 126:20 128:16 138:6 139:5 144:15,19,20 148:22 155:2 155:11 157:12 157:23 163:9 181:20 182:17 205:20 224:15 224:16 276:19 279:8 281:3 299:15 304:9 304:11 311:15 317:25 318:6 325:3 327:5 330:8,10
**people's** 108:22
**percent** 71:6 151:13
**perfectly** 269:8
**period** 29:2 69:8 69:19 231:18 233:8 248:6 322:14 323:11 328:18
**periods** 68:16 81:24 165:6 319:15 324:9
**permit** 318:22
**permits** 318:21
**person** 21:11 75:14 117:3 142:11 143:2 175:3 184:12 193:7 224:15 224:20 258:2 260:9 261:17
**personal** 41:24 53:18 314:24 317:8,16
**personally** 14:12 257:17 287:3 289:15
**perspective** 190:5
**pet** 25:9 32:11 34:5 35:15 36:13,22 74:16 297:13,14
**pet-friendly** 33:19
**Peter** 2:11 109:4 291:2 337:4
**pets** 24:4 25:9 34:5,22 53:10 115:18 271:21 298:24,25 299:2
**petting** 38:7
**PGG** 1:7
**phase** 21:25 54:20
**phases** 61:20
**phone** 10:14,25 11:4 14:2,6,20 49:8,9 64:14 100:18 101:16 101:17 104:11 104:12,13,13 108:7,8,13,16 133:2,4 135:17 135:18,20 136:2,13 143:12,13 163:21,21 189:5 193:11 201:10 204:15 252:15 255:12 256:3,20
**photo** 282:14,17
**photos** 136:4
**phrase** 185:7
**physical** 275:3 276:6,10,15,17 276:20 279:7
**physically** 96:2 136:17,22 261:20 275:16 275:23
**physician's** 280:2
**physicians** 31:16 31:19,22
**piano** 150:12,13 157:21
**pick** 36:13 74:14 204:15
**picture** 54:4
**pictures** 35:4 54:3 300:24
**pile** 137:25
**pillow** 46:13 86:21
**pills** 45:9,13
**pinchers** 312:4
**Pitbull** 276:22
**place** 1:18 62:8 78:10 107:9 151:15 267:18 340:11
**places** 34:13,19 36:16 37:8,11 37:12,13
**Plaintiff** 1:6,16 2:4 4:20
**plan** 322:19,21
**plane** 39:19,22
**planned** 22:4 68:7 97:15
**planning** 67:14
**play** 76:11 149:18 150:5 157:21
**playing** 97:24 130:19,23,25 131:8,15 150:11,12,13
**pleasant** 150:10
**please** 4:7,10 5:6 7:6,7,7 8:20 21:17 33:24 109:8 231:20 269:11 335:7
**plivingston@...** 2:11
**pluck** 82:12
**plucked** 82:5
**plucking** 82:7,11 82:16,18,20
**plugs** 46:12
**plus** 271:23 318:3
**point** 7:20 23:20 27:10 29:17 30:19 51:24

53:2 57:18 58:3,7 67:4 69:6,24 80:13 87:21 88:5 94:17 97:18 104:16 114:22 115:8 116:9 134:7 150:22 153:3 158:4 175:23 182:7 187:9 193:14 202:12 236:12 238:12 244:3 261:18 274:21 281:10 288:5 299:5 324:23 329:7,12
**police** 132:12 133:13,14,17 133:21,25 134:2,3,4,9,16 134:25 135:3,4 135:9 157:3 232:19 234:9 234:15 235:17 235:21
**politics** 305:16
**poor** 35:13 127:15
**possible** 32:23 83:9 131:2 212:5 270:9 290:6
**possibly** 119:12
**post** 56:21 308:16
**post-graduate** 19:14
**Post-it** 228:15 228:16
**post-traumatic** 270:3
**postponed** 14:15
**pot** 74:25 99:2 99:11,16,24
**pound** 104:2,4,5
**pounding** 132:11,24
**pounds** 39:14 58:6,9,9,18
**power** 106:5
**PR** 20:4 26:11 26:12,13 27:15 27:16,19,22,24 28:6,8,11,14 29:24 43:11 302:22 303:6 303:17 309:8 311:4
**practice** 94:21 315:4
**pray** 103:18
**pre-marked** 41:3 118:12 166:23 258:16
**pre-war** 84:10
**preceding** 283:24
**predictable** 322:14
**premise** 248:11 248:13,16
**premises** 180:5 180:9 188:5 209:18 228:2
**prepare** 10:5 36:12
**prescribe** 37:6 221:23 261:12 299:13
**prescribed** 30:21 31:12 221:16,18,21 221:25 222:4 296:11,15
**prescription** 299:12
**presence** 269:21 270:4,10 275:24 276:12 279:16
**present** 2:15 217:14 249:5 292:14
**presentation** 208:2
**presented** 262:9 262:12
**preserve** 135:22
**president** 147:7 147:8,25
**pressured** 273:19
**pretty** 26:19 53:6 62:9 76:8 78:24 116:6
**previous** 18:22 123:2 193:22 197:20 211:12 227:16 273:15
**previously** 9:7 10:18 17:21 18:10 88:8 92:24 137:13 145:21 146:12 154:14 155:8 168:22 180:23 185:25 192:16 201:23 213:11 222:19 241:19 243:15 250:5 253:16 287:10 298:9 306:23
**primary** 45:24
**printer** 64:13
**printout** 303:5 310:6
**prior** 7:24 63:11 88:9 121:14 137:3 140:18 140:23 141:2 156:11 173:5 173:13 181:13 185:15 202:24 222:20,24 227:23 250:12 253:23 304:17 305:2 320:16 321:8 325:7
**prisoner** 44:23 152:2
**prisoners** 152:3
**private** 51:7
**privy** 300:9
**prob** 99:24
**probably** 18:5 35:6 38:25 39:6,12 45:2 58:6,8 89:25 90:11,14 118:15 124:12 158:2 164:15 164:16 218:2 243:22 308:17 326:14,15
**probe** 43:16 48:6 49:17
**problem** 30:23 74:4,5,6,23 131:6 136:2 158:11 172:22 252:18 267:5 334:2,9,12
**problems** 25:23 32:24 43:22 46:21 67:20,24 75:10 243:20 261:18 268:4,5 270:13 321:4 325:11 327:2
**procedures** 318:23
**proceed** 166:12 291:17
**proceeding** 7:2 257:22 315:7 315:25 317:7,9
**proceedings** 257:2,15 315:10
**produce** 15:3
**produced** 56:18 101:9 113:13 120:21 123:13 137:14 138:4 146:13 283:18 285:14 336:9
**product** 162:15
**production** 286:18
**professional** 264:2,22 265:3 265:10 272:14 299:21 300:7
**profile** 54:4
**program** 19:22
**prohibit** 311:4
**prohibited** 311:10
**prohibition** 318:17
**project** 121:20
**projects** 318:7
**promise** 140:8
**prompt** 153:12
**prompted** 18:11
**pronouncing** 26:11
**properly** 270:17 320:25
**property** 279:8
**proportion** 196:20
**Protection** 169:10 170:23 200:22 219:4 235:13
**protective** 336:5 336:13,23 337:3
**protracted** 318:19
**provide** 40:24 117:19 120:12 145:24 279:14 279:24 280:10 280:23 281:6 282:17 295:20 296:13
**provided** 188:10 281:10 282:24 283:3 286:6
**providers** 300:10
**providing** 6:23

281:14,25
**PSB** 28:9
**psychiatric** 32:24
**psychiatrist** 37:4 38:17 39:24 71:16,20 261:3,9,23 262:3,6 296:16 297:18,21 299:7,14,17
**psychiatrists** 37:5
**psychomotor** 273:19 274:14
**PTSD** 266:16 270:9 272:4
**public** 1:20 4:4 20:3 26:13 27:5,13 29:23 302:20,21 311:13 336:18 336:25 338:25 340:8
**pulled** 16:3
**puppies** 35:7 54:7
**puppy** 34:23,25 35:5,6 53:24 54:3,5,15,17 54:20 55:7,8 55:25 299:3
**puppy-warming** 34:24 53:25
**purpose** 6:11 315:14
**purposes** 7:2
**pursuant** 1:18
**pursue** 335:8
**push** 324:17
**pushed** 324:3
**pushing** 324:22
**put** 33:20 59:17 74:18,25 75:2 77:16 85:11,21 86:15,17 87:3 96:10 120:10 137:22 146:2 166:11 170:7 172:2 193:3 215:25 247:16 253:18 266:4 266:25 267:2 293:2 311:2,19
**putting** 24:16 74:15,20 121:19 144:6 275:7 293:2

**Q**

**qualify** 37:24
**quality** 148:20
**quarters** 65:25
**question** 3:10 5:5,6,8,19 8:23 8:23 11:9 18:22 32:18,19 61:13 62:5 72:13 79:20 92:3 108:15,25 121:21,23 131:23 139:17 147:3 161:12 170:9 183:12 183:14 186:24 187:2,4 190:14 192:5 198:8 200:19 207:24 207:25 211:15 214:3 215:18 233:4,5 235:11 239:2,3,4 259:13 263:15 263:19 268:10 268:19,20,21 269:11,13,15 269:17 272:7 276:5 277:4 285:12,16 292:21 294:20 300:5,11 303:18 304:24 309:25 312:21 325:13
**questioning** 314:21
**questions** 4:21 9:5,15,23 10:3 11:25 12:3 19:4 42:2 49:23 98:22 101:3,5 123:7 138:23 219:14 219:16 286:4 302:19 311:3 312:14 315:14 316:6,8
**quick** 40:8 79:20 139:24
**quiet** 23:4 60:24 76:13 81:24 82:5 103:15 109:12,22 114:10,11 148:25 149:19 152:21,22 177:2 178:15 178:16 184:3,4 185:21 189:9 203:9,14,18,19 204:7,13 206:20 207:21 208:7 210:10 211:22 216:12 219:8 233:7 267:6 317:21 318:3,5,25 322:19,21,23
**quieter** 78:25 79:5 186:16
**quietest** 52:13
**quietly** 103:17 104:16 127:25
**quite** 17:16 21:22 156:2 178:15 196:19 233:25 263:25 264:21 273:17 274:22 290:12 292:22
**quote** 125:17 287:25 295:15 300:13,14 301:18
**quote-unquote** 131:15 302:15
**quotes** 287:14 287:15

