UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RUTHERFORD TENANTS CORP. and JAMES RAMADEI,<br>Defendants. | 21 Civ. 10383 (JHR) (OTW) |

**~~[PROPOSED]~~ STIPULATION AND ORDER**

WHEREAS on or about June 13, 2016, Defendant Rutherford Tenants Corp. ("Rutherford") initiated a Notice of Petition for a Court Eviction hearing, which commenced on or about June 29, 2016, in the Civil Court of New York, Housing Part, against Meril Lesser, *see Rutherford Tenants Corp. v. Meril E. Lesser*, LT-066886-16/NY (the "Housing Court Action");

WHEREAS on May 14, 2018, Lesser filed a complaint against Rutherford and James Ramadei ("Ramadei") with the Secretary of the Department of Housing and Urban Development ("HUD"), pursuant to 42 U.S.C. § 3610;

WHEREAS on January 15, 2021, the Secretary issued a Charge of Discrimination pursuant to 42 U.S.C. § 3610(g)(2), charging Rutherford and Ramadei with engaging in discriminatory housing practices and retaliation in violation of the Fair Housing Act;

WHEREAS on February 2, 2021, Rutherford and Ramadei elected to have this matter decided in federal court, pursuant to 42 U.S.C. § 3612(a);

WHEREAS on or about December 6, 2021, the United States filed its complaint in this action;

WHEREAS by Order dated May 15, 2023, the Court referred this matter to the court's court-annexed Mediation Program in an effort to resolve this matter without further litigation; and

WHEREAS the parties continue to engage in good-faith settlement discussions;

IT IS HEREBY STIPULATED, AGREED, and ORDERED, that:

1. Defendant Rutherford is preliminarily enjoined from taking any steps to continue the Housing Court Case and shall file no applications or motions in the Housing Court Case except as necessary to inform the court in the Housing Court Case that it is so enjoined.
2. If Defendant Rutherford fails to comply with this Order, the Government may seek further relief from this Court.
3. This Order shall remain in effect until further order of this Court.

Dated: New York, New York
July 19, 2023

For the United States:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ______________________
DAVID J. KENNEDY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2733
david.kennedy2@usdoj.gov

For Defendants:

/s/ Peter Livingston

Peter I. Livingston, Esq.
Herrick Feinstein LLP
Two Park Avenue
New York, NY 10016
Tel.: (212) 592-1625
plivingston@herrick.com

SO ORDERED:

Jennifer H. Rearden

HON. JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE

Dated: August 24, 2023