UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>-v.-<br><br>RUTHERFORD TENANTS CORP. et al.,<br><br>                     Defendants. | 21 Civ. 10383 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On **February 7, 2024** at **11:30 a.m.**, the Court will hold a status conference in this matter. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 614 178 125 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

      SO ORDERED.

Dated: January 29, 2024
       New York, New York

                                                        JENNIFER H. REARDEN
                                                       United States District Judge