UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>-v.-<br><br>RUTHERFORD TENANTS CORP. and<br>JAMES RAMADEI,<br><br>                                    Defendants. | 21 Civ. 10383 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

By letter dated March 25, 2024, the parties informed the Court that they had reached a settlement in principle and intended to submit a proposed consent decree for the Court's consideration.  ECF No. 109.  On March 26, 2024, the Court ordered the parties to submit any proposed consent decree by May 23, 2024.  ECF No. 110.

In light of the parties' settlement in principle and the forthcoming submission of their proposed consent decree, any existing deadlines are adjourned *sine die*.  In addition, all pending motions are DENIED without prejudice to refiling in the event that the proposed consent decree is not approved or otherwise consummated.

The Clerk of Court is directed to terminate ECF Nos. 47, 57, 58, 71, 73, 79, 82, and 89.

SO ORDERED.

Dated: May 18, 2024
         New York, New York

                                                                    _____
                                                                    JENNIFER H. REARDEN
                                                                    United States District Judge