**R**

**r** 2:2 4:2 145:3 340:2
**R-0020** 137:16
**R-0027** 138:19
**R-0035** 181:17 181:20
**R-0040** 230:17
**R-0073** 137:16
**R-A-M-A-D-E-I** 146:25
**rabies** 278:3
**radio** 62:21 305:25
**raise** 75:4
**Ramadei** 1:9 146:25 147:6 147:11 152:7 152:12 153:5 153:18 154:2 154:14,23 155:13,21,25 293:17 294:23 313:10 325:2
**ran** 77:16 254:8 270:17
**rang** 195:14,23 196:7 198:13
**range** 58:15,16
**rare** 274:2
**rate** 151:20 266:2,7
**rattle** 41:19
**re-ask** 32:22
**reach** 115:25 116:4,11
**react** 105:4
**read** 5:14 11:7 11:13 12:14 16:3 18:7 41:25 48:10 73:9 91:8 94:14 100:25 104:9 105:21 107:15 109:15 110:8 117:25 123:16 125:3,5 125:19,23 126:4,17 130:11,12,21 131:4 145:20 149:22 152:14 157:2 163:4 164:9 172:12 175:23 176:9 187:3,5 191:17 206:25 209:22 212:22,23 217:8,16,19 224:25 234:11 252:21 255:3,5 264:4,9,10 292:11 338:7
**reading** 118:16 126:8 131:11 180:2 191:14 194:6 273:12 325:6
**reads** 65:10 73:6 335:13
**real** 28:18,20 29:8 84:9 309:7
**realize** 177:5 318:12,14
**realized** 99:19
**really** 8:7 12:9 14:8,21 15:21 16:3 17:15 25:23 35:8,10 55:17 56:3 66:8,19 67:16 70:13,18 75:23 80:6 84:3,11 104:16 108:21 109:22 121:22

125:7 127:24 131:3 133:3,3 142:17 143:9 143:20 144:3 145:7 148:25 149:16 151:2,6 151:17,19 153:4 154:16 165:12 169:16 169:16 170:6 170:14 171:9 183:21 191:4 196:25 202:21 202:22 228:20 229:4 233:25 243:17 244:12 245:6 254:9 257:6 259:2 260:14 277:4,5 290:5,11 294:20 312:7 312:12 313:20 318:14 321:10 322:18,19 324:12,14,18 328:13 329:9 333:25
**reappears** 126:21
**reason** 64:19 68:2 117:4 240:2 285:22 307:7 341:5,8 341:11,14,17 341:20,23
**recall** 15:4 65:20 70:15 73:14 93:19 106:8 117:2 139:18 154:16 159:14 161:18,22 162:2,8 176:4 176:14 189:25 190:3 248:25 253:7 254:5 281:14 282:21 283:24 284:12 284:17 285:16 307:5 313:11 325:4 326:4 334:15
**receive** 6:6 8:15
**received** 138:15 262:15 284:25 322:8
**receiving** 46:3
**recess** 118:8 236:16
**recession** 28:2 29:10,10,12
**recognize** 18:3 41:21 51:11 53:22 56:16 60:7 169:15 201:12 282:7 291:9 303:8 307:2
**recognizing** 334:7
**recollection** 73:18 173:7,12 214:19 253:13 287:8
**recommended** 292:4,6
**record** 4:7,10 26:18,25 27:4 41:25 55:3 135:9 138:16 166:14,16 184:25 187:5 189:16 191:8 197:3 231:24 236:18 306:8 306:11 308:6,9 308:11,12 336:3,4 338:10 338:12
**recorded** 287:11
**recording** 161:5 283:10,12 285:13,24 286:25 287:2,5
**recordings** 135:14,16,23 136:7,9,14,16 136:19 137:2,7 288:20
**records** 166:8 169:10 200:3 253:10 268:25 270:7 279:25 280:23 281:7 281:11,15 336:19,24,25
**recover** 244:4
**recovering** 69:5 298:11
**recovery** 69:8
**recurrent** 262:17
**reduction** 162:18
**refer** 211:16 226:11 335:5
**reference** 59:25 64:24 66:4 72:23 73:11 88:20 101:15 125:10 322:4
**referred** 295:3
**referring** 70:11 105:9 139:5 146:3
**refers** 82:17 335:2
**refilled** 71:22
**reflect** 177:18
**reflected** 211:11 212:10 214:8 214:15
**reflects** 193:18 215:16 216:2 217:24 218:19 236:23 247:18 249:15
**refresh** 260:7
**refused** 158:11 189:9
**refuses** 185:19 186:11
**regard** 246:25
**regarding** 18:12 137:10 273:5 288:24
**regardless** 109:24
**register** 193:10
**registered** 193:11
**regretted** 148:12
**rehab** 66:25
**related** 102:14 269:18 279:20 340:15
**relates** 210:4
**relating** 50:20 138:7 281:7,11 336:20
**relations** 20:3 26:14 27:5,14 29:23 98:12 302:20,21 311:13
**relationship** 115:21 321:4 324:7 326:20
**relax** 61:10
**released** 66:25
**relevance** 304:15 323:25
**relevant** 263:5
**relying** 302:8 310:5
**remark** 99:23
**remedies** 335:9
**remember** 11:13 13:3,5 14:9,21 50:22 52:5,16 52:20 53:5 62:6 80:4 107:17 128:25 132:4,5,7,10 133:12 134:19 134:21 142:17 157:21 158:25 159:2,4 160:19 170:14,18 171:10 173:15 197:6,7 201:8 202:4,12,21,22 203:4 204:24 205:8 213:25 226:20 228:5,6 241:18 245:6 253:6,15 254:10 255:21 258:21 259:2 262:21 278:23 288:12,17 307:9,22 313:7 313:19,20 325:6 328:25 332:7 333:15
**remembered** 15:11,22 16:2
**remembering** 173:11
**reminded** 15:19
**removed** 85:7
**rendered** 224:10
**renovate** 106:17 106:18 318:21
**renovated** 59:17 59:24 84:25 85:7 87:2 88:8 88:10 107:20 158:15 267:12 267:15
**renovating** 106:16
**renovation** 59:23 84:24 88:14
**rent** 48:25
**rent-controlled** 84:2
**rental** 25:21 83:25
**rented** 22:20 142:7
**renter** 141:24 144:7
**renters** 142:8
**rep** 297:16

**repeat** 206:15 297:10
**repeated** 101:17 101:23
**rephrase** 235:11
**replace** 85:19
**replaced** 44:6
**replied** 284:24
**report** 25:24 135:9 170:22 171:11 173:3 175:21 177:9 181:6 189:21 195:5,20 196:2 196:5,6,10 205:12,15,16 205:17,18 206:4,4,5 208:14 215:19 215:21,22 224:22,25 225:21 226:8 229:11,15 231:4 234:2 251:7 270:18 280:7
**reporter** 1:20 4:6,9 5:11,20 5:22 17:24 26:15 40:25 117:20 137:19 145:24 146:14 166:22 184:12 187:6 236:11 258:13 282:2 286:16 340:7
**reports** 31:21,24 169:12 170:20 188:8 196:16 197:21 200:20 208:11,15,17 208:18 210:14 211:16,17 219:15 280:12 336:18
**represent** 4:19 293:16
**representation** 7:21
**represented** 6:2 315:11
**representing** 3:19 6:14
**reproduced** 129:18
**request** 18:17,23 85:17 286:20
**requested** 10:8 86:3
**requesting** 15:3
**require** 153:19
**requires** 31:9
**rescheduling** 14:18
**rescue** 36:5 76:19
**reserved** 3:10
**resettle** 137:22
**resident** 216:11 312:15,16,22 313:9
**residents** 33:12 61:5 156:23
**residing** 256:9
**resolution** 237:6 237:8
**resolve** 252:17
**respect** 317:24 323:3
**respective** 3:4
**respond** 9:4,14 9:23 10:2 67:22 85:16 94:13 107:2 110:21 238:13
**responded** 56:22 99:20,24 105:15 156:10 173:17 226:5 229:11 294:24
**respondent** 195:11 198:14 248:16,19
**Respondents** 293:16
**responding** 100:22
**responds** 58:19
**response** 5:22 15:6 100:8 156:10 173:24 174:8 175:18 178:25 187:10 187:16 197:11 201:25 208:21 224:18 226:4 228:2 235:8,22 236:3 239:16 240:14
**responsibility** 85:13
**responsible** 35:10,15
**rest** 53:14 157:2 274:24
**restaurants** 34:21 319:22
**restrictions** 33:11
**result** 44:20 50:2 190:13 206:10 215:15,24 216:18 218:14 228:13,18,24 229:7,13 237:16 247:17 247:22 265:21 266:15 275:17 276:7 300:12 301:16 340:17
**resulted** 212:9 214:22 242:13 252:2
**resulting** 269:21
**results** 199:15 209:5 270:14
**resume** 101:5
**retain** 7:19
**retained** 6:17,18 7:15 8:8,10 293:15 339:10
**retribution** 322:6 335:3,6 335:14
**retroactively** 297:24
**return** 8:16
**revealed** 180:7 217:13 248:14
**reverse** 91:10
**review** 6:7 8:16 139:24 146:8 336:5
**reviewed** 31:18
**reviewing** 64:17
**revised** 284:13 284:14
**revisiting** 137:24
**rhetorical** 92:3
**Rhode** 62:3
**ride** 249:11
**ridiculous** 292:23
**riding** 66:9
**right** 7:13 8:2 9:18 11:18,19 14:3 18:10 26:25 39:23 42:10 43:6 46:18 48:8 51:5,15 53:8 53:18,19 54:8 56:23 57:20 58:22 63:9,13 63:22 64:6,9 69:13 70:16 79:10 80:10 82:23,24 83:23 89:3 90:7 93:2 93:3 96:20 97:3,13 99:22 102:18 107:15 109:20 110:11 114:2 115:9 119:25 120:12 122:9 123:19 124:12,22 125:12 128:24 129:20 135:14 136:11 137:10 139:16 142:19 142:24 144:10 145:3,12 146:25 147:2 152:8 157:5,12 157:14,24,25 159:20 166:10 169:21 170:25 171:4 173:17 174:23 175:7 177:10,12,14 177:15 178:12 179:3,8,10,15 180:2,20,25 181:9,22 182:9 182:24 183:11 185:16 186:8 186:22 187:12 187:20,24 188:5 190:11 191:14 195:2 196:4,17 197:16,25 199:20 200:6 200:12,16,23 202:2 203:24 205:11 206:9 208:9 209:3 210:15,25 213:16 214:2 215:17 216:4 216:24 217:25 218:21,25 223:13,21,22 225:20 226:9 226:25 229:5,6 229:14,22 230:19,22 231:3,7,8,10 231:14 232:23 233:10 235:10 235:14,18 236:25 237:4 237:19 238:3,7

238:17 239:7 239:17,21 240:11,16,20 241:8,21 242:5 242:18,25 243:24 245:22 246:2 247:16 247:20,23 248:6 249:9 250:3 252:24 259:25 263:14 265:25 271:21 273:10 274:5,7 274:17 276:21 276:25 279:12 281:18 282:12 282:15,25 284:15 285:3 290:14 295:14 296:3 298:7,12 298:17 299:24 301:5 302:16 302:24 303:14 306:19 308:22 309:2,9,12,13 310:7,9,16,18 310:21 311:21 315:18 318:25 326:18 328:8
**right-hand** 111:17
**rights** 154:7,8,9 317:21
**rile** 234:25
**riled** 76:11 98:17
**ringing** 143:12 143:13
**rings** 201:21 203:8
**rise** 315:9
**robe** 235:4
**rocky** 324:7
**roles** 318:23
**room** 34:3,3 77:17
**room-tempera...** 75:3
**roster** 205:6
**roughly** 58:3
**routine** 38:13 89:14
**ruined** 44:24 77:19 97:20 148:7
**ruining** 44:21 128:5
**rules** 5:2 148:21 157:12,16,20 157:23 163:4 165:21 190:17 280:17,20,21 280:22 311:4,8
**run** 292:20 320:25
**running** 270:25 271:11,23 320:22
**runs** 66:14
**rural** 302:4
**Rutherford** 1:9 16:6 20:7,18 33:5 59:7 60:4 102:23 117:9 140:22 144:10 196:4 200:5 237:18 238:2 253:20 256:6,9 256:25 257:8 257:16 259:16 260:4,8 280:11 288:8 290:10 293:16 312:16 312:22 313:9

**S**

**s** 2:2 3:2,2
**S-P-E-E-R** 28:10
**Sadie** 52:22
**safe** 261:21 262:2
**safety** 275:10,11 275:12,13,23 276:7,11,14,15 276:17,20 277:13,15
**Saint** 323:18 328:18
**Sam** 232:14 243:5,6
**sanctuary** 65:21 66:5,6 67:5 68:2,6,10,21 68:24 69:25 74:8 76:19,23 77:15,16 78:4 78:6 97:15 98:19 297:15 297:15 329:4
**sat** 22:19,22
**Saturday** 207:7
**saved** 64:16 136:7
**savvy** 137:8
**saw** 32:10 99:9 127:25 129:14 148:5 243:13 249:7 250:5 255:3 256:12 258:6 260:12 273:13 274:3,9 288:16 319:10 326:23
**saying** 6:15 13:3 39:19 74:9,24 77:22 80:16 91:18,24 99:2 101:15 108:13 108:19 109:25 113:22 130:18 155:21 183:7 201:11 223:16 223:17,23 246:24 250:8 255:10 265:7 292:16 294:24 320:20 330:17 330:19
**says** 51:18 83:14 96:18 106:13 125:19 127:7 155:13 179:24 181:6 185:18 188:6 192:2 194:15 196:5 205:15 206:5 209:4,10,13 215:13 218:3 224:25 225:11 229:15 230:4,6 230:12 240:7 240:21 241:5 242:21 245:24 249:24 259:16 262:11 275:6 293:13,23 295:9 303:20 307:19 310:13 310:15 317:18
**scanned** 12:21 176:10
**scared** 36:18 320:10
**scent** 226:22
**schedule** 13:10 13:11 149:11 150:17 152:4,5 152:6
**scheduling** 13:21 14:17
**school** 19:19 330:4,9,12,13 330:15,15,20
**schools** 50:14 306:15
**scratch** 278:16
**scratched** 119:5 119:21 278:21
**scratches** 278:17 278:24
**scream** 49:10,12 97:6 104:18,23 104:24 150:20 151:3 178:3 184:8 249:25 250:14,16 301:22
**screamed** 17:2
**screaming** 16:18 16:25 17:5,6 17:10 43:24 73:7 77:20 81:8 98:3,4 100:7 104:15 114:12 119:8 132:15,25 133:4 150:2,9 152:10 153:2 175:12 177:19 195:8 198:5 218:4 226:14 240:7
**screams** 47:16 79:18 207:10
**screech** 172:14
**screeching** 172:19 175:13 176:21 195:9 198:6 225:4 230:8
**screen-shotted** 15:12
**scribbled** 15:23
**scribbling** 117:25
**sealing** 3:5
**search** 15:9
**second** 28:14 95:18 139:23 172:13 184:5 185:18 213:6 231:5 233:13 239:24 240:3 259:18 262:8 264:16 293:4 301:19 314:6,7 333:19 334:13
**seconds** 90:5 182:19
**section** 172:10 174:16 220:23 303:13 304:22 305:7
**sections** 73:23

**see** 11:12 18:5 18:18 29:7 33:22 42:5,19 42:22 44:13 45:5 51:19 57:3,15 60:25 61:11 64:25 65:8,12,23 68:17 71:14 73:25 74:14 79:23 80:19 83:13 88:25 94:11 95:23 102:16 103:3 103:22 105:10 106:19 109:19 111:6 112:15 114:20 121:16 122:23 124:6 125:17 138:4,9 141:20 142:4 146:19 148:2 153:10,24 154:11 155:5,6 155:15,22 156:12,15,16 157:8 158:18 159:17 160:7 160:13,22 162:25 166:6 170:7 172:23 174:14,15,19 175:4,16 177:23 178:24 179:13 185:4 188:7 189:17 192:10 193:19 194:4 197:4 200:24 201:21 205:6 206:12 209:7,21 210:6 210:10,12 211:12 212:13 213:3 215:2 216:20 220:25 224:24 228:13 229:3,19 237:10,13 238:3 240:8 241:16 248:2 248:22 249:16 252:6 253:24 259:14,15,24 260:3,19 262:9 264:24,25 272:24 273:7 273:23 274:6 287:23 291:3 293:10,21 294:4 298:23 304:25 305:12 308:18 309:19 313:25 329:14 331:5,7,23 332:17,19,25 333:3
**seeing** 50:12 74:16 157:22 176:4 226:20 228:22 310:7
**seek** 221:3,8 322:5
**seeking** 13:2
**seen** 31:21,23 45:5 139:2,4 169:4,6,25 170:4 173:20 184:19 192:23 194:10 204:2 205:9,16 208:11 210:13 224:5,8 227:20 241:18 255:6 256:20 258:17 264:7,14 268:6 271:12 291:3,4 311:24 321:18
**self-employed** 19:25 151:17 151:18
**self-mutilation** 82:8
**sell** 22:22 48:22 106:17 327:13
**send** 6:5,8 8:13 45:6 197:10 233:9 246:9
**sending** 40:20 140:23 141:3 181:8 210:22 230:15 270:14 317:4
**sense** 36:3 109:23 183:22 277:5 294:21 324:14
**sent** 10:7 11:2,8 15:9 18:7,8,19 135:24 137:9 145:18,21 175:19 176:2,3 176:6 179:2,12 189:25 197:13 201:19,24 203:2,6 204:11 206:17 207:18 208:4 210:9,16 211:21 230:18 233:11 258:20 259:2,5 283:25 284:21,22 285:4,17,18,19 286:2,8,10,13 286:15,25 287:9,10 291:6 291:8 300:24 321:21
**sentence** 134:12 223:3 262:11 264:17 273:3
**sentences** 218:10
**separate** 145:20 227:3
**September** 1:12 152:13,19,24 156:15 163:12 284:3,7,10 338:8
**sequence** 146:18 168:22 169:24 227:6
**series** 4:21 12:10 63:21 73:5 118:13 165:10 336:23
**seriously** 210:18 210:19,20
**serve** 158:7 263:25 264:21 265:11
**served** 15:2
**service** 305:23
**set** 62:19 77:20 103:16 166:3,5 190:25 340:20
**sets** 144:19
**settle** 95:2
**settled** 165:4
**setup** 26:10
**seven** 121:16 126:6 165:22 196:16 199:19
**severed** 265:4
**sex** 57:9 58:21 59:2,8
**shafts** 84:23
**shake** 266:8
**shaking** 5:23
**shame** 70:6
**shared** 241:15
**shareholder** 318:24
**shareholders** 140:22
**SHEET** 341:2
**shift** 26:22
**shock** 141:15
**shoes** 182:3,9,15 182:16,17
**shopping** 319:23
**shorthand** 1:19 192:14 340:6 340:13
**shortly** 118:10 197:24 298:15
**shot** 278:3
**show** 66:11 183:9 203:15 204:5 219:7 229:18 321:12
**showed** 24:10 130:19 131:9 177:5 178:11 183:18 187:11 219:18 231:2 233:19 235:7 235:22 273:14
**showing** 135:9 191:9,10 320:24
**shown** 173:3 288:15
**shows** 176:22 187:18,20 191:12
**shrieks** 207:9
**sick** 43:10,17,18 43:20 95:3,5 109:13 271:22
**side** 21:13 38:14 92:25 93:4 125:11 142:24 146:2 215:25 237:7 247:17 253:19 333:16
**sides** 124:15
**sideways** 244:19
**sign** 336:5
**signature** 295:4 340:23 341:24
**signed** 3:13,16 23:4 80:4 294:6 326:7 338:20
**signing** 42:9
**signs** 215:10 273:16
**silent** 80:10
**similar** 164:12
**simply** 212:5 223:17 246:5 258:2 260:9
**sincerely** 99:15
**single** 167:17,18

168:6,13,15 184:5
**single-page** 168:3
**Sir** 268:9
**sister** 326:23
**sit** 103:17 150:2 257:25
**sitting** 61:10 105:3 235:3
**situation** 44:18 205:21 287:20 289:6 316:23
**six** 46:18 49:4 55:14 196:16 200:4,5,10,10
**size** 39:11
**slam-door** 115:22
**slammed** 114:17 116:3,18,20,23 245:16 246:19 326:17
**slamming** 116:7
**sleep** 43:22,23 46:11,15 48:11 48:14 50:5 96:10,12 144:23 148:4 149:14 152:4 152:11 198:15 207:23 222:13 235:3,5 236:10 265:21 266:22 271:7,10 273:21 279:18 279:22,23,23 292:19 322:22
**sleeping** 110:23 113:2
**slept** 68:25
**slightly** 173:11
**small** 34:2,19 36:15 228:20 229:5 312:7,8 313:24 314:2 314:12,16,18
315:18
**smell** 226:15 228:3 229:11 229:13
**smelling** 226:21
**smells** 228:12,18 228:24
**smoke** 59:19 87:7,19,22,22
**smoked** 87:6 330:4
**smoker** 87:6
**smoking** 87:8,20 324:10 333:14 333:16,18,18
**sneak** 299:6
**sneeze** 59:14 93:23
**sneezing** 93:25 94:3,4
**social** 22:4 224:14
**socialize** 36:17
**socialized** 35:11 327:22
**socializing** 319:20 326:19 328:10 331:15
**Society** 76:21
**sofa** 149:25 267:19
**software** 136:2
**sold** 327:10
**solid** 84:11
**solution** 110:20
**somebody** 16:7 60:4 142:23 164:13,13 192:21 201:10 202:24 213:13 214:5,10 220:3 225:18 240:6 315:5
**somebody's** 311:5
**someone's** 68:24
**something-aw...** 127:11
**something/so...** 164:5
**soon** 119:7 149:25 150:7
**Sophia** 40:16,17
**sorry** 7:15 14:22 35:8 43:2 52:17 66:10 110:18 111:3 133:16 134:14 140:4 186:5 215:20 229:2,8 233:3 238:10 257:7 267:24 268:9 277:5 304:5 323:5 330:11
**sort** 22:11 56:14 61:18 62:22 86:20 87:13 298:10 326:24
**sorts** 25:9,22
**soul** 38:9 47:14
**sound** 22:24 23:7,10 47:9 79:10 86:19 92:12 105:19 137:7 154:7,9 154:10 155:4 155:14 184:6 223:4,5 250:2 250:20,22 283:10 286:11
**sounded** 47:3,5 47:8 79:16,17 81:4 133:3 223:17 250:6 251:4,10
**soundproof** 83:15 84:17 85:2,12,17,18 86:3,4,24 88:3 88:21 115:6 116:14 140:8 158:12 161:10 161:15 185:20
186:11,12,17
**soundproof-w...** 88:17
**soundproofed** 111:19,21 116:12 186:14 186:15,16 190:21
**soundproofing** 110:19 111:4,9 112:3 160:11 160:20 161:2,4 161:4,7 162:5 162:15 186:3 186:19 187:7 207:17
**soundproofs** 114:20
**sounds** 47:10 79:18 81:6,9 223:14 224:3 250:10 288:4
**Southern** 1:3 2:3 4:18 294:3 294:13
**space** 39:9 308:6 308:12
**spaced** 122:22
**Spain** 42:18
**spanning** 43:5
**spasms** 67:10
**speak** 21:21 128:13 140:10 140:21 153:15 161:6 236:7 253:22 281:20
**speaking** 140:11 225:21 232:9 248:18 251:24 331:21
**speaks** 179:5 200:8,18 211:3 217:18 219:11 231:16 232:8 304:20
**special** 162:13
**specialist** 44:13
45:5
**specific** 72:13 145:18 161:12 178:6 186:19 263:4 272:15
**specifically** 73:13 108:18 118:20 120:3 121:2 134:23 161:3,9 255:22
**specifics** 9:20 19:3 53:14 88:18
**speculations** 300:5
**speech** 273:20
**speed-date** 7:4
**speeding** 164:2 164:7,13
**Speer** 28:9
**spell** 27:20
**spend** 12:24 38:13 88:4 220:19 274:4 332:21
**spent** 66:20 67:2 106:21 220:2 256:11 270:24 326:24
**spite** 153:22,22 154:15,17,21
**spoke** 10:8,13 14:2,5 128:25 129:9 205:10 205:13 208:13 208:20,24,24 248:23 252:15 282:12
**spoken** 31:15 260:25
**sponsor** 20:19 20:21,23 22:21 22:21 142:8
**sports** 319:21
**spot** 7:5
**spurts** 81:23 97:22 151:6

**square** 57:24 327:16
**squawk** 76:6 184:7
**squawking** 76:7 76:10,12,14 81:7 98:3 131:22 175:13 177:20 218:4 225:4 248:14
**squawks** 207:10
**squawky** 25:2
**ss** 338:4 340:4
**staff** 131:25 205:7 305:24
**stairs** 324:4,17 324:22
**stairwell** 324:13 324:16
**stalks** 126:18
**stall** 39:11
**stamped** 168:5,7 168:8,10,12
**stand** 89:10,11
**standard** 315:3
**standards** 84:12
**standing** 196:23
**stands** 50:21 225:18
**stare** 127:20
**start** 44:16 62:24 82:11 103:18 117:8 119:7 131:22 133:8 139:12 140:3,5,18 146:10,17 153:16 157:3,4 218:23 293:6
**started** 16:25 29:13,15 43:21 46:5 48:3 53:9 56:6 68:6 70:4 75:8 78:5 82:16 87:8 95:4,6 103:19 103:20 104:2 111:3 112:16 119:2,4 132:10 148:7 149:2,25 150:5 165:5 242:24 245:9 247:12 317:3 323:4 333:10 333:22,24 334:7
**starting** 42:3 49:20 102:4 327:8
**starts** 94:6 102:4 137:15 185:7 293:7
**state** 1:21 4:4,6 4:9 55:19 280:12 313:18 338:3 340:3
**stated** 198:14 208:19 317:20
**statement** 183:21 211:10 228:2 302:7
**statements** 302:9,11
**states** 1:2,5 2:3 4:19 175:24 211:6 293:7 294:2,12
**stations** 305:25
**stay** 66:24 68:16 100:3 179:21 257:10,12 267:16,18 290:6 317:14
**stayed** 66:17 82:3 95:2 98:17 107:7 209:11 220:10 224:23 229:21 240:19 248:5 252:5 267:13
**staying** 95:3 267:15
**stenographer** 11:25
**Stenotype** 1:19 340:7
**stepfather** 24:9
**stick** 125:14
**STIPULATED** 3:3,8,12
**stomach** 220:25 221:4,7,9
**stood** 193:25 198:9 210:17 225:9
**stop** 55:5 56:2 85:24 86:19 104:3 119:6,9 128:8 133:7 140:11 147:18 149:9,14,20,21 170:18 182:6 184:7,8 191:6 245:5,10 247:7 247:10 257:11 257:13,13 258:5 280:21 317:12,12 333:11
**stopped** 54:19 54:21 55:12 87:20 119:4 128:17 207:13 232:16 234:23 236:6 245:8 248:24 251:24 252:23 278:18 328:7,9 333:9 333:12,14,20 334:14
**stops** 121:8
**store** 32:11 74:16 297:14 334:5
**stories** 305:15 306:4
**storing** 61:6
**storm** 78:12,18
**story** 36:23 76:17
**straight** 172:14 172:19 176:21
**strange** 68:19 105:23
**stranger** 148:16
**street** 2:4 4:12 22:25 127:20 253:24 256:20 274:7,10
**stress** 44:6,9,14 44:15,18 45:10 46:8,8,22,25 48:10,11,14,20 50:4 222:18 266:4 270:3 271:6,10,24 279:21 280:7
**stressed** 82:15 148:3
**stressors** 262:15
**stuck** 78:13,17 151:21 183:9
**studies** 48:10
**studio** 57:23 94:10 95:4,6,8 95:10,16 161:5 185:8 311:22
**studios** 95:14
**stuff** 14:19 40:20 46:24 51:8 72:12 82:22 151:7 152:8 266:18 284:23 328:6
**subject** 166:19 336:12,22 337:3
**subjects** 306:14
**submit** 20:17
**subpoena** 1:18 15:2,4,7 18:11 18:13 176:9 258:21 284:14 284:18,22
**subscribed** 338:20
**subscription-o...** 305:24
**substance** 162:5
**suburbs** 24:2
**sucks** 149:4
**sucky** 91:4 92:4 92:6
**sued** 313:12,15 315:6,22
**sufficiently** 138:22
**suggest** 156:16 159:22 160:6,9 160:17,24 161:13,17,20 161:24 162:6 162:10 254:2
**suggested** 160:11,14,15 161:2,6,9,10 161:14 162:16 327:15
**suggesting** 99:15 223:8,12 270:8
**suggestion** 111:13 223:25 327:7
**suggestions** 111:14
**suit** 19:3 294:18 314:4,11,18
**suits** 153:22,23 154:15,18
**sum** 199:17
**summer** 67:2 150:17
**sun** 22:23 23:2 150:18,19 178:3,3
**Sun-Times** 306:2
**Sunday** 130:13 207:7
**sunny** 23:3
**super** 23:3 55:20 61:4 84:17 85:22 255:20 255:24
**supers** 17:14

**support** 12:7,12 30:20 31:10,13 32:3 37:8,10 37:12,16,18,20 37:22,25 38:5 38:11 39:20 264:3,23 265:5 265:8,11,14,15 265:17 267:4,9 272:13,16 295:21 296:13 296:20 297:7 297:22,25 299:10,12,17 324:20
**supposed** 14:13 14:14 37:9 38:3,6,7,7 61:7 86:18 109:23 156:8 246:12 274:15,17
**supposedly** 17:13 76:24 77:3 154:6 238:8
**sure** 15:21 16:15 16:20 18:15 22:9 23:6 32:21 35:12 37:23 53:8 69:25 72:13 74:2,18 77:14 79:14 85:9 99:3,6,14 103:15 104:17 113:23 121:22 123:2 126:7 130:4 131:7,20 132:2 135:25 145:4 170:5 183:14 202:7 202:14 206:3 225:3 230:4 237:9 243:22 243:25 258:21 261:16 268:8 271:2,15 275:20 291:2 292:10 300:18 304:14 307:25 308:4,15 312:21 318:25 324:12 326:7 327:14
**surgeries** 14:9 14:23,23 271:3
**surgery** 14:16 66:14 243:21 244:5 254:15 254:16,21 270:22
**surprise** 32:6,9 118:15
**survey** 156:16 156:19,22
**survive** 75:23 141:17
**survivor** 9:8
**sweater** 82:18 82:20
**switch** 70:7
**switched** 17:13 27:5 44:10 70:2
**sworn** 3:14,16 4:3
**symptoms** 48:3 262:13 266:6,9
**system** 172:3,5 214:14 247:19

**T**

**T** 3:2,2 4:2,2 338:2 340:2,2
**take** 5:20,22 8:19,24 12:2 12:14 13:17 16:14,16 33:4 34:19,20,20,21 37:11 39:9 42:21 43:3 49:9 52:23 54:3 62:11,25 63:3 67:21 68:11 98:9 102:7 109:14 112:13 118:5 119:5 121:15 130:9 138:2,8 138:24 148:11 149:23 163:16 165:11,24 171:5,6 178:18 178:21 180:15 182:16 190:18 190:20 191:5 197:6 199:8 217:22 230:16 236:14 264:8 300:22 314:16 316:11
**taken** 1:16,18 9:2 12:22 13:9 66:12 98:7 118:8 158:2,3 158:3 236:16 252:20 296:10 297:20 309:23 338:7 340:10
**takes** 29:4
**talk** 10:11 16:5 36:19,24 38:9 40:18 91:22 98:25 104:16 116:2 126:22 142:14 143:4 143:13 159:15 159:19 170:21 234:24 242:15 245:7 304:17 312:20
**talkative** 165:25
**talked** 11:22 13:21 35:23,23 37:5 47:23 48:19 80:5 85:3 88:16 115:15 141:4 143:11 180:16 220:22 235:12 300:25 302:20 305:3 324:13
**talking** 33:23 62:3 91:25 95:9 120:3,5 133:19 183:25 196:19,21 225:25 226:3 229:8 233:12 249:3 275:20 304:14 312:19 314:23
**talks** 275:6 304:25
**tax** 151:14
**team** 309:22,22
**technically** 39:15
**techniques** 159:17
**technology** 136:15
**teenager** 330:5
**teenagers** 327:11
**teeth** 222:24
**tell** 5:6 11:5,10 11:14,20 12:25 13:7 16:16 17:9 21:9 44:25 48:23 68:18 77:25 79:6 93:17,20 101:9 103:23 104:8 105:24 106:4 121:2,24 125:25 126:14 147:14,22 149:19 178:25 180:2 186:10 197:18 203:16 211:19 212:3 214:10 217:20 251:13 259:8 261:23 262:4 283:19 284:4 295:16,17 297:19 299:7 299:25 301:24 307:15 324:2
**telling** 103:20 104:2 152:7,9 159:2 176:18 213:15
**tells** 79:12 84:7 203:19
**temporary** 247:9
**ten** 267:17
**tenants** 1:9 33:5 59:7 140:22 144:9 153:8,13 153:16 155:8 259:16 260:4 293:17
**tend** 197:21
**tension** 45:4,11 45:18 50:9
**term** 50:11
**terms** 50:10 122:20 316:23 317:9
**test** 74:3 258:24
**testified** 4:5,22 54:23 192:16 201:23 203:20 214:4 274:5 315:7,24 316:4
**testifying** 3:19 178:22
**testimony** 5:15 144:18 219:11 222:3,22 235:20 241:23 338:7,11
**testing** 83:8
**tests** 270:17 271:11
**text** 41:11 63:21 63:24 64:6 65:7,10,14 68:18 70:5,8 71:14,24 72:22 73:6,22 80:15 83:14 88:18

91:3 94:7,22 95:17,18 100:5 100:9,21 102:11 105:9 106:13 107:3 110:5 113:13 129:3,4 186:4 186:6 241:18 255:25 261:4 293:13
**texted** 80:22 186:2
**texts** 10:25 11:3 15:11,12 70:4 70:7,9 73:5 83:11 98:22 100:25 101:8 113:12 114:4 186:7
**thank** 52:11 99:13 125:22 128:13 184:13 217:22 232:11
**thanks** 7:14 51:18 323:6
**Thanksgiving** 64:2,25 65:4,5 65:17
**Thanksgivings** 63:15
**theory** 37:20 208:2 216:14 219:9,13,17
**therapies** 271:18
**therapy** 45:7 66:22 71:7
**thereof** 340:18
**theses** 39:2
**thick** 84:11
**thicker** 92:11
**thickness** 92:14 92:20,22
**thin** 59:13 182:13
**thing** 12:22 18:16 36:25 44:25 61:18 62:20,22 68:9 68:19 81:9 84:24 86:17,20 86:21 105:4 128:7 161:19 161:23 162:3 172:12 247:10 255:2 257:20 259:8 264:4 265:25 292:22 311:11 312:5 327:13
**things** 14:11 15:23 22:11 35:14 40:9 43:21 45:16 51:10 62:7,18 62:24 63:6,7 68:22 74:12 81:17 83:3,4 98:13 111:15 118:22,25 119:19,22,22 119:22 120:18 124:18 136:3 138:25 139:3 139:10 144:4 155:12 212:8 236:4 246:8 263:22 264:18 266:10 268:7 270:14 271:8 271:21,22 272:20 273:25 275:2 279:20 281:4 292:6 295:3 311:23 315:8,11 318:20 320:23 320:25 324:11
**think** 14:7,19 18:19 21:14,17 31:2,6 33:2 34:4 39:13 41:16 43:7,13 46:6,10 52:2 53:12,23 54:6 55:10 58:10 59:4,17 61:22 64:13 71:6 76:25 79:8,11 80:12 81:11 82:3,17,19 85:19 86:6,7 87:6 92:8,12 92:18,24 95:12 95:14 98:14 99:11,17,18,23 101:12 109:18 115:10 116:24 119:12,16 123:15 124:8 124:11 125:9 126:25 130:17 131:5 132:15 133:24 135:4 136:5,6 137:23 145:6 150:22 153:20 155:16 157:10,14,20 162:12 164:11 171:7,9,13,14 176:15,23 188:6 192:19 193:9 194:11 196:9 197:9 198:25 199:16 202:11,13,16 208:18 217:10 224:9,11 230:5 240:2 245:24 251:12 254:8 254:12 255:15 255:16 256:11 256:13 257:4,5 257:10,11,18 258:4,19 263:15 265:9 265:13 277:4 277:22 279:9 284:23 285:4 288:9 289:18 293:14 296:22 296:25 297:4 306:7 307:7 310:2,10,25 312:7,24 318:4 319:20 324:10 324:23 326:22 328:3,25 330:6 330:7 333:12 333:20,22,25
**thinking** 77:13 98:12 109:21 202:19 329:7
**thinks** 102:14 290:18
**third** 42:17 201:19 287:16 296:4
**thorough** 287:19 289:5
**thought** 8:5 12:20 13:14 24:18 32:12 44:2 45:17 50:15 53:10 57:2,7 68:17 80:19 81:2 82:3 85:21 86:10 89:21 97:14 119:6 132:16 141:13 152:20 207:13 211:8 212:6 221:15 276:2,4 317:11,13,14 320:8 330:14 334:2,4,8,11
**threat** 275:9 276:2,5 277:2 277:13,15
**threaten** 207:18 321:25
**threatened** 261:19 275:23 276:12,20 320:7
**threatening** 138:14 246:10
**threatens** 246:11
**threats** 320:19
**three** 28:24 60:15,22 65:24 66:18 67:15 69:20,21 81:13 106:16 117:22 119:10 120:4,7 130:23,25 131:15 149:12 165:17 188:25 200:4 214:17 218:24 271:17 296:17 311:2 318:9
**three-page** 117:23 168:11
**threw** 15:25 121:17 128:18
**throw** 226:13
**throwing** 21:15 141:10
**thrown** 66:11 69:9
**Thursday** 328:23
**tics** 44:17
**till** 207:12,15
**time** 1:18 3:10 5:5 8:19 12:23 13:17 14:5 15:18,24 16:7 16:22 20:15,25 22:3 23:11,24 24:21 26:15 32:15,24 34:9 36:16 38:13 43:9 48:17 53:16,16 54:4 55:13,22 56:5 57:6,6,12,14 57:14,18 61:14 61:14 68:5,16 69:23 70:22,24 71:10,15 73:18 80:9,21 81:25 87:9 88:23

89:5,8 92:21 94:22,22 96:10 96:11 97:8,11 98:14 106:21 107:10 109:12 115:19,19 118:9 129:23 136:16 165:6 165:10,16 169:16 170:6 172:17,25 174:10,12,17 180:6,11 183:2 184:13 185:12 191:11,19 192:17 193:14 196:16,21,22 197:22 203:15 204:4,7 209:17 209:20 212:19 213:18 215:8 217:15 219:6 219:18 220:19 224:13 225:5,8 230:3 231:18 232:4,6 234:22 235:8,9,16,21 235:23 236:11 236:17 240:25 241:3,7 245:14 248:12,21 249:5 251:4,7 252:3,11,19 253:4 256:5,8 256:11,12,12 256:17 264:8 267:14 270:24 271:14 274:4 274:19 278:13 278:19 287:11 288:11 291:23 308:14 312:15 313:8 315:17 316:6,17,19,19 317:3,3 319:15 320:2 322:14 323:11 324:5,8 324:24 326:2 327:7 328:18 328:24 330:3 332:3,21,24 334:13 340:11

**timeline** 297:23

**times** 8:21 10:11 10:14 14:3 21:24 22:19 36:7 38:4 59:4 63:19 107:10 128:11 151:3 174:15 178:14 178:15 195:12 198:16 199:18 199:19 200:11 200:13 206:18 207:19 208:5 214:17 216:9 218:7 231:2 233:14,16,17 236:3 278:10 278:15 329:4

**Timothy** 202:10 202:15,16,17

**tiny** 55:16

**tiptoe** 104:20

**tired** 238:11

**titanium** 66:14

**TMJ** 44:9 50:7,8 50:19

**today** 4:21 5:3 6:12 7:2 9:5 10:3,6 65:11 221:13 227:23 257:25 284:6,8 284:15 289:20 317:20 325:5 331:20 336:11

**today's** 126:2,15

**told** 11:13 15:15 15:18,21 16:23 17:17,18 34:22 35:3,4 44:5,9 55:8 57:8 74:10,11 76:17 77:22,24 79:24 92:9 93:23 111:11,20 112:18 113:8 113:17 114:8 116:12 117:11 130:17 131:7 133:12 134:3,8 134:10,15,17 152:21 158:12 163:18 176:25 189:7 190:22 198:25 202:25 204:18,18,20 205:2 211:23 211:25 213:13 213:21,22,23 213:25 214:5 214:18 243:20 245:3,3,13,14 253:15 261:22 270:11 279:18 279:19,19 295:14,17 296:18 298:25 299:21 302:2 302:17 305:5 320:6,10 326:8 331:12,13

**tomorrow** 68:11 329:10

**ton** 106:15

**tonight** 326:10

**tool** 312:9

**tools** 106:5 312:3 318:7

**tooth** 44:2 46:6

**top** 51:16 83:13 95:19 100:16 102:12 126:11 126:13 174:16 224:21 293:7 295:10

**torch** 312:5

**tortured** 47:4,6 47:7 151:7,24

**total** 27:2

**touch** 71:15 129:15

**touched** 129:16 320:9

**touchy** 111:15

**town** 43:4 61:19

**toys** 300:19,20 301:4,12

**track** 14:11

**traction** 152:14 152:18

**Trader** 328:5

**training** 35:11

**trains** 34:21

**transcript** 6:5,7 8:15 338:7,9

**transcription** 340:12

**transcripts** 315:9

**transferred** 135:25

**trash** 61:6 89:12 141:11 145:5 163:17,17

**traumatized** 77:5,6 301:25 302:2,8,10,15 302:18 324:21

**traumatized'** 301:21

**travel** 43:8 106:3 244:13

**traveled** 43:8

**traveling** 43:9 53:3 244:19 329:11

**travels** 105:20 105:25 106:2,2

**travesty** 293:3

**treat** 45:16 224:8

**treated** 44:19

**treating** 31:16 31:19,22

**treatment** 9:13 221:3,8 222:13

**treatments** 46:3

**tremulous** 273:20

**trial** 3:11

**Tribune** 306:2

**tried** 127:24 186:22 257:8 257:25 258:3 280:20 293:25 294:12,25 313:14 324:17 327:4,5,19

**triggered** 48:13

**trip** 301:4

**tripped** 300:20 301:13

**trips** 323:13

**trouble** 127:18 236:9 298:2,3

**true** 89:5 92:10 172:17 183:13 185:9 211:12 319:3,9 323:9 323:14 336:14 338:9,12 340:11

**Trust** 292:7

**try** 11:3 12:23 45:14 84:17 87:12,24 95:2 100:15 103:14 108:21 115:2 131:4 149:23 153:12 245:12 277:18,20 307:23 329:8

**trying** 10:24 24:18 67:2 78:21 83:18 98:11 100:2 103:4,6,17 109:14 124:21 126:4,17,19 128:19 132:5 170:16 198:10 244:4 247:14 252:17 262:4 271:2 290:6

**Tuesday** 156:14
**tune-up** 35:22
**turn** 53:20 73:4 102:11 106:13 123:14 173:19 177:8 181:11 190:11 193:17 194:19 209:6 216:18 238:21
**turned** 104:22 104:23 183:6
**turning** 41:20 61:9 62:24 63:6,20 64:22 80:14 95:17 98:23 105:8 110:7 121:5 227:18 230:13 240:13 241:6 242:12 293:4 300:13 306:25 334:24
**turns** 44:3 177:3 181:7 214:23 237:17
**Tutter** 260:19 260:21 261:2 263:21 264:11 265:9 274:12
**Tutter's** 263:17 265:2 274:25
**TV** 49:11 104:23
**Tweet** 307:3,9 307:13,14,18 307:19,21,23 308:24 309:4 309:11,25 310:7,13
**Tweeted** 309:5 310:2,5
**Tweets** 307:4,8
**Twenty** 316:15
**twice** 43:13 163:17 232:17 238:23,23
**Twitter** 306:18 307:23 308:8 309:9 310:7,9
**two** 10:24 14:14 23:18 27:2 33:14 40:13 42:3 52:2,15 52:20 54:12,19 54:24 55:10,13 79:13,21,25 81:2 83:10 91:2,7 106:7 153:7 168:4,8 168:19 178:2 184:19 200:3 208:20 226:11 239:16,21 243:23 262:24 291:15 295:2 296:16 300:22 315:15 334:10
**two-page** 167:2 167:4,12,15,20 167:22,25 168:9,17
**type** 218:16 322:13
**typed** 169:11 213:6 214:14 216:6 226:8 239:25 241:12 249:22
**types** 45:15 95:11
**typically** 169:11 169:12
**typing** 201:10 218:9,11
**typo** 293:14

**U**

**U** 3:2 4:2
**U.S** 4:17
**umbrella** 312:25 313:2
**unacceptable** 148:18
**unavailable** 308:19
**uncalled** 7:8
**uncheck** 171:15
**understand** 5:6 5:8,15,24 6:9 6:14 9:4 23:9 70:21 72:18 154:2 201:8 246:23,24 272:21 274:2 274:16 276:4 276:18,22 281:2 290:3 300:4 303:20
**understanding** 32:13 37:23 152:17 155:24 257:7,14,24 289:21 299:9 317:23 319:18 334:17
**understood** 5:8
**unemployed** 28:4
**unhappy** 47:13 47:15 82:11 224:17 323:7
**uniform** 150:24
**Union** 327:16
**unit** 20:19,21 22:21 33:17 34:2 142:8
**United** 1:2,5 2:3 4:19 175:24 293:7,25 294:12
**units** 20:23
**University** 330:7
**unnecessary** 280:16
**unpleasant** 76:16
**unreasonable** 180:3 188:3 191:18 209:15 212:17 215:6 217:5 225:3 229:25 240:23 248:9 252:9
**unsafe** 275:16
**unwilling** 159:24 160:2
**upset** 113:23 151:2 165:4 198:18,22
**upsetting** 136:5
**upstairs** 134:5 135:5 147:16 180:17,21 219:24 220:9
**Urban** 202:18 288:6,19,23 290:8 291:11 293:8
**US_01335** 146:15 156:11
**US_01483** 167:7
**US_426** 227:19
**usage** 72:8
**USAO** 2:16
**use** 36:3 118:25 172:8 270:22 306:3 312:3 330:24 332:8
**useful** 53:11
**usual** 5:3
**usually** 37:15 38:12 54:12 57:8 78:24 106:2,3 119:3 133:6,7 141:21 182:4 255:18 328:20

**V**

**vacation** 43:15 68:8 256:7 321:7
**vague** 53:16
**values** 151:15
**van** 24:16
**variance** 92:13
**variety** 159:16
**various** 71:4 136:24 323:13 328:24 331:25
**venomous** 127:23 128:9 129:11
**ventilation** 84:22
**vents** 85:15 86:24 87:12,14
**veracity** 315:12
**verbal** 5:21
**Vermont** 330:8 330:16
**version** 129:19
**versus** 11:13 40:5 196:22 260:4
**vertical** 95:21
**vet** 35:20,21 150:23 251:19 251:21
**vicinity** 209:18 215:9 217:6
**victim** 127:14 266:25
**video** 130:18,20 131:9
**view** 30:23 31:7 31:10,11 38:21 39:5 64:18 164:19 206:22 244:17 289:14 294:16 304:6
**viewpoint** 39:8
**violation** 212:20 241:2 248:20
**Virginia** 77:2 78:8 113:19 302:4 329:5
**visit** 68:8 166:9 190:13 196:3 199:16 206:10 215:16,24 216:24 218:14 237:17 240:15 242:14,15 247:17,22 252:3

**visited** 22:18 216:8 238:2
**visiting** 297:14
**visits** 166:8 199:19 200:4
**vocal** 61:2
**voice** 244:15
**voices** 91:19
**volume** 98:2

**W**

**W** 338:2
**wait** 5:18 16:13 16:14 33:23 60:16 103:22 113:18 114:19 230:23 238:25 259:18
**waited** 16:12 114:20,21 115:5 116:4,13 140:11
**waiting** 128:17 141:9 147:17 235:4 268:5 269:10 271:17
**waived** 3:7
**wake** 75:9 76:9 103:11 233:5 266:16
**wakes** 76:15
**waking** 43:24 207:14
**walk** 16:19 66:21 127:24
**walked** 100:18 147:23 180:17 182:2 219:25 313:5
**walking** 127:21 147:15 182:8 182:14,17 226:12
**walks** 121:8 126:21
**wall** 59:15,19,21 84:20 87:3 92:11 93:22 95:22 96:3,4 96:24 97:4,7 104:25 130:18 130:20 131:9 132:11 162:13 162:14 241:16
**wall-to-wall** 85:5
**walls** 59:14,15 83:15 84:8,10 84:11 85:12 88:3 91:7 92:9 92:14,20,23 160:11 161:4
**want** 5:12 6:25 7:10 8:19 18:15 25:23 32:7,8 37:12 37:13 44:12 63:3 67:23 69:13 75:10 76:3 78:12 83:8 88:17 96:6 98:25 99:12 103:12 103:23,24 104:4,5,6,6 109:7 126:7 127:23 138:19 138:21 139:9 139:12,13,16 143:13 144:15 147:16 148:8 155:9,11 156:3 156:5,7 158:6 158:14 171:8 189:7,8 190:14 201:3,3 217:20 234:25 235:2 236:8,9 242:15 246:7,10,25 247:13 260:24 261:20 266:21 268:20 269:6 278:19 295:17 297:13 300:16 316:11 318:13 326:9 328:3
**wanted** 12:18 23:5 24:3 56:21 71:21 72:21 108:17 147:21,21 149:17,20,21 220:15 260:14 267:6 279:22 297:11 299:16 317:11
**wanting** 158:8
**wants** 12:12 203:18 316:7
**warm** 326:20
**warmer** 75:6
**warned** 190:16 207:16
**warrior** 318:7
**wasn't** 17:8 21:18 23:3 25:18 34:9 35:12,13 46:14 67:14 69:25 72:10 80:11 81:2 85:9 114:8,22 121:19 123:18 132:6 144:17 149:11,16 150:6 154:5 164:23 169:15 184:3 199:23 221:10 234:2,6 245:8 246:20 246:21 253:8 258:9,25 259:3 260:12 261:14 261:25 263:5 267:4,6,11,18 279:4,18 280:24 320:24 329:11
**waste** 308:14
**wasting** 232:4,6
**watch** 49:11 53:11 98:10 113:19 299:5 319:21 329:10
**watched** 53:7,12 67:6 78:24 98:13 278:9
**watching** 51:13 53:9 60:19 73:16 78:2,16 78:19 79:4,7 98:17 113:24
**water** 64:2,24 65:4 74:25 75:2,3 277:19
**way** 5:3 11:9 12:22 14:24 24:3 44:19 45:16 53:16 62:18 65:25 76:4,5 81:6 100:10 101:10 104:17 107:6 108:15 112:21 116:22 129:7 129:13,15 137:3 138:15 161:5 170:8 188:18 224:9 261:10 275:24 276:12 280:13 283:23 287:6 289:20 296:5,7 311:19
**We'll** 109:18
**we've** 23:23 205:9 235:12 235:16 315:15
**web** 303:5
**website** 283:17 285:3,8,8 302:24 303:12 303:14
**Wednesday** 284:15
**week** 10:17,21 11:18,20 13:22 13:24 16:4 18:6 21:25 43:14 61:22,24 107:7 150:6 179:16 224:12 328:20
**weekday** 210:9 210:14,23 211:21
**weekend** 26:23 43:12 318:6
**weekends** 53:4,4 61:24 95:7 318:5 328:22
**weekly** 21:23 43:6 52:24 61:18
**weeks** 53:3 66:18 67:15 69:21,21 94:20 165:6 267:20
**weight** 266:11 273:18 274:16 274:18,20,22
**weighted** 86:21
**weird** 62:17
**welding** 312:13
**went** 13:10 15:8 15:11 16:15 23:4,7 24:22 28:18 34:18 45:4 62:9 66:17 97:21 98:18 113:19 114:11 132:25 134:5 148:6 149:23 150:15 180:17 195:12 198:8 207:14 258:6 267:7,13 297:4 319:7 321:7 323:16 327:23 328:11 329:4 330:5,9 330:11,13,14 330:19 334:21
**weren't** 11:2 18:9 26:4

29:14 47:7 97:20 98:16 180:12 196:13 204:19 220:6 223:18 261:5 267:19 271:4 292:14 320:25
**west** 121:9
**wheelchair** 67:2
**WHEREOF** 340:19
**Whichever** 134:17
**white** 64:9,11
**white-collar** 311:11
**wife** 243:20 244:4 254:14 254:17,19
**wild** 83:17
**win** 153:23
**window** 61:11 84:20 87:9
**windows** 23:6 83:16 84:21
**wine** 306:17 334:3,4,6,7,11
**wise** 340:16
**wish** 156:8
**wit's** 148:6
**witness** 1:16 3:19 4:3,8,11 6:16 7:9,12 8:5 8:6,7 40:24 54:23 55:6 99:9 101:19 118:11 125:22 137:20 166:21 229:4 231:22 232:2,6 258:14 268:16 283:7 303:3 306:22 314:24 315:13 332:13 339:3 340:9,19
**witnesses** 13:8 315:10
**woke** 112:24 130:13 132:15 133:15,20 207:7 232:10 232:12
**woman** 62:23
**word** 5:12 69:13 126:18 127:8 157:14 162:14 217:7
**words** 70:15 100:11 158:17 164:17 246:16 246:17 250:12
**work** 20:3 26:22 27:13 28:12,18 29:8 44:21,24 45:7 49:2,6 61:10 88:7 100:6 103:8,14 103:17 104:9 106:21 107:11 119:23 120:18 130:4 149:13 149:22 152:5 207:23 220:7 249:8,13 266:21 268:4 271:8 292:9,16 292:18 299:10 303:23 320:14 320:24 327:3
**worked** 24:3 25:15,15 26:16 55:21 68:3 320:15
**working** 7:18 18:6 24:7 27:11 28:25 29:18 43:11 116:13 268:3 271:4 299:21 304:7 320:12
**works** 10:10 142:12 202:18 261:10 303:22
**world** 24:5 37:19 276:23
**worried** 67:13
**worry** 75:19 276:21
**worse** 59:16,22 76:4,5 103:5,6 112:7 114:24 140:13 164:15 164:16,21 251:5
**worst** 216:10
**worth** 253:8 327:18
**wouldn't** 17:8 38:20 98:23 103:12 104:18 105:6 128:13 190:7 204:15 292:12,19,20 320:11
**write** 13:20 16:11,22 57:2 65:14 88:22 91:3 100:17 104:10 109:11 153:5 154:23 182:19,20 203:11 208:17 210:9 213:7,8 223:6 226:18 243:2 247:3 292:11 305:8 306:3 307:21
**writes** 106:20 110:17,25 152:12 193:24 263:21 299:11
**writing** 64:20 135:12 139:18 194:14,18 201:5 212:23 232:24 233:13 240:6
**written** 15:22 188:7 197:21 201:13 255:6
**wrong** 45:15 79:16 81:22 265:9 296:25 297:3,7 317:18
**wrote** 60:13,18 60:20 92:3 119:23 121:10 123:16 124:15 139:11 156:14 182:25 183:2,7 191:17 196:10 201:15,16,18 208:9,10 212:4 213:17,19 218:12 244:23 246:3 250:3,9 271:9 281:21 285:11 288:16 305:21 306:7 306:11 310:18

**X**

**x** 1:4,11 339:2
**X-raying** 50:12
**Xanax** 99:2,11 99:16,24
**Xerox** 125:3,5,8
**Xeroxes** 131:3
**Xeroxing** 131:6
**XO** 42:10

**Y**

**yeah** 16:2 27:9 45:23 50:25 53:23 70:23 74:16 77:9 79:12 90:8 100:2 101:19 112:16 122:6 122:16 126:4,4 126:11 145:11 147:13 166:13 180:16 192:7 199:23 228:20 237:12,23 259:4 286:24 318:19 320:6 326:22 328:9 330:15
**year** 14:7,13 27:6,8,25 43:13,19 44:11 46:4 66:21 67:4 68:15 71:23 130:5 218:5 270:16 314:8,9,13 329:7 333:13
**Year's** 63:19 328:2
**years** 14:10 17:14 20:10 25:8 27:2 28:24 36:20 43:5 46:18,24 49:4 59:5 62:6 70:8 71:13,19 82:15 115:8,11 117:5 118:2 121:16 126:6 132:2 148:17 172:22 202:21 205:6 256:13 258:8 265:20 270:25 278:10 287:21 297:25 305:9 321:8 331:16 332:2
**yelling** 57:15 59:8 325:21
**yesterday** 35:21
**York** 1:3,21 2:3 2:5,5,10,10 4:4 4:12,13,19 71:5,7 169:9 170:22 227:24 228:10 229:9 234:15 235:17 235:21 281:17 282:8 286:6 294:3,13 313:17 338:3 340:3,5
**young** 23:22 55:17 89:16

**younger** 55:20
**Yup** 58:23 100:14 105:11 107:4 153:11 156:18 179:20 185:4

**Z**

**zoned** 311:18
**zoologist** 47:21 47:22
**Zoom** 292:11 340:10

**0**

**0030** 191:12
**0045** 191:12
**01336** 146:18,22
**01339** 146:16
**01482** 167:6
**06** 29:4

**1**

**1** 226:7,8 229:17 291:2 293:5 307:18 309:12 321:14,16 334:25 339:9
**1:00** 133:8 214:25 224:24
**1:07** 230:19 232:24 233:9
**10** 60:13 115:8 166:6 172:14 172:19 176:21 182:19 184:3 297:24
**10/28** 195:22
**10/31** 197:14
**10:00** 1:13 149:13 150:19 240:19
**10:45** 216:22
**10003** 4:13
**10007** 2:5
**10016** 2:10
**11** 210:5 211:20 21:17 252:5
**11:00** 16:18
**11:15** 197:16
**11:22** 210:5,7
**11:30** 130:14 131:21 216:23 229:21 232:10 233:8
**11:50** 131:22
**12** 24:2 56:4
**12/06/21** 295:11
**12/11** 210:7
**12:14** 119:10
**12:15** 177:10 179:10 197:17 197:23
**12:30** 191:13
**12:45** 191:13 214:25 224:23 238:9
**12th** 24:7
**13** 174:22 177:5 178:11 179:2
**1336** 156:25
**13th** 174:9,11 177:14 179:9
**14** 142:4,5 273:18
**1430** 174:13
**1445** 174:14
**1476** 168:18
**1477** 168:18 247:23
**1478** 167:3 170:2
**1479** 167:3 173:20
**1480** 167:5 179:13
**1481** 167:5
**1483** 187:18
**1484** 167:11
**1485** 167:8
**1486** 167:9 190:12
**1487** 167:14 194:20
**1488** 167:13 193:24
**1489** 167:15
**1490** 167:16
**1492** 167:17
**1493** 167:19
**1494** 167:21 206:14
**1495** 167:21 209:7
**1496** 167:23 210:4
**1497** 167:24 212:10
**1499** 167:25
**15** 58:6 59:5 115:10,10 148:17 152:13 156:15 163:12 174:25 178:13 185:2 187:11 187:17 191:16 240:20 247:20 252:5
**1500** 168:2 214:24
**1501** 168:4
**1502** 168:5
**1503** 168:5 216:19
**1504** 168:7
**1506** 168:8
**1507** 168:8 237:25
**1508** 168:10
**1509** 168:10
**1510** 168:12 236:23
**1511** 168:12 238:22
**1512** 168:13 240:15
**1513** 168:14
**1514** 168:16
**1515** 168:20
**1516** 168:20
**1530** 248:5
**15th** 4:11 185:23 247:21
**16** 260:18 264:12
**16th** 284:3,9
**17** 189:17 190:2 206:11 212:12 213:2,19
**18** 215:17,22 279:21 289:12 289:19
**1800** 212:12
**1830** 212:12
**19** 181:5,7,21 182:22 216:3
**1960** 92:7
**1960s** 83:24
**1999** 20:8 21:5
**19th** 179:16 184:10

**2**

**2** 2:9 207:5,15 295:5
**2,000** 39:14,14
**2/7** 130:13
**2/7/16** 231:6
**2:30** 174:14,22 210:25
**2:45** 174:14,22
**20** 166:6 198:12 248:2
**2000** 27:7,8,14
**2000s** 333:13
**2001** 28:2 313:21 315:16
**2003** 28:17
**2005** 29:5 42:7 42:15 43:10 333:20
**2006** 51:15,25 52:2,24 53:2 53:15 333:21
**2007** 59:24 85:6 267:13
**2008** 29:9,12,20 88:10
**2010** 56:23 57:2 57:14,19 58:8 58:20
**2011** 60:13 61:15 62:4,5,6
**2014** 65:5,8,17 66:2,7,8 69:16 69:17 71:3 72:8 113:14 298:11,14,16
**2015** 46:6 63:9 72:3 73:15 80:22 88:9 94:8,22 106:9 109:6 110:9 111:8 113:25 114:5 115:9 121:13 152:13 152:19 156:15 163:12 169:19 170:24 173:5 173:14 174:22 177:5 178:11 179:2 181:5,8 181:22 182:22 184:10 185:2,9 185:14 187:11 187:17,23 189:17 190:2 191:11 193:19 197:4,12 199:15,18 200:23 202:25 206:12 209:9 210:5 212:12 224:21 242:11 253:23 254:22 261:6 274:3,22 298:7 316:18 328:8 334:18 334:20
**2016** 71:25 72:2 213:2,19 214:25 215:17 215:22 216:4 216:20 217:25 218:20 224:20 226:7,9 229:18

229:19 230:19 230:22 233:7 236:24 238:3 238:24 240:16 241:8 242:18 247:20 248:2 249:16 252:3 252:24 253:12 254:22 256:18
**2017** 234:8
**2018** 48:4 49:15 49:20,22 259:11,15,19 259:25 260:18 264:12 307:6 307:18 309:12
**2019** 49:21,22
**2021** 295:5
**2022** 1:12 46:4 338:8 340:21
**2028** 126:9
**20s** 22:7 23:21 25:15
**21** 1:12 168:24 209:9 214:25 227:8,18,19 228:10 338:8
**21-CV-10383** 1:7
**21st** 187:20 284:6,8
**22** 20:9 53:15 111:8 166:18
**2200** 240:18
**2245** 216:22
**22nd** 111:2
**23** 51:14
**230** 4:11
**2300** 252:4
**2330** 216:23
**24** 113:13 178:17 191:11 193:19
**25** 65:8 66:2 94:8 197:4,12 199:15 216:20
**26** 249:16
**27** 113:25 114:5 217:25
**28** 123:19 124:9 218:20
**28th** 194:21 224:19 239:13
**2nd** 340:20

**3**

**3** 207:4 218:3 224:20,21 236:24 238:3 238:23 252:3 296:6
**3-1-1** 157:3,5 166:7 169:20 170:6,10 172:4 173:2,4,13,25 178:7 188:13 188:14,18,22 188:24 190:2,6 192:17 193:6 193:13 197:8 202:5 214:14 215:17,22 216:3 236:24 238:13 247:19 252:23 253:4,8 253:11
**3:00** 130:18 132:16,19
**3:30** 248:5
**30** 6:7 8:17 90:4 179:22,23 180:13
**3009** 65:7
**3011** 72:15
**3064** 101:14 102:6
**316-329** 339:6
**321** 339:9
**329-335** 339:5
**33.1** 262:17
**36** 258:15 259:9
**3rd** 237:16,19 238:4,6,7 239:13,14,17
240:3 252:24

**4**

**4** 125:25 126:14
**4-316** 339:4
**4.3** 309:17 310:11,25
**4:00** 157:19
**4:15** 248:6
**4:25** 337:9
**40** 230:16
**41.1** 262:19
**42** 17:22 284:20 284:21
**426** 168:24 228:14
**427** 168:24 227:20
**428** 168:25 227:20
**43** 281:24 282:4 282:25 287:17 295:25
**44** 145:22 146:5 146:12 165:14
**440** 57:25
**45** 41:4,21 51:2
**45-minute** 216:24 248:6
**46** 41:5 51:6,10
**47** 41:7 53:21
**48** 41:8 56:14
**49** 41:9 60:7

**5**

**5** 58:9 241:8 300:15 301:18
**5/26/15** 273:4
**5:00** 150:18
**5:12** 170:24
**50** 41:11 63:21 64:3,5,23 71:6
**50-page** 291:8
**51** 41:13 64:5 73:5 80:15
**52** 41:13 64:5 94:6 96:17
**53** 41:14 64:5 109:2
**54** 41:15 64:5 110:8
**55** 117:21 118:12
**56** 166:25 169:23,25 171:25 178:10 205:12 210:24 211:6
**57** 167:3 177:11 179:7
**58** 167:6 184:24 185:3 187:14 187:19
**59** 167:7 189:16
**5J** 158:17,20,20 169:21 176:12 182:24 193:8 193:25 194:15 195:13 196:23 198:8 222:6 225:19 228:2 230:7 243:16 269:22 270:4 270:11 275:25 276:8,13
**5K** 4:12 20:13

**6**

**6** 56:22,25 57:14 58:9,20 151:13 242:17
**6/1/2015** 273:15
**6:00** 16:18 212:12 318:3
**6:10** 130:16
**6:30** 212:13
**60** 167:9 190:12
**61** 167:10 191:7
**62** 167:12 193:18
**63** 167:14 197:3
**64** 167:16 199:14
**65** 167:18 200:25 206:10
**66** 167:20 206:11 209:7
**67** 167:22 210:3 211:8,9,11
**68** 167:24 212:25 214:9 214:15
**69** 168:2 215:15
**6J** 244:7,10
**6th** 242:19

**7**

**7** 58:17 109:6 135:19 137:14 181:12,15,19 230:14,16,17 230:18,22 233:7 234:8
**7:00** 16:25 133:9
**7:01** 130:21,22 131:14
**7:24** 206:13
**7:42** 238:9 239:20
**70** 168:4 216:2
**71** 168:6 217:23
**72** 168:7 218:19 225:22 237:22 237:25
**73** 168:9 226:6 229:16 231:5,6
**74** 168:11 236:20,22 238:21 239:18
**75** 168:13 241:7 241:11 242:13
**76** 168:15 242:13,14,17 244:24
**77** 168:17 247:18
**78** 62:19 168:19 249:15
**79** 303:4,9
**7th** 229:19

**8**

**8** 110:22 131:21 202:25 232:13
**8:00** 21:16 179:19 233:6
**8:15** 130:13 187:23
**8:30** 194:23 195:22
**8:45** 187:23
**80** 306:24 307:2 307:17 310:6,8
**86** 2:4
**8th** 200:24

**9**

**9** 131:21 170:24 240:16 259:11 259:15,18,19 259:25 296:6
**9/23/15** 273:13
**9:00** 157:19 194:24 318:4,5
**9:36** 239:21 240:3
**90** 143:16
**902** 259:10
**906** 259:10
**99** 115:10
**9th** 174:2 175:19 239:15